# EXHIBIT A

JS|HELD

August 9, 2019

Mr. Andrew Larson
Crawford Global Technical Services
8 Inverness Drive East, Suite 108
Englewood, CO 80112

Re: **Condition Assessment**

| | |
|---|---|
| File Name: | RDA management Co |
| Address: | 360 Union Blvd., Lakewood, CO 80228 |
| Claim #: | CPP-0002069 |
| Cause of Loss: | Hail |
| Date of Loss: | May 8, 2017 |
| J.S. Held #: | 19050013 |

Mr. Larson:

At your request, J.S. Held LLC (J.S. Held) conducted a condition assessment with respect to the above referenced property. The purpose of the assessment was to evaluate the full extents of the subject property, with the exception of the roof assembly, to determine the extent of any damage associated with hailfall, and, if possible, determine if any hail impacts were associated with the reported date of loss (DOL) of May 8, 2017. J.S. Held was also tasked with establishing a cause and origin for water intrusion into the structure. We discuss the following in this report:

- Description
- Site Inspection
- Documents Received
- Observations
- Weather
- Discussion
- Repair Recommendations
- Estimate of Repairs
- Conclusions

DESCRIPTION

The subject property hosted the 13-story, west facing, Sheraton Denver West Hotel located in the City of Lakewood in Jefferson County, Colorado. The hotel structure featured four distinct geometries on the first, second, third through 12th, and 13th floors. The first floor of the hotel was recessed beneath a projecting second floor mezzanine and featured a porte-cochere with a glazed motion sensor entryway at the west and two-level covered parking at the north, south, and east. The second-floor mezzanine walls were primarily clad with a vision light glazed pressure wall system (curtain wall) and were covered

by a plaza deck centered on the 10-floor hotel tower which hosted all guest accommodations. The third-floor guest rooms were slightly recessed beneath the remaining guest rooms on the fourth through 12th floors and were clad with vision light glazed curtain wall. The fourth through 12th floors were clad on the west and east faces with a combination vision and opaque or spandrel light glazed curtain wall system that incorporated operable horizontal sliding windows. The north and south faces of the fourth through 12th floors were clad with concrete panels coated with a course acrylic texture on either side of a recessed aesthetic grouted tile façade. Exposed concrete walls and columns were featured around the property and were similarly coated with the same course acrylic texture. The 13th floor housed the mechanical penthouse and provided access to the tower roof. There were four distinct roof sections at the hotel including the plaza deck above the second-floor mezzanine, the hotel tower roof above the 12th floor, the 13th floor mechanical room roof, and an elevated roof section of the 13th floor mechanical room. All four roof sections were protected by a river rock ballasted ethylene propylene diene monomer (EPDM) membrane. Per the Jefferson County Assessor's Office, this hotel was constructed in 1983, making it approximately 36 years old at the time of the assessment.




Figure 1: West elevation showing different levels and structure geometries




Figure 2: Pictometry aerial image showing four distinct roof sections

SITE INSPECTION

A preliminary site assessment and meeting of involved parties was performed on June 6, 2019 to determine how access to all building elements would be achieved, to discuss destructive and non-destructive testing, and to discuss required documents for our analysis. During this assessment it was determined that the interiors of as many rooms as possible should be evaluated for water intrusion. We also determined that the most effective access to evaluate the mezzanine level curtain wall would be provided by utilizing a manlift. Finally, we determined that the engineered swing stage anchors on the tower roof would provide adequate and safe access to the full extents of the east and west curtain wall system of the hotel tower. Present for the assessment and meeting were:

- Mr. Briana Miller, General Manager, Sheraton Denver West
- Mr. Greg Grummel, Chief Engineer, Sheraton Denver West
- Mr. Kevin Aguilar, Owner, Aguilar Construction Services
- Mr. Andrew Larson, National General Adjuster, Crawford Global Technical Services

- Mr. Joe Del Guidice, Director, J.S. Held
- Mr. Drew Houser, P.E., J.S. Held

During the preliminary site assessment and meeting, we inquired about the extent of observed hail caused water intrusion into the hotel. Mr. Aguilar stated that all the rooms on the west side of the hotel exhibited water intrusion and approximately half of the rooms on the east side of the hotel exhibited water intrusion. Mr. Aguilar opined that the DOL storm event was not directional, and that hail impacted all four elevations of the structure with relatively equal frequency and intensity. We also inquired if any repairs had been performed to the hotel since the DOL storm event. Mr. Aguilar stated that no repairs had been performed after the DOL storm event. Ms. Miller stated that they had repaired one fractured skylight in the bank of nine skylights on the plaza deck above the mezzanine after the DOL storm event. As we walked the site, Mr. Grummel noted that the water stained acoustic ceiling tiles above the second-floor mezzanine were due to a known plumbing leak.

We performed our condition evaluation on June 25 and 26, 2019. We divided our resources into four teams tasked with unique responsibilities as follows:

- Interior Team – June 25 and 26
  - Evaluate as many guest rooms as possible for water intrusion.
- Mechanical Team – June 25
  - Visually and tactilely evaluate exterior mechanical systems for evidence of a hail event.
- Mezzanine Team – June 25
  - Visually and tactilely evaluate the mezzanine level curtain wall for evidence of a hail event and for weaknesses in the building envelope that may present a source for water intrusion.
- Curtain Wall Team – June 25 and 26
  - Visually and tactilely evaluate the curtain wall system for evidence of a hail event and for weaknesses in the building envelope that may present a source for water intrusion.
  - Perform field check of metal curtain walls for water intrusion per the American Architectural Manufacturers Association (AAMA) specification 501.2.
  - Cross reference exterior conditions with observations from the Interior Team.

Present at the condition evaluation were:

- Mr. Joseph Del Guidice, Director, J.S. Held (June 25 and 26)
- Mr. Drew Houser, Professional Engineer, J.S. Held (June 25 and 26)
- Mr. Dan Parker, Vice President, J.S. Held (June 25 and 26)
- Ms. Brittany Pilger, Consultant, J.S. Held (June 25 and 26)
- Mr. Michael Gurule, Consultant, J.S. Held (June 25 and 26)

- Ms. Vanessa Roberts, Consultant, J.S. Held (June 25)
- Mr. Jeffery Anderson, Professional Architect, J.S. Held (June 25)
- Ms. Joslyn Hopmayer, Professional Engineer, J.S. Held (June 25)
- Mr. Mathew Sitzmann, Professional Engineer, HAAG Engineering Co. (June 25)
- Mr. Greg Grummel, Chief Engineer, Sheraton Denver West (June 25 and 26)
- Mr. Kevin Aguilar, Owner, Aguilar Construction Services (June 25)
- Mr. Andrew Larson, National General Adjuster, Crawford Global Technical Services (June 25)

In general, well oxidized horizontal and vertical surfaces such as horizontal sliding window frames, pressure plate cover caps, and HVAC units were evaluated for hail spatter marks. These hail signatures can assist in determining the size, frequency, and direction hail may have fallen. However, these marks will fade over time and may no longer be observable after several years. Permanent collateral indications of past and recent hailfall such as scuffs, dents, tears, or otherwise marred material were evaluated. The softest and most hail susceptible materials such as light gauge aluminum vent caps and horizontal plastic components of windows were evaluated, and observations of these softer components were compared to harder and less susceptible materials to gain a general understanding of cutoff point at which hail no longer possessed the impact energy to cause a permanent discernable physical change to the various components of the building. Refer to the hail appendix (Appendix C) for more discussion on spatter marks and dents.

Select photographs are included with this report and may have been cropped or otherwise enhanced to emphasize certain conditions (see Appendix A). All photographs have been retained in their original conditions in our file and can be provided upon request.

DOCUMENTS RECEIVED

We determined the following documents would be required to perform an adequate analysis and evaluation of the Sheraton Denver West Hotel:

- Contract drawings and shop drawings of the glazing systems
- As-built architectural drawings and supplements
- Maintenance and repair schedules and applicable invoices
- Out of service room numbers due to leaks and duration rooms were out of service
- Reported locations of active and previously repaired interior leaks

We submitted a request for these documents on May 6, 2019 and as of the date of this report have received the following:

- Floor plans of the hotel
- Page A16 of the architectural plans showing the east elevation of the structure
- Page S3 and S9 of the structural plans showing the floor framing plan

- Roof evaluation report from HAAG Engineering Co. dated June 15, 2017
- Estimate from Kevin Aguilar dated January 3, 2019 which included the following:
    - LRC Services Meteorological Report
    - Draper Mechanical Evaluation Report
    - CD Specialty Contractors' Lump Sum pricing for scaffold erection
- Seagren Construction, LLC proposal for lobby skylight repair dated June 30, 2017
- Seagren Construction, LLC proposal for repair of barrel vault pool ceiling dated June 29, 2017
- Seagren Construction, LLC proposal for repair of barrel vault pool ceiling dated June 30, 3017
- Seagren Construction, LLC proposal for repair to damage to west/east exterior walls dated August 17, 2017
- Seagren Construction, LLC proposal for repair to main entrance aluminum "store front" material
- Glass Systems, Inc. proposal for replacing one broken exterior spandrel glass unit dated June 30, 2017
- Glass Systems, Inc. proposal to replace bug seals at all exterior sliding windows on the west side dated June 30, 2017
- Glass Systems, Inc. proposal to replace two broken exterior windows on west side dated May 22, 2017
- Glass Systems, Inc. proposal to replace one spandrel glass unit dated May 22, 2017
- Landscape Consultants & Contractors, Inc invoice for replacing hail damaged vegetation dated May 30, 2017

OBSERVATIONS

HVAC Evaluation

The assessment of the mechanical systems was performed by a licensed engineer in the State of Colorado, Ms. Joslyn Hopmayer. Please refer to the photographs within Appendix A, included with this report, for representative photographs showing the conditions observed by Ms. Hopmayer.

