# EXHIBIT B

HUDSON INSURANCE GROUP®

Hudson Insurance Company
Hudson Specialty Insurance Company
Hudson Excess Insurance Company

100 William Street, 5th Floor
New York, NY 10038

T 212 978.2800
www.hudsoninsgroup.com

An OdysseyRe Fairfax Company

August 29, 2019

**VIA FED-EX**

Chris Peirce
Hossley Embry
515 S. Vine Avenue
Tyler, TX 75702

Re: Insured: RDA Management
Location: 360 S. Union Blvd, Lakewood, CO 80228
Insurer: Hudson Specialty Insurance
Claim No.: CPP-0002069
DOL: 5/8/17

Dear Mr. Peirce:

Hudson Specialty Insurance Company has received reports from JS Held and Haag Engineering documenting their observations and conclusions following the June 25, 2019 re-inspection of the hail damage to the Sheraton Denver West Hotel. The JS Held and Haag Engineering reports are attached for your review.

JS Held has prepared an estimate to repair the identified hail-related damage at a cost with a replacement value (RCV) of $365,217.88, and an actual cash value (ACV) of $338,010.61. This estimate is provided as Exhibit D to JS Held's report.

In reliance upon JS Held's findings, Hudson Specialty Insurance agrees to pay RDA Management the estimated ACV cost of the recommended repairs, less RDA Management's $100,000 policy deductible. Hudson Specialty Insurance Company's check for the net benefit amount of $238,510.61 is enclosed. This includes the cost of the core cut repairs in the amount of $500.00 relating to the June 25, 2019 re-inspection. Pursuant to Section 6(g) of the policy's property loss coverage, Hudson will address any replacement cost balance as may be owed upon receipt of information confirming completion of those repairs contemplated by JS Held's estimate.

In making this payment, Hudson Specialty Insurance does not waive any of its coverage defenses set forth in its April 30, 2019 reservation of rights. Furthermore, Hudson Specialty Insurance maintains and renews its request that RDA Management produce those additional materials previously requested by Andrew Larson of Crawford Global Technical Services, and which request was renewed in Colin Campbell's letter to you of July 8, 2019.

Very truly yours,

Kaho Chan
Claims

Enclosures

HUDSON EXCESS INSURANCE COMPANY IS NOT LICENSED IN THE STATE OF NEW YORK AND IS NOT SUBJECT TO ITS SUPERVISION.

HUDSON INSURANCE GROUP

Hudson Specialty Insurance Company
100 William Street 5th Floor
New York, NY 10038

Citibank, Delaware
One Penn's Way
New Castle DE 19720

62-20
311

| DATE | CHECK # | AMOUNT |
|---|---|---|
| 08/29/2019 | 0077242 | $***238,510.61 |

PAY Two Hundred Thirty Eight Thousand Five Hundred Ten and 61/100 dollars

TO THE ORDER OF RDA Management Co,; Lakewood Hotel Associates;
Lakewood Hotel
3180 West Market Street,
Akron, OH 44333

Authorized Signature

MEMO: ACV Hail loss net of deductible $238,010.61 + $500 cost of core cuts

⑈007724 2⑈ ⑆031100209⑆ 0038704951⑈

## Hudson Specialty Insurance Company

*Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.*

| | |
|---|---|
| Date of Loss: | 05/08/2017 |
| Program: | Hudson Specialty Property |
| Check#: | 77242 |
| Amount: | 238510.61 |
| Check Issue Date: | 08/29/2019 |
| Claim#: | CPP-0002069 |
| Policy#: | HCS101734 |
| Insured: | RDA Management Co.; Lakewood Hotel Assoc |
| Party: | Sheraton Hotel RDA Management Co |
| Payee: | RDA Management Co,; Lakewood Hotel Associates; Lakewood Hotel |
| Loss/Expense: | Property Damage |
| Tax ID#: | Hail Loss |

Memo: ACV Hail loss net of deductible $238,010.61 + $500 cost of core cuts