# EXHIBIT C

**From:** Briana Miller
**Sent:** Friday, May 19, 2017 6:56 AM
**To:** John Bresnahan
**Cc:** Rennick Andreoli; Sara Cavinder
**Subject:** Re: STORM DAMAGE

Hello Mr. Bresnahan,

The following is information related to the terrible hail storm on May 8th, 2017. The storm came through in the afternoon starting with heavy rain. At approximately 2:50 PM the hail started, lasting only a few minutes. The following is a listing of damage found thus far, from the large diameter hail (Note: I have contacted BluSky Restoration to assist in a full assessment of our roof/exterior):

- Skylights over the pool suffered denting and cracking evidence of condensation now present between the panes. (This roof was installed September 2015).
- One of the skylights over the lobby has one hole in the top external layer.
- Our Fitness Center suffered two (2) cracked windows.
- One building window just outside of room 708 suffered a crack/hole.
- One window pane outside the 3rd floor at the South end suffered damage - we removed the window to avoid shattering/danger.

- Ceiling is leaking at the south side of the lobby skylights and in our sales office; leaking began immediately following the storm.
- There are holes in the window framing directly outside of various room windows. We are unsure at this time, the extent of this damage.

I have photos of all damage, some of which are attached here and others of which will follow directly in a separate email.

I have engaged Glass Systems to receive bids on broken windows and the lobby skylight and Seagren regarding the pool skylight and leaking area in the lobby. As mentioned above, I have also contacted BluSky to assist with other areas.

Please let me know if you have any other questions and I will continue to keep you updated.

Thank you,
Briana Miller
General Manager
Sheraton Denver West Hotel