# EXHIBIT D

**Cunningham Lindsey**
8 Inverness Drive East, Suite 108
Englewood, CO 80112
T 720-955-5246
E rwalls@cl-na.com
cunninghamlindsey.com

MCL Global
Major & Complex Loss

***Report: FIRST***

***October 10, 2017***

Hudson Insurance Group
100 William Street, 5th Floor
New York, NY 10038
ATTN: Kaho Chan
Email: kchan@hudsoninsgroup.com

| | |
|---|---|
| **Policy No.** | HCS101734 |
| **Policy Period** | 09/01/2016 – 09/01/2017 |
| **Claim No.** | CPP-0002069 |
| **CL File No.** | 5852 5995 8061 |
| **Insured** | RDA Management Co. |
| **Loss Location** | 360 S. Union Blvd.<br>Lakewood, CO 80228 |
| **Agency** | R-T Specialty of Illinois |
| **Agency Location** | Illinois |
| **Type of Claim** | Hail |
| **Date of Loss** | May 8, 2017 |

## ASSIGNMENT

We received notice of this loss from your office on Tuesday, May 23, 2017. Immediate contact was made with the insured. During this discussion, we established an inspection appointment. We traveled to the loss location for the preliminary inspection on May 25, 2017.

## ENCLOSURES

1. Invoices/Bids/Photographs
2. Statement of Loss

## MEASURED LOSS

| | |
|---|---|
| Building: | $145,553.25 |
| Exterior Plants: | $1,246.17 (maximum $1,000/tree, plant – sublimit of $25,000) |
| | |
| Gross RCV Claim: | $146,799.42 |
| Non-Recoverable Depreciation: | $45,220.76 |
| ACV Claim: | $101,578.66 |
| | |
| Hail Deductible: | $100,000.00 |
| | |
| Net Claim: | $1,578.66 |

We note the policy provides for a $100,000 deductible for wind and hail. Additionally, the policy contains a "Roof Valuation Endorsement."

EXHIBIT
Walls 32
exhibitsticker.com

## COVERAGE ISSUES

The policy provides the following related to the deductible:

2. **Deductibles**
Each "Occurrence" resulting in a claim for loss will be adjusted separately and the Company's liability will be limited to that amount by which the loss exceeds the Deductible amount shown hereunder, up to the applicable Limit of Liability.

(a) In respect of loss caused directly by the peril of "Wind", as defined: 0 % of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location", as defined, for which the claim is made hereunder, subject to a minimum of $ 100,000 per "Occurrence" except:

i) In respect of loss caused directly by the peril of a "Named Storm", as defined: 0 % of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location" for which the claim is made hereunder subject to a minimum of $ 100,000 per "Occurrence".

(b) In respect of loss caused directly by the peril of "Hail", as defined, whether accompanied by "Wind" or not: 0 % of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location" for which the claim is made hereunder subject to a minimum of $ 100,000 per "Occurrence".

(c) In respect of loss caused by or resulting from any other peril(s): $ 25,000 per "Occurrence".

If two or more Deductible amounts in this Policy apply to a single "Occurrence" the total to be deducted will not exceed the largest applicable Deductible.

Initially, there was a question as to whether or not the $100,000 deductible for wind or hail applied. As the damage was caused by hail, our interpretation is the $100,000 deductible does apply.

**We ask the carrier to confirm application of the $100,000 deductible.**

The policy also includes a "Roof Valuation Endorsement" containing the following language:

**ROOF VALUATION ENDORSEMENT**

IT IS HEREBY UNDERSTOOD AND AGREED THAT:-

Notwithstanding Valuation, Section B - Property, Clause 6 , the Company's liability for insured loss on all roof surfaces of an age of 10 years or older at the time of insured loss for the perils of "Wind", as defined, or "Hail", as defined, will not exceed the least of the following:

(a) The "Actual Cash Value", as defined, at the time of loss; or

(b) The cost to repair or replace the damaged property with material of like kind and quality, with proper deduction for depreciation; or

(c) The lesser of the amount of insurance, Limit of Liability, or any Sublimit of Liability as stated in Section A – Declarations, Clauses 4 and 5.