Exhaust hoods were located on all four of the roof sections. 12 exhaust hoods were found to have hail indentations to the top caps and shrouds (Photo No. 16). Four of the exhaust hoods were made by the manufacturer Twin City, and the housing for them was constructed out of Endurex Ploymeric material, a Twin City Fan & Blowers proprietary material (Photo No. 17). These four exhaust hoods were in excellent to good condition. Additionally, two wall exhausts with backdraft vertical dampers were located on the east side of the mechanical building (Photo No. 18). These dampers were observed to be in excellent to good condition. There were two exhaust hoods located on dome skylight over the pool on the plaza deck (Photo No. 19 and 20). Both exhaust hoods exhibited indentations in the top cap due to hail.

Two condensing units (CU) were located on roof section two and three. CU-1 was located inside the screen wall of roof section 2 (Photo No. 21). One significant impact was found on the south facing coil (Photo No. 22). The impact is typical of a mechanical impact and is not hail related. CU-2 is located on roof section three, with coils facing in the west and north direction. Approximately (9) 1/2-inch bends in the coil fins due to hail impacts were observed on the west facing coil along with hail indentations to the top casing (Photo No. 23 and 24). The north facing coil fins were in excellent to good condition.

Two cooling towers were located inside the screen wall of roof section two. These cooling towers were in excellent to good condition. Hail impacts were observed on the aluminum jacket on the pipe for the cooling towers (Photo No. 25).

Vent caps were found on all four roof sections. Some steel vent caps were found to have mechanical related impacts (Photo No. 26). Some light gauge aluminum metal vent caps exhibited multiple shallow indentations (Photo No. 27).

Two relief hoods (H-1 and H-2) were located on roof section two and three. H-1 was located inside the screen wall on roof section two and was in excellent to good condition. H-2 located on roof section three was in excellent to good condition (Photo No. 28).

An evaporative cooler and an air handler unit were located on section two of the roof. The evaporative cooler, the air handler, and the steel ductwork were in good to fair condition (Photo No. 29 and 30).

Mezzanine Level Curtain Wall Evaluation

The assessment of the second-level curtain wall assembly was performed by a licensed architect in the State of Colorado, Mr. Jeffrey E. Anderson, AIA, LEED AP, and the assessment of the system was based on his experience evaluating multiple properties for hail-impact assessments related to the May 8, 2017 hailstorm event. Please refer to the photographs within Appendix A, included with this report, for representative photographs showing the conditions observed by Mr. Anderson.

We accessed the south, west, and east sides of the second-level curtain wall assembly to evaluate the system for hailstone impacts (Photo No. 31 to 34). We utilized a boom lift to observe the top/head, intermediate, jamb members, and bottom/sill components of the curtain wall and glazing units. Due to the uneven sloped surface of the parking lot on the north side of the hotel, we were unable to access the full extents of the north-facing curtain wall. However, from inside the pool area at the northwest corner we could evaluate the interior components of the curtain wall and limited areas of the exterior curtain wall through the sliding doors that were in the pool area. We did not evaluate the areas of the second-level curtain wall that were located under cover/protection from above, which included the north area of the east exterior wall and at the front/west entrance.

The second-level glazing assembly utilized a curtain wall system that incorporated vertical framing members (mullions) horizontal framing members, vertical and horizontal pressure bars fastened to the

mullions, which held the glass in place, and vertical and horizontal cover caps snapped onto the pressure bars. Gaskets were utilized between pressure bars and the exterior face of the glass and between the interior face of the glass and the framing members. These were intended to provide seals against air and water infiltration. This type of curtain wall is also known as a pressure wall system. Framing members, pressure bars and cover caps were all prefinished extruded aluminum elements.

The curtain wall system was approximately 168 inches tall and split into three rows of lights. The top light was four feet tall, the middle light was seven feet tall, and the bottom light was three feet tall (Photo No. 35). Mullions were spaced between columns at varied widths of approximately four, five or six feet. At column locations, mullions were spaced approximately 20 inches apart. Infill within the glazing system consisted of insulated glass units or IGU's. These IGU's were comprised of two panes of glass separated by an air space.

The curtain wall assembly was installed into a rough opening within an exterior concrete wall. The concrete wall was finished with a course acrylic texture. The top of the curtain wall was covered with an 18-gauage prefinished aluminum brake metal cap flashing and/or counterflashing that was fastened and sealed to the concrete wall (Photo No. 36).

The exterior glazing gaskets at the south and east elevations were observed to be moderately- to-severely weathered, deteriorated, loose in isolated areas, with gaps visible at the corners of some glazing units, likely due to shrinkage over time (Photo No. 37). Exterior glazing gaskets and cap flashing at west elevations had been wet-sealed at some point during their service life (likely several years prior to the May 2017 event – Photo No. 38 and 39). One north-facing glazing unit was observed from the interior of the building through one of the sliding doors in the pool area. The exterior glazing gaskets at this location were observed to be relatively tight (Photo No. 40). The existing gaps in the exterior glazing gaskets at the south and east elevations had been filled at some point several years ago with some form of sealant, which had itself shrunk and dried over time and no longer filled the gap at the lower corners of the glazing units (Photo 41).

We further observed three areas of moderate to severe damage to the pressure bars, cover caps, and head flashing typical mechanical impact; two on the east elevation (one at the top and one at the bottom – Photo No. 42), and one on the south elevation (bottom – Photo No. 43). Areas where the curtain wall assembly had experienced the most mechanical damage are more inclined to allow water into the system and possibly into the interior of the facility. Unrelated to any weather event, we recommend the property owner hire a qualified commercial curtain wall contractor to repair the areas as soon as possible.

Specific to hailstone impacts and the May 8, 2017 event, observations of other properties damaged from this storm indicated that hailstones fell from the southwest toward the northeast impacting the west- and south-facing components of buildings. The aluminum sheet metal flashing located along the top of the second-level curtain wall assembly was the most susceptible component to hailstone impacts. We observed hailstone impact indentations in the cap flashing on all four sides of the structure, which indicates hailstones have fallen with sufficient force to create indentations into the sheet metal from all

directions over its service life, including on the date of loss (Photo No. 44 and 45). The south and the west faces exhibited the most frequent hail impacts, east face exhibited less frequent hail impacts, and the north face exhibited the least frequent hail impacts.

At the west-facing curtain wall we observed spatter marks at many indentations in the sheet metal head/cap flashing indicating the indentations were more recently created (Photo No. 47). Based on our experience with the May 8, 2017 hailstorm event, it is our opinion the hailstones on that date created indentations into the cap flashing on the west- and south-facing assembly. The indentations on the north- and east-facing walls were not accompanied by a spatter mark, indicating they were older and were not related to the date of loss event. Spatter was also observed on the west-facing concrete walls (Photo No. 48 and 49). One west-facing glazing unit in the bottom row was fractured, which we also attribute to the May 8, 2017 hailstorm event (Photo No. 50).

We also observed hailstone-created spatter marks on the west-facing sliding door and curtain wall. The marks were approximately 1-inch wide and did not chip, remove, or fracture the factory (anodized) finish (Photo No. 51). Considering the curtain wall and door frames have experienced hailstone impacts annually throughout their service life, the spatter marks created during the May 8, 2017 event will fade over time just as the previous spatter marks have. We did not observe indentations into the curtain wall cover caps that were created by hailstone impacts.

To confirm the curtain wall cover caps were not indented by hailstone impacts we rubbed chalk on the vertical and horizontal components of the assembly at locations with and without spatter marks (Photo No. 52 and 53) with the intent of highlighting areas where the cover caps were deformed, either during manufacturing, shipping, installation, by hailstone impacts, or by mechanical impacts after installation. We observed minor indentations in some areas of the face plate on the east, south, and west-facing sides of the building, which in our opinion was created by the soft face dead blow hammers typically used to install the cover caps onto the pressure bars (Photo No. 54 and 55). It would be reasonable to expect similar deformations on the north-facing cover caps, although these deformations were not observed due to lack of access to the north side of the hotel.

<u>Curtain Wall and Interior Evaluation at Levels 4 Through 12</u>

The assessment of the curtain wall system was performed by a licensed engineer in the State of Colorado, Mr. Drew Houser, and Mr. Dan Parker of J.S. Held. Mr. Houser cross referenced exterior conditions with interior evaluations as observed by our interior evaluation team. Please refer to the photographs within Appendix A, included with this report, for representative photographs showing the conditions observed by Mr. Houser, Mr. Parker, and the interior evaluation team.

We used rope access techniques as approved by the Society of Professional Rope Access Technicians (SPRAT) to gain access to the east- and west-facing curtain wall system (Photo No. 59 and 60). Each guest room above the recessed third floor is clad with a curtain wall system, similar to the mezzanine level, and is comprised of at least one horizontal sliding window, at least one insulated glazing unit, and

typically two shorter spandrel lights (one beneath the sliding window and the other beneath the fixed glazing unit – Photo No. 56 to 58). The spandrel lights were not insulated units but were comprised of one piece of glass (monolithic) made flush with the exterior face of the insulated glass units, which was accomplished using glazing adapters to reduce the depth of the glazing pocket and accommodate the reduced profile of the spandrel glass.

The fixed side of the horizontal sliding windows featured a plastic sill cover set into the window track. Nearly all the observed sill covers on the west-facing curtain wall exhibited fractures due to hailstone impacts (Photo No. 61). Most of the observed sill covers on the east-facing curtain wall were in good condition. Several covers exhibited warps, displacements, or were too short to fill the full window track profile (Photo No. 62 and 63).