The age of the roof surfacing is calculated from the date of original installation or the date of complete replacement, irrespective of any interim or partial repairs. Roof surfacing includes, but is not limited to, all roofing material immediately above the roof decking or where no decking exists, the roof itself and its material, including but is not limited to:

(a) The roofing material exposed to the weather;
(b) The underlayments applied for moisture protection;
(c) All flashings, fasteners and vents required in the replacement of a roof covering.

We have based the depreciation for the pool barrel vault skylight (26' by 45' in size) and lobby skylight at 10 years. The Xactimate life expectancy is 15 years and we have no documentation indicating they were replaced less than 10 years ago. In the area of the skylights, no roof decking exist. The skylights act as a roof covering, protecting the interior. The skylights are exposed to the weather.

Our reading of the "Roof Evaluation Endorsement" indicates the skylight is a roof covering.

**We ask the carrier to determine if the "Roof Valuation Endorsement" applies to the skylights.**

## RISK

The Sheraton Denver West is a hotel located in Lakewood, CO. Based on the Jefferson County Assessor's data, the hotel was built in 1983. The hotel features an indoor pool, fitness center and restaurant. The roofing material over the base area of the hotel is ballasted EPDM, with skylights providing roof cover in some areas.

## CAUSE OF LOSS

The cause is related to a large weather event in the Denver Metropolitan area on May 8, 2017. The storm has been given the Catastrophe Serial Number 1732. Large hail was report in the vicinity of the loss location.

## SUBROGATION

Based on our findings during our initial inspection, there will likely be no subrogation potential.

## ADJUSTMENT

Once we received notice of this loss, our adjustment began on May 23, 2017. We contacted Briana Miller to discuss the severity of damage and to schedule an inspection, which was conducted on May 25, 2017.

We were joined at the inspection by Matthew Sitzmann, P.E., of HAAG Engineering. Mr. Sitzmann inspected the roofing material for damage. As noted in his report, the EPDM membrane was not damaged by the hail. However, hail did damage skylights and metal flashing.

Initially, the Ms. Briana Miller represented the repairs would not be exceeding the $100,000 wind and hail deductible. Since that time, the Ms. Miller has obtained bids for the repair of the skylights, exterior paint, plants, window trim and glass, and storefront, which exceed the $100,000 wind and hail deductible. They have supplied photographs of this damage.

As noted above, the skylight replacements have been depreciated based on an age of 10 years, or 66.7% (utilizing the Xactimate useful life figure of 15 years). Based on our reading of the "Roof Valuation Endorsement," this depreciation will not be recoverable. However, we will leave the final determination up to the carrier. We have reviewed the bids submitted by the insured's contractors and find them to be in line with average local pricing.

We have prepared a Statement of Loss including all invoices submitted. Below, please find a summary of those numbers:

| | |
|---|---|
| Gross RCV Claim: | $146,799.42 |
| Non-Recoverable Depreciation: | $45,220.76 |
| ACV Claim: | $101,578.66 |

| | |
|---|---|
| Deductible: | $100,000.00 |
| Net Claim: | $1,578.66 |

If Hudson is in agreement with our reading of the "Roof Valuation Endorsement," we recommend payment of Net Claim amount totaling $1,578.66. Barring any further submissions by the insured, this should conclude the claim. If Hudson has a different interpretation, please let inform us so the Statement of Loss can be adjusted as necessary.

**SALVAGE**

N/A

**WHAT HAS BEEN COMPLETED**

- Inspection of the property;
- Review of the bids and invoices submitted by the insured;
- Receipt and review of HAAG Engineering report.