The curtain wall contained two inside 90-degree corners and four outside 90-degree corners as it changed direction at six locations on both the east and west elevations. The curtain wall framing stopped short of the outside 90-degree corners and an aluminum brake metal corner piece was installed between the mullions to close the gap between the mullions. These corner trim pieces were wet sealed to the cover caps. The west-facing portions of these trim pieces exhibited hail indentations (Photo 64). The north, south, and east-facing portions of these trim pieces were in good condition (Photo 65).

We observed three fractured spandrel lights on the west face of the curtain wall. These spandrel lights were approximately three feet tall by six feet wide. Two of these fractures manifested in a way typically associated with hail as they exhibited acute locations of impact and occurred at Room 828 and 712 (Photo No. 66 and 67). One of these fractures, at Room 916, did not exhibit an acute impact location, and does not appear to be related to the DOL hail event.

The west face of the north concrete wall exhibited a crack near mid-height. The course acrylic texture applied below this location exhibited significant deterioration and flaking, while the course acrylic texture applied above this location was in good condition (Photo No. 68 and 69). Further, the course acrylic texture on the west face of the south concrete wall and the east, south, and north faces of both concrete walls were all in good condition. As the only observed location of deterioration of the course acrylic texture occurs below the crack, it is likely that precipitation that flows on and behind the concrete wall collects at this crack and can flow behind and over the acrylic texture for an increased length of time accelerating the deterioration of the coating and is not related to the DOL hail event.

Hail spatter was observed on the west-facing curtain wall cover caps, and the frames, rails and stiles of the sliding windows. These residual hail signatures can assist in determining direction of hailfall and approximating hailstone size. We measured spatter marks across the base from approximately 1/8-inch up to 1-inch indicating the DOL hailstones fell in a wide variety of sizes. These signatures also showed the DOL hailstones fell with a southwest to northeast trajectory and primarily struck west and south facing appurtenances (Photo No. 70 and 71). The east-facing curtain wall system was void of hail spatter (Photo No. 72).

The horizontal sliding windows were installed with oblong sill weep holes with plastic sliding covers over the weep holes in the bottom face of the window frame. These covers were likely designed to prevent the accumulation of debris in the weep hole and to minimize wind driven rain from entering the window assembly while allowing incidental water that entered the window assembly to drain. During our field check of the curtain wall for water leakage ("spray test"), we observed these weeps to be properly functioning and water flowed unimpeded through the weep covers (Photo No. 73).

The gaskets between the glass and rails and stiles of the horizontal sliding windows exhibited significant shrinkage and had pulled away from their original positions (Photo No. 74 and 75). This condition was widespread on both the east and west faces of the curtain wall system and provides an opening for water to enter the glazing pocket and possibly the interior of the hotel. At several locations, the gaskets had fallen out of the glazing pocket and we could see into the interior of the rooms between the top rails of the window frame and the glass light (Photo No. 76 and 77). This gap provides a direct route for water running down the face of the top rail and wind driven rain to infiltrate and possibly damage the interior finishes of the hotel. We also noted the window stiles and rails were misaligned at widespread locations. These areas exhibited attempted sealant repairs that have since failed and further contributed to the areas of interior moisture intrusion (Photo No. 78 and 79).

Similar to the horizontal sliding windows, the exterior glazing gaskets within the curtain wall system exhibited shrinkage. Many of these gaskets were three to four inches too short, while others had fallen out of the glazing pocket (Photo 80 and 81). The east face of the curtain wall exhibited many isolated/spot repairs by application of a silicone-based sealant over portions of the exterior glazing gaskets, also known as wet sealing. Due to the isolated nature of these repairs, the impetus for wet sealing was likely water intrusion into the hotel interior at these specific locations during previous precipitation events (Photo No. 82 and 83). The original seals at many of the transitions between the curtain wall system and the horizontal sliding windows were visible and exhibited severe embrittlement and were beyond their service life (Photo No. 84). Many of the open joints between vertical mullions had been sealed preventing water from draining out of the system, while others were left open (Photo No. 85).

The entire observed area of the west-facing curtain wall had been wet sealed. The curtain wall system included weep holes on the bottom side of the horizontal cover caps which would allow any incidental water that entered the system to drain (Photo No. 86). Wet sealing over these weep holes reduces the system's ability to effectively drain incidental water from within the curtain wall system and may cause the interior seals to be overwhelmed leading to water intrusion into the interior of the hotel (Photo No. 87 and 88). As many of the interior seals also exhibited shrinkage and many were falling out of the glazing pocket, any water that entered the glazing pocket at these locations would have no internal seal to overwhelm and could easily, without resistance, seep into the interior of the hotel.

The brake metal aluminum trim corner pieces had been sealed to the curtain wall system to provide a continuous air and water barrier. At many locations the original sealant exhibited adhesive failure. At other locations, this transition exhibited a wet sealed repair that had either failed or was showing signs

of natural weathering to the point of failure. These failures provided a direct route for water infiltration into the hotel through capillary action, surface tension, and wind driven rain (Photo 89 to 92).

At several locations there appeared to be an additional repair effort at a later date than the initial wet seal repair. Several different silicone-based sealants were observed indicating different dates of repair (Photo No. 93). There was one observed location where a spandrel light had inadequate bite and the vertical edge of the glass was exposed. An attempt had been made to bridge the gap with a silicone sealant repair. This repair did not achieve proper adhesion and a significant gap was observed between the attempted repair and the edge of the spandrel glass (Photo 93 to 95). This gap provides a direct source for water infiltration into the interior of the hotel. Many of the horizontal and vertical cover caps of both the east and west curtain wall systems exhibited moderate misalignment (Photo No. 96 and 97).

We accessed the interior of 35 west facing rooms and 36 east facing guest rooms as well as 11 common areas and four meeting rooms to document interior damages adjacent to the curtain wall and horizontal sliding windows due to water intrusion. Of the 35 west facing guest rooms observed, 29 showed signs of water damage. Of the 36 east facing guest rooms, 26 showed signs of water damage. As a representative sample, 83% of the west facing guest rooms exhibit water intrusion and 72% of the east facing guest rooms exhibit water intrusion. We cross referenced our exterior observations with our interior observations to show likely sources of water intrusion (Photo No. 98 to 106).

We performed an AAMA 501.2 "Field Check of Metal Curtain Walls for Water Leakage" test on an east-facing glazed insulated glass unit in the 12th floor elevator lobby and on a west-facing horizontal sliding window in the club lounge on the 12th floor. Prior water damage was noted in this location. This test was performed by utilizing a B-25, # 6.030 brass nozzle with 1/2-inch female pipe taper connected to a 3/4-inch garden hose with a control valve and pressure gage to produce 30 to 35 psi water pressure (Photo No. 107). Water was sprayed onto the assembly at a distance of 12 inches and moved five feet slowly back and forth above the joint for a period of five minutes or until water intrusion is observed. To confirm the source of any water intrusion, the wall cavity was opened at both locations prior to the testing and a team member was stationed inside to verify the location of any leakage. The test of the east-facing glazed insulated glass unit was stopped at 50 seconds due to visually and physically confirmed water leakage through interior gaskets within the curtain wall assembly (Photo No. 108 to 111). The test of the west-facing was stopped at 61 seconds due to visually and physically confirmed water leakage through the separated joint between the interior window stile and bottom rail (Photo No. 112 to 116).

WEATHER

As part of our evaluation, we utilized the web-based historic weather verification services of CoreLogic (www.wvs.corelogic.com/), CoCoRaHS (https://www.cocorahs.org), and National Weather Service issued Local Storm Reports (https://nwschat.weather.gov/lsr/) to obtain information about hail history of the subject property. The referenced weather data is included in Appendix B, and we provide the following summary of that data.

CoreLogic *Hail Verification Report #6510689* reported between January 01, 2009, and May 27, 2019, multiple hail events at the subject property. It is important to note that CoreLogic only reports hail events when hailstones exceed 0.75-inch in diameter within a 10-mile radius of the reported address. Notable events where hailstones were equal to or greater than 0.75 inch in diameter at the site were recorded as follows:

- May 8, 2017 --------------- 1.50 inches at site; 2.60 inches within 10 miles
- July 28, 2016 -------------- 0.90 inch at site; 2.00 inches within 10 miles
- September 29, 2015 ---- 0.75 inch at site; 1.00 inch within 10 miles
- July 3, 2015 ---------------- 0.75 inch at site; 1.10 inches within 10 miles
- May 24, 2014 ------------- 0.90 inch at site; 1.00 inch within 10 miles
- July 13, 2011 -------------- 0.75 inch at site; 1.50 inches within 10 miles
- July 14, 2019 -------------- 0.90 inch at site; 1.50 inches within 10 miles

In addition, weather station reports from CoCoRaHS were utilized to corroborate the CoreLogic findings. It is important to note that CoCoRaHS collects data via first person accounts of hail size (recorded on the ground) and intensity. The closest station to record hail on the DOL was CO-JF-3, located 2.28 miles southeast of the subject property. CO-JF-3 reported an average of 0.5-inch diameter hail and largest size 1.0-inch diameter hail fell continuously for 15 minutes and caused damage to tree leaves and dented vehicles. The next closest station was CO-JF-290, located 2.54 miles northwest of the subject property. CO-JF-290 reported an average of 1.0-inch diameter hail and largest size 2.0-inch diameter hail fell continuously for 8 minutes and caused damage to tree leaves, dented vehicles, damaged shingles, and broke house and car windows. Finally, the next closest station to report hail on the DOL was CO-JF-343, located 3.24 miles northeast of the subject property. CO-JF-343 reported an average of 0.375-inch diameter hail and largest size 1.75-inch diameter hail fell continuously for 10 minutes and caused damage to tree leaves, dented vehicles, and broke house windows. A summary of this data can be seen in Figure 3 below:




Figure 3: CoCoRaHS summary map

Finally, we consulted the National Weather Service issued Local Storm Reports (LSR) for hail in Jefferson County on the DOL. Like CoCoRaHS, LSR reports first person accounts of hailfall at specific locations. The database had 18 reports of hail in Jefferson County on May 8, 2017. Of these 18 sites, the two closest locations were recorded as follows:

- 1.25-inch diameter hail reported 0.68 miles east of the subject property
- 2.00-inch diameter hail reported 1.86 miles southeast the subject property

DISCUSSION

Although CoreLogic reported 1.5-inch diameter hailstones on the DOL at the subject property, this data is based on an algorithm that estimates hail size on the ground from atmospheric data. It is our experience, that the first-person accounts from trained spotters with CoCoRaHS and LSR provide more accurate dimensions as these are actual hailstones measured on the ground. The closest LSR station recorded 1.25-inch diameter hailstones at 0.68 miles east of the subject property, and the closest CoCoRaHS station recorded 1.00-inch diameter hailstones at 2.28 miles southeast of the subject property. These measurements are more consistent with the largest observed spatter at the site of 1.00-inch. The directionality of the spatter was clear and consistent showing that the hailstones fell on the

DOL from the southwest to the northeast and impacted south and west facing appurtenances. This is consistent with our extensive experience with this storm event and with the hail caused impacts to the subject property.