**WHAT REMAINS TO BE COMPLETED**

- Determination by Hudson as to the correct deductible;
- Determination by Hudson as to the application of the "Roof Valuation Endorsement";
- Await further instruction by Hudson.

Ryan Walls
National General Adjuster
Major & Complex Loss
rwalls@cl-na.com
Cell: (720) 955-5246

Read and Approved by:
Bill Walls, EGA

Seagren Construction, llc
Improving today's hospitality for tomorrow

# Proposal

**June 30, 2017**

Briana Miller
Sheraton Denver West
360 S. Union Blvd.
Lakewood CO, 80228
303-987-2000
bmiller@sheratondenverwest.com

RE: **Hail Damage Lobby Skylight**

| | | Qnty | Unit | | | Total |
|---|---|---|---|---|---|---|
| 1) | Provide labor and material to remove the damaged skylight and replace with a new to match existing curb mount acrylic pyramid shape skylight. | 1 | LS | $5,997.25 | $ | 5,997.25 |

**Note:** Proposal assumes project will be completed during normal business hours 8 am to 5 pm, Monday thru Friday.

**TOTAL** **$5,997.25**

Terms and Conditions:

* All material is guaranteed to be as specified, the work to be performed in accordance with the drawings and/or specifications submitted (if any), and the job completed in a substantial workmanlike manner.
* This Proposal is based on our interpretation of the plans, specifications, or description of the work supplied by Owner. Estimate subject to equitable adjustment due to Owner directed changes in anticipated specifications, sequence, scope, or schedule.
* This proposal is valid for a period of 30 days from its effective date.
* Payment Terms: Net 30 Days from substantial completion or progress payment request.

Exclusions:

* Engineering and/or life safety.
* Code related upgrades or corrections.
* Bonding or any related fees.
* Remediation, removal, or abatement of any hazardous or toxic materials (e.g. lead paint, asbestos, etc.).

Respectfully submitted by ______________________________
Justin Kaiser, 720-341-9150

Effective Date: 6/30/2017

**ACCEPTANCE OF PROPOSAL / CONTRACT**

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Accepted by: ______________________________ Date ______________

**Glass Systems, Inc.**
6595 Pecos Street
Denver, CO 80221
Phone: (303) 428-8530
Fax: (303) 428-8533

**Proposal and Contract**

**Proposal Submitted:** Sheraton Denver West

**Phone:** 720-963-2042

**Attn:** Dave

**Email:** dwedgle@sheratondenverwest.com

**Date:** 6/30/2017

**Job:** Sheraton Denver West
360 Union Blvd
Broken Spandrel between 6&7

**Bid Amount**: $2,650.00

**Scope of Work:**
Replace 1 broken exterior black spandrel glass between floors 6 and 7 on the west side. Bosun chairs are required to assist with replacement and reseal glass.

**Note:**
- Sliding window will be removed to allow access above broken spandrel location. It is possible that drywall may need cut back in order to replace spandrel glass. Any drywall or paint repairs will need to be done by others.
- Pricing is based on work being performed during regular business hours.

**Exclusions: Cleaning and Protection, drywall or paint repairs.**

**Acceptance Within** __30__ **Days Required**

**Please Acknowledge Your Acceptance By Signing Below**

**Sincerely,**

*Megan Aki*

**Megan Aki for Justin Legler**

**By:** ____________________

**Date:** ____________________

**Glass Systems, Inc.**
6595 Pecos Street
Denver, CO 80221
Phone: (303) 428-8530
Fax: (303) 428-8533

**Proposal and Contract**

**Proposal Submitted:** Sheraton Denver West

**Phone:** 720-963-2042

**Attn:** Dave

**Email:** dwedgle@sheratondenverwest.com

**Date:** 6/30/2017

**Job:** Sheraton Denver West
360 Union Blvd
Bug Seals- West side

**Bid Amount:** $18,328.00

**Scope of Work:**
Replace damaged bug seals at all exterior sliding window's on the west side.

**Note:**

- Glass will need removed in order to replace bug seal. All work to be performed on the interior side of the window system.
- Pricing is based on work being performed during regular business hours.