Given that nearly all the observed plastic window track covers on the west-facing curtain wall were fractured due to hail, and no observed plastic window track covers on the east-facing curtain wall were fractured, it is clear that hailfall on the DOL impacted the west face of the hotel and not the east face of the hotel. This fact, in tandem with the relatively equal amount of observed water intrusion into both east and west facing guest rooms, indicates that the observed interior water damage is not a result of the DOL hail event. The observed widespread shrinkage of gaskets, failed gaskets, embrittlement of sealant, adhesive failures of sealants, separation of metal components, and failed repairs provided ample sources for water intrusion. Simply put, the building envelope has been compromised due to deferred maintenance and improper repair techniques such as applying silicone sealant to cover cap weep holes on the west-facing curtain wall. The isolated wet seal spot repairs to the east-facing curtain wall and the wet seal repair to the entire west-facing curtain wall suggest that the curtain wall assembly has a history of water intrusion problems and is not related to a single incident.

REPAIR RECOMMENDATIONS

If consideration is made by the insurance policy to account for indentations in the mezzanine level aluminum flashing, the aluminum curtain wall trim pieces, and the metal HVAC caps and hoods, then the only method of repair is to remove and replace these components. Related to the May 8, 2017 hailstorm event, the following metal components exhibited a physical alteration due to hail:

- The west- and south-facing cap flashing was dented, which includes approximately 392 linear feet of cap flashing. Although the east- and north-facing cap flashing had also been dented by hailstone impacts, it is our opinion the east- and north-facing exterior walls were not impacted on May 8, 2017 but were indented over time by other hail events.
- The west facing aluminum brake metal curtain wall corner trim pieces were dented, which includes approximately 360 LF of aluminum trim.
- The metal HVAC components including nine exhaust hoods, five vent caps, two relief hoods, two CU top casings and approximately 95 linear feet of aluminum pipe jacketing and insulation.

In addition, we recommend removing and replacing the fractured plastic sill covers of 126 west-facing horizontal sliding windows.

Finally, we recommend removing and replacing one west-facing glazing unit in the mezzanine level curtain wall, which was approximately 15 square feet in area (3-feet tall by 5-feet wide), and two west-facing spandrel lights 18 square feet in area (3-feet tall by 6-feet wide) of Rooms 828 and 712.

ESTIMATE OF REPAIRS

J.S. Held has prepared an estimate for repairs to elements with a discernable permanent physical change due to hail as discussed above. Also included in this estimate are elements associated with the roof and roof appurtenances, identified by Mr. Sitzmann with Haag Engineering, that exhibited discernable permanent physical changes due to hailfall on the DOL. Elements identified by Mr. Sitzmann included steel cap flashing, a bank of nine pyramid skylights, and a vaulted dome skylight over the pool. The total replacement value (RCV) is $365,217.88, and the actual cash value (ACV) is 338,010.61. The details of this estimate have been included with this report as Appendix D.

CONCLUSIONS

Based on our condition evaluation of the subject property, evaluation of historic weather data, information provided by Mr. Aguilar, Mr. Grummel, Ms. Miller, and Mr. Larson, and information presented in the appendix, we conclude the following:

1. It is our opinion hailstones up to 1.50-inch in diameter fell at the subject property on May 8, 2017, the DOL.
2. It is our opinion hailfall on the DOL caused a discernable physical change to the west-facing aluminum brake metal curtain wall trim pieces, the south- and west-facing mezzanine level aluminum cap flashing, aluminum pipe jacketing and insulation, and multiple metal HVAC caps and hoods.
3. It is our opinion hailfall on the DOL fractured plastic sill covers on 126 west-facing horizontal sliding windows and three glass lights, one at the mezzanine level and two on the west-facing curtain wall.
4. It is our opinion the reported water damage to the interior finishes of the guest rooms is the result of deferred maintenance resulting in widespread failures of the building envelope over time and is not related to a one-time weather event.

CLOSING

Thank you for the opportunity to provide professional services. The opinions and conclusions in this report have been formulated within a reasonable degree of professional certainty. Please note that J.S. Held opinions are based on the information provided and/or obtained as well as our training, knowledge and experience. To the extent that hidden conditions exist, and/or additional information is made available, J.S. Held reserves the right to revise or update any of the observations, assessments, and/or opinions as conditions change or additional information is provided for our review.

This document is to inure to the benefit of the addressee only and may not be relied upon, used by, or referenced by any third party without the written consent of J.S. Held. If clarification or additional information is required, please do not hesitate to contact us.

Respectfully,
**J.S. Held LLC**

COLORADO LICENSED PROFESSIONAL ENGINEER
STEVEN A. HOUSER
55160
8-9-2019

STATE OF COLORADO LICENSED ARCHITECT
JEFFREY E. ANDERSON
ARC 400595
8-9-2019

Steven "Drew" Houser
Professional Engineer I
P.E. License No. 0055160 (Expires 10/31/2019)

Jeffrey E. Anderson, A.I.A., LEED AP
Professional Architect I (CO)
Co. License ARC500959 (Expires 10/31/2019)

COLORADO LICENSED PROFESSIONAL ENGINEER
JOSLYN HOPMAYER
49260
8-9-2019

Joslyn C. Hopmayer, P.E.
Professional Engineer I
P.E. License No. 0049260 (Expires 10/31/2019)

*The above seals and signatures are solely recognized and held responsible for the opinions represented by the individual contributions to the evaluation and subsequent conclusions as stated within this report and summarized as follows:

- Steven "Drew" Houser – Curtain Wall Evaluation
- Jeffrey Anderson – Mezzanine Level Curtain Wall Evaluation
- Joslyn Hopmayer – HVAC Evaluation

JS|HELD

# APPENDIX A

Captioned Photographs




Photo No. 1 West Elevation



Photo No. 2: North Elevation



Photo No. 3: East elevation



Photo No. 4: South Elevation



Photo No. 5: Overview of plaza roof (section 1) at east




Photo No. 6: Overview of plaza roof (section 1) at north




Photo No. 7: Overview of plaza roof (section 1) at west




Photo No. 8: Overview of plaza roof (section 1) at north




Photo No. 9: Overview of tower roof (section 2) at east




Photo No. 10: Overview of tower roof (section 2) at south




Photo No. 11: Overview of tower roof (section 2) at west



Photo No. 12: Overview of tower roof (section 2) at north



Photo No. 13: Overview of mechanical equipment within screen wall on tower roof (section 2)




Photo No. 14: Overview of roof sections 3 and 4



Photo No. 15: Overview of both skylights on the plaza deck (section 1)




Photo No. 36: Exhaust hood with hail indentations to the top and shroud




Photo No. 17: Twin City exhaust hood in good condition




Photo No. 18: Exhaust Hood dampers in good condition




Photo No. 19: Plaza level exhaust hood with hail indentations



Photo No. 20: Plaza level exhaust hood with hail indentations




Photo No. 21: CU-1 Coil in good condition



Photo No. 22: CU -1 with mechanical impact to coil




Photo No. 23: CU-2 coil with few 1/2-inch bends in fins



Photo No. 24: CU -2 top casing with hail indentations




Photo No. 25: Cooling tower aluminum jacketing on pipe with hail impacts




Photo No. 26: Steel vent cap with mechanical damage




Photo No. 27: Aluminum vent caps with hail indentations



Photo No. 28: Relief hood with hail indentations




Photo No. 29: Evaporative cooler and ductwork in good to fair condition



Photo No. 30: AHU-1 and ductwork in good to fair condition




Photo No. 31: Showing the 2nd east-facing curtain wall system




Photo No. 32: Showing the 2nd level west-facing curtain wall system




Photo No. 33: Showing the 2nd level south-facing curtain wall system




Photo No. 34: Showing the 2nd level north-facing curtain wall system




Photo No. 35: Showing the 2nd level curtain wall system




Photo No. 36: Showing the east-facing top drip edge flashing was not sealed to the wall



Photo No. 37: Showing the original gaskets have shrunk over time allowing water into the system




Photo No. 38: Showing the west-facing top drip edge flashing was wet sealed



Photo No. 39: Showing the west-facing wet seal at the glazing units was in good condition



Photo No. 40: Showing the north-facing gaskets remained relatively tight at the corners



Photo No. 41: Showing dried sealant at the south-facing gasket




Photo No. 42: Mechanical impact to pressure bar, cover cap, and head flashing



Photo No. 43: Shows mechanical damage at the south-facing system



Photo No. 44: Showing the south-facing top flashing was dented by hailstone impacts



Photo No. 45: Showing hailstone-created indentations in the west-facing top flashing