**Exclusions: Cleaning and Protection, drywall or paint repairs.**

**Acceptance Within** ___30___ **Days Required**

**Please Acknowledge Your Acceptance By Signing Below**

**Sincerely,**

Megan Aki

**Megan Aki for Justin Legler**

**By:** ____________________

**Date:** ____________________

Seagren Construction,llc
Improving today's hospitality for tomorrow

# Proposal

**June 29, 2017**

Briana Miller
Sheraton Denver West
360 S. Union Blvd.
Lakewood CO, 80228
303-987-2000
bmiller@sheratondenverwest.com

RE: **Hail Damage to Barrel Vault Pool Ceiling**

| | Description | Qnty | Unit | | | Total |
|---|---|---|---|---|---|---|
| 1) | Provide labor and material to re glaze one bay of 16mm clear translucent multiwall polycarbonate. Includes new exterior cap. The bay- refers to one section 3' x 26'. | 1 | LS | $4,050.00 | $ | 4,050.00 |
| 2) | Cost to reglaze the entire barrel vault skylight 26' x 45' long. Does not include the west and east wall of the barrel. | 1 | LS | $39,000.00 | | |
| 3) | Rental cost of a boom truck to hoist the material up to the roof and damaged material off of the roof. | 1 | LS | $2,700.00 | $ | 2,700.00 |

multiple bays damaged.

**Note:** Proposal assumes project will be completed during normal business hours 8 am to 5 pm, Monday thru Friday.

**TOTAL $6,750.00**

41,700

Terms and Conditions:

* All material is guaranteed to be as specified, the work to be performed in accordance with the drawings and/or specifications submitted (if any), and the job completed in a substantial workmanlike manner.
* This Proposal is based on our interpretation of the plans, specifications, or description of the work supplied by Owner. Estimate subject to equitable adjustment due to Owner directed changes in anticipated specifications, sequence, scope, or schedule.
* This proposal is valid for a period of 30 days from its effective date.
* Payment Terms: Net 30 Days from substantial completion or progress payment request.

Exclusions:

* Engineering and/or life safety.
* Code related upgrades or corrections.
* Bonding or any related fees.
* Remediation, removal, or abatement of any hazardous or toxic materials (e.g. lead paint, asbestos, etc.).

Respectfully submitted by ______________________
Justin Kaiser, 720-341-9150

Effective Date: 6/29/2017

**ACCEPTANCE OF PROPOSAL / CONTRACT**

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Accepted by: ______________________ Date ____________

**Glass Systems, Inc.**
6595 Pecos Street
Denver, CO 80221
Phone: (303) 428-8530
Fax: (303) 428-8533

**Proposal and Contract**

**Proposal Submitted:** Sheraton Denver West

**Phone:** 720-963-2042

**Attn:** Dave

**Email:** dwedgle@sheratondenverwest.com

**Date:** 5/22/2017

**Job:** Sheraton Denver West
360 Union Blvd
2nd Floor, Fitness Center

**Bid Amount:** $4,012.00

**Scope of Work:**
Replace 2 broken exterior windows on the west side. Lift equipment is required to replace windows.

**Note:**
- Drive lane on the west side will be partially blocked off during glass replacements.
- Fitness equipment must be moved away from windows prior to glass replacements.
- Pricing is based on work being performed during regular business hours.