Photo No. 46: Showing the north-facing top drip edge flashing with indentations




Photo No. 47: Showing multiple hailstone impacts to the west-facing top flashing



Photo No. 48: Shows hailstone spatter marks on the west-facing concrete wall




Photo No. 49: Showing hailstone impact spatter marks on the west-facing concrete wall




Photo No. 50: Showing a fractured west-facing glazing unit



Photo No. 51: Showing hail created spatter marks on the west-facing sliding door frame


Photo No. 52: Shows a hail spatter mark on a west-facing cover cap



Photo No. 53: Shows the hail did not deform the aluminum cover cap (photo above)




Photo No. 54: Showing indentations created during installation (dead blow hammer), not by hail



Photo No. 55: Shows indentations created during installation (dead blow hammer), not by hail



Photo No. 56: Overview of curtain wall system at the Sheraton Denver West




Photo No. 57: Four rooms showing different types of glass and operable windows




Photo No. 58: Typical windows and glass of room interiors



Photo No. 59: Overview of rope access setup on the tower roof



Photo No. 60: Close-up of rope access setup on the tower roof



Photo No. 61: Hail caused fractures in the plastic sill cover of the west-facing sliding windows



Photo No. 62: Plastic sill cover of east-facing sliding windows in good condition



Photo No. 63: Gaps at ends of plastic sill cover of sliding windows




Photo No. 64: Indentations to west-facing trim and adjacent vertical cover cap in good condition



Photo No. 65: East-facing aluminum trim and adjacent vertical cover cap in good condition



Photo No. 66: Overview of broken spandrel glass on west face, Room 828



Photo No. 67: Close-up of broken spandrel glass on west face, Room 828



Photo No. 68: Course acrylic texture above concrete crack in north wall in good condition



Photo No. 69: Course acrylic texture below concrete crack in north wall showing deterioration




Photo No. 70: Hail spatter on west-facing window rail with slight south to north angle




Photo No. 71: Same spatter measured at base represents hailstone diameter of approximately 1-inch



Photo No. 72: East-face of curtain wall components void of spatter marks



Photo No. 73: Sliding sill weep covers in good working condition



Photo No. 74: Overview of typical window gasket shrinkage



Photo No. 75: Close-up of typical window gasket shrinkage



Photo No. 76: Failed condition of sliding window gaskets



Photo No. 77: Interior of room visible through opening created by failed gasket of sliding window



Photo No. 78: Misalignment of window rail and stile with failed sealant repair



Photo No. 79: Close-up of failed sealant repair to rail/stile transition



Photo No. 80: Failed glazing gasket on east elevation curtain wall



Photo No. 81: Failed glazing gasket at east elevation curtain wall showing attempted previous repair



Photo No. 82: Overview of partial previous repair to east-facing window seal



Photo No. 83: Close-up of repair sealant and original seal transition



Photo No. 84: Close-up of severe embrittlement of the original window seal



Photo No. 85: East face showing glazing seal repair, open mullion weep hole, and open cover cap joint


Photo No. 86: Close-up of proper open horizontal mullion weep at east face



Photo No. 87: Overview of west face glazing seal repair with sealed mullion weeps


Photo No. 88: Vertical joint sealed on west face preventing drainage



Photo No. 89: Overview of aluminum trim at corner curtain wall transitions



Photo No. 90: Overview of sealant repair at corner trim



Photo No. 91: Overview of embrittled and failed corner trim sealant



Photo No. 92: Close-up of corner trim sealant with adhesive failure



Photo No. 93: Poor application of sealant over gap in glazing gaskets



Photo No. 94: Overview of spandrel glass installed with negative bite (not in glazing pocket), Room 921



Photo No. 95: Close-up of edge of glass outside glazing pocket allowing water intrusion, Room 921



Photo No. 96: Misaligned horizontal cover caps



Photo No. 97: Misaligned vertical cover caps



Photo No. 98: Interior of west-facing Room 802 showing water staining on the ceiling



Photo No. 99: Exterior of west-facing Room 802 with sealant failure at top of window



Photo No. 100: Interior of west-facing room 1222 with water damage to northwest corner



Photo No. 101: Overview of exterior of Room 1222 at northwest corner, gaskets exhibit shrinkage



Photo No. 102: Close-up of northwest corner of exterior of Room 1222




Photo No. 103: Interior of east-facing Room 1017 with water damage



Photo No. 104: Exterior of Room 1017 with broken gasket opposite interior water damage




Photo No. 105: Interior of east-facing Room 1205 with water damage from source above



Photo No. 106: Exterior of Room 1205 with failed sealant at top of window allowing free flow of water


Photo No. 107: Spray test performed on east 12th level elevator lobby and west 12th level lounge


Photo No. 108: Interior intrusive cuts to observe water intrusion, photo shows water damage (east face)



Photo No. 109: Failed interior gasket at east test location



Photo No. 110: Opposite face of photo above with evidence of long-term water intrusion



Photo No. 111: Different type of sealant more recently placed at test location, leak originated at corner



Photo No. 112: Interior intrusive cuts to observe water intrusion, photo shows water damage (west face)



Photo No. 113: Interior leak source from west face water test



Photo No. 114: Close-up of highlighted area in previous photo



Photo No. 115: Exterior view of west test location



Photo No. 116: Close-up of water intrusion points of west test location

JS|HELD

# APPENDIX B

Weather Research

CoreLogic

Weather Verification Services

# Hail Verification Report

| | |
|---|---|
| **Claim or Reference #** | 19050013 |
| **Insured/Property Owner** | RDA Management Co. |
| **Address** | 360 Union Blvd<br>Denver, CO 80228 |
| **Coordinates** | Latitude 39.721596, Longitude -105.131332 |
| **Date Range** | Jan 01, 2009 to May 27, 2019 |
| **Report Generated** | May 28th, 2019 at 13:29:04 UTC |

# Storm Events

| | **Estimated Maximum Hail Size** | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 mi / 1.61 km** | **Within 3 mi / 4.83 km** | **Within 10 mi / 16.09 km** |
| Aug 14, 2018 | -- | 0.8 in / 2.03 cm | 1.1 in / 2.79 cm | 1.2 in / 3.05 cm |
| May 28, 2018 | -- | -- | 0.9 in / 2.29 cm | 1 in / 2.54 cm |
| May 14, 2018 | -- | -- | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |
| May 8, 2017 | 1.5 in / 3.81 cm | 1.8 in / 4.57 cm | 2.1 in / 5.33 cm | 2.6 in / 6.6 cm |
| Jul 28, 2016 | 0.9 in / 2.29 cm | 1.3 in / 3.3 cm | 1.4 in / 3.56 cm | 2 in / 5.08 cm |
| Jun 28, 2016 | -- | -- | 1.1 in / 2.79 cm | 1.1 in / 2.79 cm |
| Sep 29, 2015 | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm | 1 in / 2.54 cm | 1 in / 2.54 cm |
| Jun 4, 2015 | -- | -- | 0.8 in / 2.03 cm | 1.8 in / 4.57 cm |
| Jun 3, 2015 | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm | 1.1 in / 2.79 cm | 1.1 in / 2.79 cm |
| Jul 7, 2014 | -- | -- | 0.9 in / 2.29 cm | 1.5 in / 3.81 cm |
| May 24, 2014 | 0.9 in / 2.29 cm | 1 in / 2.54 cm | 1 in / 2.54 cm | 1 in / 2.54 cm |
| May 21, 2014 | -- | -- | 1 in / 2.54 cm | 1.4 in / 3.56 cm |
| May 20, 2014 | -- | -- | 0.8 in / 2.03 cm | 1.2 in / 3.05 cm |
| May 7, 2014 | -- | -- | 0.9 in / 2.29 cm | 1 in / 2.54 cm |
| Jun 6, 2012 | -- | -- | 1.1 in / 2.79 cm | 1.3 in / 3.3 cm |
| Jul 13, 2011 | 0.75 in / 1.91 cm | 0.9 in / 2.29 cm | 1.3 in / 3.3 cm | 1.5 in / 3.81 cm |

©2019 CoreLogic Spatial Solutions LLC

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 mi / 1.61 km** | **Within 3 mi / 4.83 km** | **Within 10 mi / 16.09 km** |
| Jun 11, 2010 | -- | 1 in / 2.54 cm | 1.2 in / 3.05 cm | 1.5 in / 3.81 cm |
| Aug 9, 2009 | -- | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |
| Jul 20, 2009 | -- | 0.9 in / 2.29 cm | 1 in / 2.54 cm | 1.2 in / 3.05 cm |
| Jun 14, 2009 | 0.9 in / 2.29 cm | 1.1 in / 2.79 cm | 1.2 in / 3.05 cm | 1.5 in / 3.81 cm |
| Jun 13, 2009 | -- | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm |

- Hail dates begin at 6am CST on the indicated day and end at 6am CST the following day.
- Dash "--" indicates 0.75 in / 1.91 cm or larger hail was detected within 3 mi / 4.83 km, but not at location.
- Hail sizes being reported within this report start at 0.75 in / 1.91 cm and increase in 0.1 in / 0.25 cm increments; rounded to the nearest 0.1 in / 0.25 cm.
- This report contains hail events between Jan 01, 2009 and May 27, 2019.

# Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.