**Exclusions: Cleaning and Protection**

**Acceptance Within** 30 **Days Required**

**Please Acknowledge Your Acceptance By Signing Below**

**Sincerely,**

Megan Aki

**Megan Aki for Justin Legler**

**By:** [signature]

**Date:** 6/7/17

**Glass Systems, Inc.**
6595 Pecos Street
Denver, CO 80221
Phone: (303) 428-8530
Fax: (303) 428-8533

**Proposal and Contract**

**Proposal Submitted:** Sheraton Denver West

**Phone:** 720-963-2042

**Attn:** Dave

**Email:** dwedgle@sheratondenverwest.com

**Date:** 5/22/2017

**Job:** Sheraton Denver West
360 Union Blvd
3rd floor, Roof/South side

**Bid Amount:** $611.00

**Scope of Work:**
Replace 1 broken black spandrel on the 3rd floor, south side.

**Note:** Pricing is based on work being performed during regular business hours.

**Exclusions: Cleaning and Protection**

**Acceptance Within** 30 **Days Required**

**Please Acknowledge Your Acceptance By Signing Below**

**Sincerely,**

Megan Aki

**Megan Aki for Justin Legler**

**By:** [signature]

**Date:** 6/7/17

Landscape Consultants & Contractors, Inc

Arvada, CO 80004
12650 W 64th Ave Unit E #430
Arvada, CO 80004

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2017 | 108401 |

| Bill To | Ship To |
|---|---|
| Sheraton Denver West<br>360 Union Blvd<br>Lakewood, CO 80228 | Sheraton Denver West<br>360 Union Blvd<br>Lakewood, CO 80228 |

| Rep | P.O. No. | Terms | Project |
|---|---|---|---|
| WMF | | | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Replace hail damaged flowers | | | |
| Zinnias | Flats of jumbo Zinnias | 12 | 52.50 | 630.00 |
| Ipomea Sweet Pot... | Ipomea Potato Vine 3.5" pots - Flat | 4 | 125.72 | 502.88 |
| FLOWERS | Discount | 0.1 | 1,132.88 | 113.29 |

APPROVAL

COMPANY: SHERATON DENVER WEST
G.M. Bem
VENDOR # ____
DEPT. HEAD: ____
INVOICE # 108401
RECEIVING: ____
INVOICE DATE: 5.30.17
INVOICE AMOUNT: 1246.17
PO # ____
G/L # 95-7100 $1246.17
G/L ____
G/L ____
G/L ____
G/L ____
G/L ____
G/L ____
REMARKS: ____

| | |
|---|---|
| **Total** | $1,246.17 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,246.17 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 303-980-0360 | 303-420-3073 | mike@landscapeconsultantsandcontractors.com | www.landscapeconsultantsandcontractors.com |

Seagren Construction, llc
Improving today's hospitality for tomorrow

# Proposal

**August 17, 2017**

Briana Miller
Sheraton Denver West
360 S. Union Blvd.
Lakewood CO, 80228
303-987-2000
bmiller@sheratondenverwest.com

RE: **Hail Damage to West/East Exterior Walls**

| | | Qnty | Unit | | Total |
|---|---|---|---|---|---|
| 1) | Cost to rent telescoping man lift to access all affected areas. Three week rental. Includes drop off and pick up. | 1 | LS | $4,590.00 | $ 4,590.00 |
| 2) | Labor and material to make repairs to exterior wall surfaces on the west and east hail damaged sides of the building. | 1 | LS | $5,175.00 | $ 5,175.00 |
| 3) | Prime all affected areas and paint with a like color, matching as close as possible to existing north and south sides. | 1 | LS | $35,000.00 | $ 35,000.00 |
| | | | | **TOTAL** | **$44,765.00** |

**Note:** Proposal assumes project will be completed during normal business hours 7am to 5 pm, Monday thru Friday.

Terms and Conditions:

* All material is guaranteed to be as specified, the work to be performed in accordance with the drawings and/or specifications submitted (if any), and the job completed in a substantial workmanlike manner.
* This Proposal is based on our interpretation of the plans, specifications, or description of the work supplied by Owner. Estimate subject to equitable adjustment due to Owner directed changes in anticipated specifications, sequence, scope, or schedule.
* This proposal is valid for a period of 30 days from its effective date.
* Payment Terms: Net 30 Days from substantial completion or progress payment request.