**Scan to Verify Authenticity**

*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*

## Hail Report

### Hail Report Information

| | |
|---|---|
| Station Number: | CO-JF-3 |
| Station Name: | Denver 6.1 WSW |
| Date: | 5/8/2017 2:52 PM |
| Submitted | 5/08/2017 3:07 PM |
| Taken at registered location: | True |
| Notes: | Started big, then weakened, then re-intensified at 2:57 PM, weakened gradually, then re-intensified briefly at 3:05 PM. At 3:06, very little hail - almost just rain, with occasional tick from hail. |

NO HAIL PAD IMAGE

### Hailstone Information

| | |
|---|---|
| Largest Size: | 1" Quarter Size |
| Average Size: | 1/2" Grape |
| Smallest Size: | Rice |
| Stone Consistency: | Hard, White Ice |

### Hail Storm Information

| | |
|---|---|
| Duration Minutes: | 15 |
| Duration Accuracy: | 1min |
| Timing: | Continuous |
| More Rain than Hail: | False |
| Hail Started: | Before rain |
| Largest Hail Started: | Same time as smaller hail |
| Damage: | minor leaf damage.shredded leaves.car dents |

### Hail pad information

| | |
|---|---|
| Angle of Impact: | 10-20 |
| Number of Stones On Pad: | |
| Distance Between Stones On Pad: | |
| Depth Of Stones on Ground: | |
| Has Samples: | False |

# Hail Report

## Hail Report Information

| | |
|---|---|
| Station Number: | CO-JF-290 |
| Station Name: | Wheat Ridge 2.8 WSW |
| Date: | 5/8/2017 2:52 PM |
| Submitted | 5/09/2017 11:13 AM |
| Taken at registered location: | True |
| Notes: | |

NO HAIL PAD IMAGE

## Hailstone Information

| | |
|---|---|
| Largest Size: | 2" Hen Egg Size |
| Average Size: | 1" Quarter Size |
| Smallest Size: | 1/2" Grape |
| Stone Consistency: | Hard, Clear Ice, White Ice |

## Hail Storm Information

| | |
|---|---|
| Duration Minutes: | 8 |
| Duration Accuracy: | 1min |
| Timing: | Continuous |
| More Rain than Hail: | False |
| Hail Started: | After rain |
| Largest Hail Started: | Same time as smaller hail |
| Damage: | shredded leaves.car dents.damaged shingles.broken house windows.broken car windows |

## Hail pad information

| | |
|---|---|
| Angle of Impact: | 10-20 |
| Number of Stones On Pad: | |
| Distance Between Stones On Pad: | |
| Depth Of Stones on Ground: | |
| Has Samples: | False |

# Hail Report

## Hail Report Information

| | |
|---|---|
| Station Number: | CO-JF-343 |
| Station Name: | Wheat Ridge 0.9 WSW |
| Date: | 5/8/2017 2:45 PM |
| Submitted | 5/09/2017 6:50 AM |
| Taken at registered location: | True |
| Notes: | |

NO HAIL PAD IMAGE

## Hailstone Information

| | |
|---|---|
| Largest Size: | 1 3/4" Golf Ball Size |
| Average Size: | 3/8" |
| Smallest Size: | 1/4" Pea Size |
| Stone Consistency: | Mixed, Clear Ice, White Ice |

## Hail Storm Information

| | |
|---|---|
| Duration Minutes: | 10 |
| Duration Accuracy: | 3min |
| Timing: | Continuous |
| More Rain than Hail: | False |
| Hail Started: | Before rain |
| Largest Hail Started: | Before smaller hail |
| Damage: | shredded leaves.car dents.broken house windows |

## Hail pad information

| | |
|---|---|
| Angle of Impact: | 10-20 |
| Number of Stones On Pad: | |
| Distance Between Stones On Pad: | |
| Depth Of Stones on Ground: | |
| Has Samples: | False |

**Local Storm Reports (May 8, 2017)**

| County | Location | Event Type | Mag. | Source | Lat | Lon | Remark | Distance from Subject Property |
|---|---|---|---|---|---|---|---|---|
| Jefferson | 3 NW Idledale | HAIL | 1 | trained spotter | 39.7 | -105.28 | | 8.00 miles west |
| Jefferson | 2 SE Golden | HAIL | 1.25 | trained spotter | 39.72 | -105.19 | | 3.13 miles west |
| Jefferson | 1 WSW Wheat Ridge | HAIL | 1.75 | cocorahs | 39.77 | -105.12 | | 3.42 miles northeast |
| Jefferson | 2 N Lakewood | HAIL | 1.25 | cocorahs | 39.72 | -105.12 | | 0.62 miles east |
| Jefferson | 1 WSW Lakewood | HAIL | 2 | trained spotter | 39.69 | -105.13 | severe damage to vehicles | 2.18 miles south |
| Jefferson | 3 WSW Wheat Ridge | HAIL | 2 | cocorahs | 39.76 | -105.15 | | 2.84 miles northwest |
| Jefferson | Golden | HAIL | 1.75 | trained spotter | 39.74 | -105.21 | | 4.39 miles northwest |
| Jefferson | 1 ENE Lakewood | HAIL | 1 | cocorahs | 39.7 | -105.1 | | 2.22 miles southeast |
| Jefferson | 3 WSW Wheat Ridge | HAIL | 1.75 | trained spotter | 39.75 | -105.15 | | 2.20 miles northwest |
| Jefferson | 2 ENE Lakewood | HAIL | 1 | trained spotter | 39.7 | -105.08 | | 3.12 miles southeast |
| Jefferson | 2 W Arvada | HAIL | 0.88 | nws employee | 39.82 | -105.14 | | 6.83 miles north |
| Jefferson | Wheat Ridge | HAIL | 1.75 | co-op observer | 39.77 | -105.1 | | 3.74 miles northeast |
| Jefferson | Wheat Ridge | HAIL | 2.5 | co-op observer | 39.77 | -105.1 | | 3.74 miles northeast |
| Jefferson | 2 E Wheat Ridge | HAIL | 1.75 | cocorahs | 39.77 | -105.06 | | 5.07 miles northeast |
| Jefferson | Wheat Ridge | HAIL | 2.75 | trained spotter | 39.77 | -105.1 | lutheran hospital | 3.74 miles northeast |
| Jefferson | Wheat Ridge | HAIL | 1 | trained spotter | 39.77 | -105.1 | | 3.74 miles northeast |
| Jefferson | N Lakewood | HAIL | 2 | public | 39.7 | -105.11 | | 1.86 miles southeast |
| Jefferson | 2 NW Golden | HAIL | 2 | trained spotter | 39.76 | -105.24 | several cars and homes damaged | 6.37 miles northwest |

JS|HELD

# APPENDIX C

## Weather Data and Hail Appendix

# Weather Research and Hail Appendix

**Weather Data**

**National Weather Service – Storm Events Database and Local Storm Reports**

The *National Centers for Environmental Information (NCEI)* collects information from the National Weather Service (NWS) and publishes descriptions of weather events in their Storm Events Database. This database is available online at http://www.ncdc.noaa.gov/stormevents, and it is searchable over a specified date range. The NCEI Storm Event descriptions are an edited combination of official weather observations at the NWS recording sites; eyewitness reports by individuals, storm spotters, or emergency management officials; media and social media reports; and occasionally the reports of observation teams dispatched by the NWS. However, these reports are not a substitute for site-specific observations. The current NWS "severe" criteria for entry of hailstones in the database is 1.0 inch diameter or larger (although sometimes hail sizes as small as 0.75 inch diameter are listed).

The NCEI database is usually several months behind the current date and will not contain information on the most recent storms. Daily weather-related observations by NWS Local Forecast Offices are compiled in another database called the Local Storm Reports (LSR) database. The LSR database is searchable online for a specified date range and displays the results on a mapping interface. The LSR data can include additional reports that were edited away during the NWS review process that generates the SED; however, it generally includes the same information.

**Radar-Based Hail Size Estimation Reports**

Various companies such as CoreLogic (Hail Verification Reports), Verisk (Benchmark Reports), and anythingweather.com (HailFACTS Reports), to name a few, provide maps and reports of possible hailfall based on proprietary algorithms applied to radar signatures. The reports provide an estimate of the potential size of hailstones that a storm could have produced in the analyzed geographical area but do not verify the actual hail size (i.e., hail sizes are not confirmed by spotters on the ground at the specific location).

Several factors can influence the accuracy of the estimated hail sizes from radar data, such as distance from the site (range) and height of the radar beam (elevation). Researchers at the National Weather Service have studied this methodology and compared it with actual "ground-truth" reports. The scientific literature has shown that determining hail size from radar data has a high error rate, is not repeatable, and is not scientifically reliable. Thus, this analysis concept should be carefully considered and compared with available ground-level weather observation reports and observed site conditions. These types of radar-derived estimates of hail size are not substitutes for site-specific observations. However, it is our experience that these types of radar derived estimates are relatively accurate at determining whether or not hail had fallen at a particular location.

- Kiel L. Ortega, et al., *"Evaluating a Hail Size Discrimination Algorithm for Dual-Polarized WSR-88Ds Using High Resolution Reports and Forecaster Feedback"* (https://ams.confex.com/ams/36Radar/webprogram/Manuscript/Paper228601/ortega_etal_7B4_hsda.pdf)

**Spatter Marks and Directionality of Hail**

Spatter marks result when hailstones strike surfaces covered with grime, micro-organisms, oxidation, algae, etc. Inspection of horizontal and vertical surfaces at a property can provide insight to the approximate size, hardness, frequency, and direction of a hail event from the spatter marks left behind. Spatter marks are temporary and tend to fade within several years of their creation. Although the visibility and longevity of spatter marks can vary based on the material and amount of oxides and organic materials scuffed away, harder hailstones typically remove more surface contaminants and tend to produce less splay, creating well-defined edges of a spatter mark. Spatter marks from softer hailstones typically create more splay and poorly defined edges, resulting from hailstones breaking apart upon impact. The orientation of the splay provides directionality of the hail fall, and the width of the base of the splay provides approximate hail size.

**Collateral Indicators of Hail Impact Energy**

When examining a property for the effects of hail, one must consider all aspects of the impact energies from hail at the site. Inspection of metal appurtenances can provide insight to the size, frequency and hardness of hailstones that have fallen. Dents in light-gauge metals impacted by hail are a permanent record of all hailstones that have struck exposed surfaces over the years. However, dents with coincidental spatter marks can provide details to the size and frequency of recent hail.