Exclusions:

* Engineering and/or life safety.
* Code related upgrades or corrections.
* Bonding or any related fees.
* Remediation, removal, or abatement of any hazardous or toxic materials (e.g. lead paint, asbestos, etc.).

Respectfully submitted by ______________________________
Justin Kaiser, 720-341-9150

Effective Date: 8/17/2017

**ACCEPTANCE OF PROPOSAL / CONTRACT**

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Accepted by: ______________________________ Date ______________

Seagren Construction,llc
Improving today's hospitality for tomorrow

# Proposal

**August 28, 2017**

Briana Miller
Sheraton Denver West
360 S. Union Blvd.
Lakewood CO, 80228
303-987-2000
bmiller@sheratondenverwest.com

RE: **Hail Damage to Main Entrance**

| | | Qnty | Unit | | | Total |
|---|---|---|---|---|---|---|
| 1) | Close off half of the vestibule. Signage and barricades to direct guests away from work area. Set up scaffolding. Move scaffolding. Open first half, close off second half. | 1 | LS | $690.00 | $ | 690.00 |
| 2) | Labor and material to replace all hail damaged aluminum store front material. Including all horizontal skirting, flashing, vertical outside corner wraps, horizontal rim wrap and both rake metal pieces. | 1 | LS | $6,210.00 | $ | 6,210.00 |
| 3) | Remove all scaffolding and clean work area to a broom sweep. | 1 | LS | $490.00 | $ | 490.00 |
| | | | | **TOTAL** | | **$7,390.00** |

**Note:** Proposal assumes project will be completed during normal business hours 7am to 5 pm, Monday thru Friday.

Terms and Conditions:

* All material is guaranteed to be as specified, the work to be performed in accordance with the drawings and/or specifications submitted (if any), and the job completed in a substantial workmanlike manner.
* This Proposal is based on our interpretation of the plans, specifications, or description of the work supplied by Owner. Estimate subject to equitable adjustment due to Owner directed changes in anticipated specifications, sequence, scope, or schedule.
* This proposal is valid for a period of 30 days from its effective date.
* Payment Terms: Net 30 Days from substantial completion or progress payment request.

Exclusions:

* Engineering and/or life safety.
* Code related upgrades or corrections.
* Bonding or any related fees.
* Remediation, removal, or abatement of any hazardous or toxic materials (e.g. lead paint, asbestos, etc.).

Respectfully submitted by ______________________________
Justin Kaiser, 720-341-9150

Effective Date: 8/28/2017

**ACCEPTANCE OF PROPOSAL / CONTRACT**

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Accepted by: ______________________________ Date ______________

Seagren Construction,llc
Improving today's hospitality for tomorrow

# Proposal

**June 30, 2017**

Briana Miller
Sheraton Denver West
360 S. Union Blvd.
Lakewood CO, 80228
303-987-2000
bmiller@sheratondenverwest.com

RE: **Hail Damage to Barrel Vault Pool Ceiling**

| | | Qnty | Unit | | Total |
|---|---|---|---|---|---|
| 1) | Provide labor and material to re glaze one bay of 16mm clear translucent multiwall polycarbonate. Includes new exterior cap. The bay- refers to one section 3' x 26'. | 1 | LS | $4,050.00 | |
| 2) | Cost to remove and replace the entire barrel vault skylight 26' x 45' long. Include's the west and east wall of the barrel. Along with all new aluminum caps. | 1 | LS | $59,100.00 | $ 59,100.00 |
| 3) | Rental cost of a boom truck to hoist the material up to the roof and damaged material off of the roof. | 1 | LS | $2,700.00 | $ 2,700.00 |

**Note:** Proposal assumes project will be completed during normal business hours 8 am to 5 pm, Monday thru Friday. Material is a 6 to 8 week lead time.