Metal surfaces can be used to evaluate the relative size of hailstones. Harder or larger hailstones produce deeper dents in metal than smaller or softer hailstones. Thin-gauge metal roof appurtenances and building trim can be easily dented by smaller diameter hailstones than would be needed to compromise some roofing materials. For example, a 1/2-inch diameter hailstone can dent a thin-gauge aluminum flue cap or fascia but lacks the energy necessary to rupture most roofing types.

Research papers by others outline the effects of hail on metal appurtenances. Understanding the relationship of the size of dents in the different types of metals at a site aids in understanding of the potential of the impact energy to the shingles from hail. Two papers that correlate impact energy with severity of dents in metal appurtenances are:

- J.D. Koontz, "*Hail: Sizing It Up!*" (http://jdkoontz.com/articles/hailsize.pdf)
- Scott Morrison, Haag Engineering, "*Dents in Metal Appurtenances Caused by Ice Ball Impacts".* (http://docserver.nrca.net/technical/7876.pdf).

**Hail Damage – Discussion and Definition**

Hailstones can damage building materials if they possess the necessary impact parameters. The three important characteristics of damaging hail are size, density, and hardness of the hailstone. The hailstone size and density are principal influences on the mass and velocity of a stone and, therefore, the energy the hailstone imparts on the roof surface.

In addition to size, the angle of impact also plays an important role in the energy transfer of a hailstone. Direct impacts (impacts perpendicular to a roof surface) generally transfer more energy to the roofing than do glancing impacts from hailstones. Thus, surfaces facing the direction of incident hail fall usually sustain more damage than those facing away from the impacting hail. Directional variations in impact damage to roofing usually are greater on steep roofs than flat roofs, because slopes facing away from the

storm direction usually receive glancing impacts. On low-sloped roofs (approximately flat roofs), directional variations in damage are most pronounced on vertical surfaces that face the different directions, such as parapets and curbs, rather than the low-sloped roofing itself.




**Asphalt Shingles**

Typical threshold sizes for hail damage to asphalt shingles comes from independent testing performed by The US Department of Commerce, National Bureau of Standards; Insurance Institute for Business and Home Safety, and independent engineering companies. The individual studies can be found at:

- Sidney H. Greenfeld, "*Hail Resistance of Roofing Products*," p. 9, Building Science Series #23, National Bureau of Standards, August 1969.
- Ian Giammanco, PhD and Tanya Brown, PhD, "*2013 IBHS Characteristics of Severe Hail Field Research Summary*", Insurance Institute for Business and Home Safety. (https://www.disastersafety.org/hail/2013-ibhs-characteristics-severe-hail-field-research-summary)
- Timothy Marshall, Richard Herzog, Scott Morrison, and Steven Smith (Haag Engineering), "*Hail Damage Threshold Sizes for Common Roofing Materials*". (https://ams.confex.com/ams/pdfpapers/45858.pdf)
- Stephen Petty, P.E., Mark Petty, and Tim Kasberg, "*Evaluation of Hail Strike Damage Based On Hail Stone Size, Roof Pitch, Direction of Incoming Storm, And Facing Roof Elevation*". (www.rci-online.org/interface/2009-05-petty-petty-kasberg.pdf)
- Koontz, Jim D., 1991, "*The effects of hail on residential roofing products, Proc. of the Third International Symposium on Roofing Technology, NRCA/NIST, 206-215*". (http://docserver.nrca.net/pdfs/technical/374.pdf)

Impact tests by independent labs have shown that for three-tab asphalt shingles which are in relatively good or mid-life condition, hailstones that are frozen solid and strike perpendicularly to the roofing typically are about 1.0 inch in diameter or larger before fractures and punctures are possible. For laminated asphalt shingles with fiberglass reinforcement, damage begins with hailstones 1.25 inches in diameter or larger.

**Hail-Caused Granule Scouring and Natural Granule Loss**

Granule scouring caused by hail refers to granules that have been removed by hail from the shingle such that unprotected coating asphalt is exposed. The area where granules have been scoured is not accompanied by an indentation or rupture in the shingle.


JS|HELD

It should be noted that granule loss on an asphalt shingle occurs from the moment it is manufactured: in shipping, handling, during installation, in wear and tear on the roof, and throughout the natural weathering process as the shingle continues to age. In general, at the time of manufacturing, more granules are placed on the shingles than are needed to cover the shingle's coating asphalt. The granule excess exists atop and between those granules that are embedded in the coating asphalt, and as long as the shingle surface remains well-covered with granules, there is no reduction in shingle performance or expected service life. Granule loss due to weathering also can manifest as a widespread condition, or in small localized areas (sometimes in circular shapes).

Long-term weathering studies performed by Haag Engineering have shown that an impacted location that is not fractured and remains covered with granules will not weather faster over time compared to non-impacted areas of a shingle. These studies do not address the service life effects of unprotected coating asphalt exposed by hail-caused granule scouring. However, they demonstrated where coating asphalt is exposed and not protected by granules, the coating asphalt will erode and the reinforcements will become exposed. The papers can be found at:

- Scott Morrison, Haag Engineering, "*Long-Term Effects on Hail Impact on Asphalt Shingles – An Interim Report*". (http://haagglobal.com/am-site/media/long-term-effects-of-hail-impact.pdf)
- Timothy Marshall, Richard Herzog, and Scott Morrison (Haag Engineering), "*Hail Damage to Asphalt Roof Shingles*". (https://ams.confex.com/ams/pdfpapers/81091.pdf)

JS | HELD

# APPENDIX D

Estimate of Repairs

**JS Held**

| | |
|---|---|
| Insured: | RDA Management (Sheraton Denver West) |
| Property: | 360 Union Blvd<br>Lakewood , CO 80228 |

| | | | |
|---|---|---|---|
| Estimator: | Joseph Del Guidice | Business: | (720) 512-1057 |
| Position: | Director | E-mail: | jdelguidice@jsheld.com |
| Company: | J.S. Held LLC | | |

**Claim Number:** 585259958061 **Policy Number:** HCS101734 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 5/8/2017 | Date Received: | |
| Date Inspected: | | Date Entered: | 7/15/2019 10:54 AM |

| | |
|---|---|
| Price List: | CODE8X_JUL19<br>Restoration/Service/Remodel |
| Estimate: | 2019-RDAMANAGEMENT |

This estimate is subject to review by the Insurance Carrier(s) per contract/policy terms and conditions.
J.S. Held recommends that all costs that are anticipated to be part of the claim are submitted for review prior to executing contracts.
This document is prepared for the adjustment team. Reliance upon this document are for the sole use of the intended recipients.
J.S. Held LLC reserves the right to change their opinion should further information become available following the preparation of this presentation.

## 2019-RDAMANAGEMENT

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Commercial Supervision / Project Management - per hour | 120.00 HR | 67.25 | 0.00 | 1,614.00 | 9,684.00 | (0.00) | 9,684.00 |
| 2. General Laborer - per hour | 240.00 HR | 42.54 | 0.00 | 2,041.92 | 12,251.52 | (0.00) | 12,251.52 |
| For mobilization and site clean up<br>Assumes use of service elevator for moving material and debris | | | | | | | |
| 3. REPLACE Temporary toilet (per month) | 1.00 MO | 171.64 | 0.00 | 34.32 | 205.96 | (0.00) | 205.96 |
| 4. REPLACE Caution tape | 1,200.00 LF | 0.10 | 0.90 | 24.00 | 144.90 | (0.00) | 144.90 |
| 5. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 471.64 | 0.00 | 377.32 | 2,263.88 | (0.00) | 2,263.88 |
| 6. Floor protection - corrugated cardboard and tape | 1,200.00 SF | 0.41 | 17.10 | 98.40 | 607.50 | (0.00) | 607.50 |
| For main lobby, lower roof level, and top floor | | | | | | | |
| **Totals: General Conditions** | | | **18.00** | **4,189.96** | **25,157.76** | **0.00** | **25,157.76** |

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 7. REMOVE Cap flashing - steel | 1,715.30 LF | 0.51 | 0.00 | 174.96 | 1,049.76 | (0.00) | 1,049.76 |
| 8. REPLACE Cap flashing - steel | 1,886.83 LF | 17.40 | 1,068.42 | 6,566.16 | 40,465.42 | (5,053.62) | 35,411.80 |
| Includes 10% waste | | | | | | | |
| 9. REPLACE Skylight bid provided by Seagren Construction, dated 6.30.17* | 1.00 EA | 61,800.00 | 1,635.00 | 12,360.00 | 75,795.00 | (7,733.55) | 68,061.45 |
| 10. REPLACE Windows - Skylights bid by Seagren Construction, dated 6.30.17* | 9.00 EA | 6,000.00 | 2,362.50 | 10,800.00 | 67,162.50 | (0.00) | 67,162.50 |
| This item is pending roof evaluation findings by Haag Engineering | | | | | | | |
| **Totals: Roof** | | | **5,065.92** | **29,901.12** | **184,472.68** | **12,787.17** | **171,685.51** |

### HVAC

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| HVAC Costs Derived From Mechanical Comparison Previously Submitted by Joslyn Hopmayer - PE | | | | | | | |
| 11. REPLACE Replacement Exhaust Fan 1 - Centri Master - PNN2006 115/1/OD - WSA382703* | 1.00 EA | 2,912.00 | 66.75 | 582.40 | 3,561.15 | (315.73) | 3,245.42 |
| 12. REPLACE Replacement Exhaust Fan 2 - Centri Master - Unknown Model / Serial #* | 1.00 EA | 2,912.00 | 66.75 | 582.40 | 3,561.15 | (315.73) | 3,245.42 |