**TOTAL $61,800.00**

Terms and Conditions:

* All material is guaranteed to be as specified, the work to be performed in accordance with the drawings and/or specifications submitted (if any), and the job completed in a substantial workmanlike manner.
* This Proposal is based on our interpretation of the plans, specifications, or description of the work supplied by Owner. Estimate subject to equitable adjustment due to Owner directed changes in anticipated specifications, sequence, scope, or schedule.
* This proposal is valid for a period of 30 days from its effective date.
* Payment Terms: Net 30 Days from substantial completion or progress payment request.

Exclusions:

* Engineering and/or life safety.
* Code related upgrades or corrections.
* Bonding or any related fees.
* Remediation, removal, or abatement of any hazardous or toxic materials (e.g. lead paint, asbestos, etc.).

Respectfully submitted by ______________________________
Justin Kaiser, 720-341-9150

Effective Date: 6/30/2017

**ACCEPTANCE OF PROPOSAL / CONTRACT**

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Accepted by: ______________________________ Date ________________


Hail Spatter


Hail Spatter







**STATEMENT OF LOSS**

**Insured: RDA Management Co.**
**Location: Sheraton Denver West, 360 S. Union Blvd., Lakewood, CO 80228**
**Hail, May 8, 2017**
**CL File #: 585259958061**

| | | | | | | VALUE | LOSS | CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Risk:** | | | | | | | | |
| **Total Insured Value - Per SOV** | | | | | | | | |
| **Loss as Determined:** | **Presented** | **Corrections** | **Calculated RCV** | **Depr. Non-Recoverable** | **ACV** | | | |
| Building: | | | | | | | | |
| Seagren Exterior Wall Repairs and Paint | $ 44,765.00 | $ - | $ 44,765.00 | $ - | $ 44,765.00 | | | |
| Seagren Storefront Replacement | $ 7,390.00 | $ - | $ 7,390.00 | $ - | $ 7,390.00 | | | |
| Seagren Lobby Skylight Replacement | $ 5,997.25 | $ - | $ 5,997.25 | $ 4,000.16 | $ 1,997.09 | | | |
| Seagren Pool Vault Ceiling Replacement | $ 61,800.00 | $ - | $ 61,800.00 | $ 41,220.60 | $ 20,579.40 | | | |
| Glass Systems, Inc. Replace Glass on Floors 6 & 7 | $ 2,650.00 | $ - | $ 2,650.00 | $ - | $ 2,650.00 | | | |
| Glass Systems, Inc. Replace Bug Seals | $ 18,328.00 | $ - | $ 18,328.00 | $ - | $ 18,328.00 | | | |
| Glass Systems, Inc. Replace 2 Broken Windows | $ 4,012.00 | $ - | $ 4,012.00 | $ - | $ 4,012.00 | | | |
| Glass Systems, Inc. Replace Glass on Floor 3 | $ 611.00 | $ - | $ 611.00 | $ - | $ 611.00 | | | |
| Landscape Consultants Replace Flowers | $ 1,246.17 | $ - | $ 1,246.17 | $ - | $ 1,246.17 | | | |
| | | $ - | | $ - | $ - | | | |
| Gross Claim | $ 146,799.42 | $ - | $ 146,799.42 | $ 45,220.76 | $ 101,578.66 | | $ 101,578.66 | |
| Less Deductible | | | $ (100,000.00) | | $(100,000.00) | | | |
| Net Claim | | | **$ 46,799.42** | | **$ 1,578.66** | | | $ 1,578.66 |
| **Value, Loss & Claim** | | | | | | **$ -** | **$101,578.66** | **$1,578.66** |

Non-Recoverable Depreciation based on an age of 10 years, or 66.7%. Per Xactimate, the skylights have a useful age of 15 years.

"Roof Valuation Endorsement" indicates depreciation will be non-recoverable as the roofing material has an age of 10 years or older