**CONTINUED - HVAC**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 13. REPLACE Replacement Exhaust Fan 3 - Centri Master - Unknown Model / Serial #* | 1.00 EA | 2,628.00 | 59.25 | 525.60 | 3,212.85 | (280.25) | 2,932.60 |
| 14. REPLACE Replacement Exhaust Fan 8 - Centri Master - Unknown Model / Serial #* | 1.00 EA | 2,837.00 | 63.75 | 567.40 | 3,468.15 | (301.54) | 3,166.61 |
| 15. REPLACE Replacement Exhaust Fan 9 - Centri Master - Unknown Model / Serial #* | 1.00 EA | 2,912.00 | 66.75 | 582.40 | 3,561.15 | (315.73) | 3,245.42 |
| 16. REPLACE Replacement Exhaust Fan 10 - Centri Master - Unknown Model / Serial #* | 1.00 EA | 2,912.00 | 66.75 | 582.40 | 3,561.15 | (315.73) | 3,245.42 |
| 17. REPLACE Replacement Exhaust Fan 11 - Centri Master - Unknown Model / Serial #* | 1.00 EA | 2,912.00 | 66.75 | 582.40 | 3,561.15 | (315.73) | 3,245.42 |
| 18. REPLACE Replacement Exhaust Fan 12 - Centri Master - Unknown Model / Serial #* | 1.00 EA | 2,628.00 | 59.25 | 525.60 | 3,212.85 | (280.25) | 2,932.60 |
| 19. REPLACE Replacement Exhaust Fan 13 - Centri Master - Unknown Model / Serial #* | 1.00 EA | 2,628.00 | 59.25 | 525.60 | 3,212.85 | (280.25) | 2,932.60 |
| 20. REPLACE Replacement Exhaust Fan 16 - Centri Master - Unknown Model / Serial #* | 1.00 EA | 2,628.00 | 59.25 | 525.60 | 3,212.85 | (280.25) | 2,932.60 |
| 21. REPLACE Replacement Exhaust Fan 17 - Dayton - 37899 - 95630592* | 1.00 EA | 2,891.00 | 65.25 | 578.20 | 3,534.45 | (308.63) | 3,225.82 |
| 22. REPLACE Replacement Exhaust Fan 18 - Dayton - 17497 - Unknown Serial #* | 1.00 EA | 2,891.00 | 65.25 | 578.20 | 3,534.45 | (308.63) | 3,225.82 |
| 23. REPLACE Replace Top Casing - Condensor Unit 1 - Quietside - QS36-VP220 - Unknown Serial #* | 1.00 EA | 500.00 | 11.25 | 100.00 | 611.25 | (53.21) | 558.04 |
| 24. REPLACE Replace Top Casing - Condensor Unit 2 - Quietside - QS36-VP220 - Unknown Serial #* | 1.00 EA | 610.00 | 19.50 | 122.00 | 751.50 | (92.24) | 659.26 |
| 25. REPLACE Replace Aluminum Jacket - Cooling Tower 1 & 2 - Baltimore Aircoil * | 1.00 EA | 837.90 | 18.85 | 167.58 | 1,024.33 | (89.17) | 935.16 |
| 26. REPLACE Replace Exhaust Fan 19 - Acme - PLY90M - Uknown Serial #* | 1.00 EA | 4,249.00 | 95.60 | 849.80 | 5,194.40 | (452.20) | 4,742.20 |
| 27. REPLACE Replace Relief Hood 2 - Acme - X2060 - TSE387713* | 1.00 EA | 4,553.00 | 102.44 | 910.60 | 5,566.04 | (484.56) | 5,081.48 |
| 28. REPLACE Replace Roof Vent Caps - Qty 5*<br>(1) 14" - (2) 12" - (2) 8" | 1.00 EA | 1,105.00 | 33.15 | 221.00 | 1,359.15 | (156.80) | 1,202.35 |
| **Totals: HVAC** | | | **1,045.79** | **9,109.18** | **55,700.87** | **4,946.63** | **50,754.24** |

## West Facade Curtain Wall

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Suspended Scaffolding | | | | | | | |
| 29. REPLACE Suspended scaffold rental - per month* | 2.00 EA | 3,000.00 | 0.00 | 1,200.00 | 7,200.00 | (0.00) | 7,200.00 |
| 30. REPLACE Scaffolding setup & take down - per hour* | 64.00 HR | 42.54 | 0.00 | 544.52 | 3,267.08 | (0.00) | 3,267.08 |
| 2 Workers x 4 Hours per scaffold reposition x 8 scaffold repositions | | | | | | | |
| Aluminum Vertical Trim | | | | | | | |
| 31. REPLACE Aluminum vertical trim - material only* | 360.00 LF | 32.00 | 864.00 | 2,304.00 | 14,688.00 | (4,086.72) | 10,601.28 |
| 6 Pieces of Aluminum Trim x 90 LF each<br>Aluminum Trim $30.00 per LF<br>Sealant Material $ 2.00 per LF | | | | | | | |
| 32. REPLACE Labor to replace aluminum trim* | 216.00 HR | 69.52 | 0.00 | 3,003.26 | 18,019.58 | (0.00) | 18,019.58 |
| 33. REPLACE Labor to replace sealant* | 216.00 HR | 69.52 | 0.00 | 3,003.26 | 18,019.58 | (0.00) | 18,019.58 |
| Plastic Inserts Covering Weep System | | | | | | | |
| 34. REPLACE Plastic bug seals - material only* | 126.00 EA | 75.00 | 708.75 | 1,890.00 | 12,048.75 | (3,352.39) | 8,696.36 |
| 35. REPLACE Labor to replace plastic bug seals* | 96.00 HR | 69.52 | 0.00 | 1,334.78 | 8,008.70 | (0.00) | 8,008.70 |
| 2 workers x 8 hours x 6 days | | | | | | | |
| Broken Window Replacement | | | | | | | |
| 36. REPLACE 2 Panes of spandral glass - 3'x5'* | 30.00 EA | 57.50 | 123.75 | 345.00 | 2,193.75 | (585.34) | 1,608.41 |
| 37. REPLACE Labor to replace 2 panes of spandral glass* | 32.00 HR | 69.52 | 0.00 | 444.92 | 2,669.56 | (0.00) | 2,669.56 |
| Remove cover caps<br>Remove pressure bars<br>Replace glass<br>Re-install pressure bars and cover caps | | | | | | | |
| **Totals: West Facade Curtain Wall** | | | **1,696.50** | **14,069.74** | **86,115.00** | **8,024.45** | **78,090.55** |

## Second Level Curtain Wall

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Rental Equipment | | | | | | | |
| 38. REPLACE Boom lift - 50'-60' reach (per day) | 4.00 DA | 462.00 | 0.00 | 369.60 | 2,217.60 | (0.00) | 2,217.60 |
| Cap Flashing at Store Front Windows | | | | | | | |
| 39. R&R Cap flashing - steel | 392.00 LF | 17.91 | 221.97 | 1,404.14 | 8,646.83 | (1,049.92) | 7,596.91 |
| Broken Window Replacement | | | | | | | |
| 40. REPLACE 1 unit of vision glass - 3'x5'* | 15.00 EA | 77.50 | 84.38 | 232.50 | 1,479.38 | (399.10) | 1,080.28 |

## CONTINUED - Second Level Curtain Wall

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 41. REPLACE Labor to replace 1 unit of vision glass*<br>Remove cover caps<br>Remove pressure bars<br>Replace glass<br>Re-install pressure bars and cover caps | 16.00 HR | 69.52 | 0.00 | 222.46 | 1,334.78 | (0.00) | 1,334.78 |
| **Totals: Second Level Curtain Wall** | | | **306.35** | **2,228.70** | **13,678.59** | **1,449.02** | **12,229.57** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 42. Temporary repair services labor minimum* | 1.00 EA | 77.48 | 0.00 | 15.50 | 92.98 | (0.00) | 92.98 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **15.50** | **92.98** | **0.00** | **92.98** |
| **Line Item Totals: 2019-RDAMANAGEMENT** | | | **8,132.56** | **59,514.20** | **365,217.88** | **27,207.27** | **338,010.61** |

## Summary for Building

| | |
|---|---|
| Line Item Total | 297,571.12 |
| Overhead | 29,757.10 |
| Profit | 29,757.10 |
| Material Sales Tax | 8,132.56 |
| **Replacement Cost Value** | **$365,217.88** |
| Less Depreciation | (27,207.27) |
| **Actual Cash Value** | **$338,010.61** |
| **Net Claim** | **$338,010.61** |
| Total Recoverable Depreciation | 27,207.27 |
| **Net Claim if Depreciation is Recovered** | **$365,217.88** |

Joseph Del Guidice
Director

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| GENERAL DEMOLITION | 3,453.28 | | 3,453.28 |
| HEAVY EQUIPMENT | 1,848.00 | | 1,848.00 |
| HEAT, VENT & AIR CONDITIONING | 45,545.90 | 4,601.51 | 40,944.39 |
| LABOR ONLY | 18,279.60 | | 18,279.60 |
| ROOFING | 101,451.64 | 12,871.71 | 88,579.93 |
| SCAFFOLDING | 8,722.56 | | 8,722.56 |
| TEMPORARY REPAIRS | 369.12 | | 369.12 |
| WINDOWS - ALUMINUM | 57,676.56 | 6,920.10 | 50,756.46 |
| WINDOW REGLAZING & REPAIR | 6,224.46 | 915.75 | 5,308.71 |
| WINDOWS - SKYLIGHTS | 54,000.00 | | 54,000.00 |
| O&P Items Subtotal | 297,571.12 | 25,309.07 | 272,262.05 |
| Overhead | 29,757.10 | | 29,757.10 |
| Profit | 29,757.10 | | 29,757.10 |
| Material Sales Tax | 8,132.56 | 1,898.20 | 6,234.36 |
| Total | 365,217.88 | 27,207.27 | 338,010.61 |