# EXHIBIT E

This document has been electronically signed and/or sealed in accordance with the applicable State Board of Professional Engineering

RDA Management Co. - Sheraton Denver West Hotel
Roof Evaluation
360 Union Boulevard
Lakewood, CO 80228
Cunningham File: HCS101734
Haag File: 1117000107-128

Cunningham Lindsey
8 Inverness Drive East, Suite 108
Englewood, CO 80112

Attention: Mr. Bill Walls

June 16, 2017

COLORADO LICENSED PROFESSIONAL ENGINEER MATTHEW J. SITZMANN 43658

Matthew Sitzmann Jun 15, 2017

HAAG Engineering

HAAG Engineering

12000 East 47th Avenue
Suite 401
Denver, Colorado 80239
haagengineering.com

800.527.0168
303.952.4426
214.614.6501 fax

June 16, 2017

Cunningham Lindsey
8 Inverness Drive East, Suite 108
Englewood, CO 80112

Attention: Mr. Bill Walls

Re: RDA Management Co. – Sheraton
Denver West Hotel
Roof Evaluation
360 Union Boulevard
Lakewood, CO 80228
Cunningham File: HCS101734
Haag File: 1117000107-128

In accordance with your request, we inspected the Sheraton Denver West Hotel to determine the cause of water intrusion at a bank of skylights above the lobby, and specifically whether the leak was due to hail. We inspected the hotel on June 7, 2017.

This engineering report has been written for your sole use and purpose, and only you have the authority to distribute this report to any other person, firm, or corporation. Haag Engineering Co. and its agents and employees do not have and do disclaim any contractual relationship with, or duty or obligation to, any party other than the addressee of this report. Only the engineer who signed this document has the authority to change its contents and then only in writing to you. This report addresses the results of work completed to date. Should additional information become available, we reserve the right to amend, as warranted, any of our conclusions.

## Description

The Sheraton Denver West Hotel is a three-story structure at its base. A tower extends 10 stories above a portion of the base. The three-story roof section is a low-sloped structure covered with a loose-laid EPDM (synthetic rubber) membrane ballasted with river rock. The three-story roof section features a bank of skylights above the main lobby to the hotel. The roof is pitched slightly to drain to interior field drains. An aerial view of the hotel from Pictometry is appended to our report as Attachment A.

## Background

We met on site with Mr. Craig Ulrich, building engineer for the hotel, and Mr. William Walls with Cunningham Lindsey, an adjuster for the insurance company. Water reportedly leaked to the interior at the south side of the bank of skylights above the hotel lobby. Water leakage was observed during a hailstorm on May 8, 2017. The roof reportedly had been patched above that area previously due to leakage.

## Weather

The Storm Prediction Center (SPC) publishes descriptions of hail events on its website, http://www.spc.noaa.gov/. The reports are preliminary and have not been edited. The Storm Prediction Center has 45 reports of hail in Colorado on May 8, 2017. There were multiple reports of hail 2 inches in diameter between 1.9 and 2.8 miles from the Sheraton Denver West Hotel. Hail 1-1/4 inches in diameter was reported 0.6 mile away. A table summarizing hail reports from the Storm Prediction Center for May 8, 2017, in Colorado is in Attachment B. It is important to understand that hailstone size varies along a storm track, and a record of hail in one location does not mean that another location necessarily received hail of the same size. Sometimes, hail reports are assigned a latitude/longitude coordinate that references a certain municipal landmark, such as a city center, and not the actual location at which the observation was made.

Weather Fusion provides maps showing possible hailfall based on algorithms applied to meteorological data. A hail contour map for the May 8, 2017, hailstorm shows the Sheraton Denver West Hotel in an area potentially receiving 1-1/2 to 1-3/4-inch-diameter hail. The hail contour map is appended as Attachment C. Weather Fusion reports are based on a study of radar imagery and meteorological conditions and are not themselves confirmed reports of hail fall at a site. They are not a substitute for site-specific observations.

## Inspection

The Sheraton Denver West Hotel had been struck by hail. Caps of powered vents and metal trim on the building had been dented by hail. A dent in a powered vent was slightly less than 2 inches wide at its base. A plastic dome skylight above a swimming pool was dented.

The EPDM membrane was covered with a 1 to 2 inch layer of river rock. EPDM exposed at curbs or transitions in roof elevation had not been torn by hail. The membrane had spatter marks where hail had removed grime or oxidation. The membrane was not torn in those areas.

The bank of skylights above the lobby had been patched. EPDM patches had been applied to corners of skylight frame. Caulking had been applied to joints between lenses and frames. The plastic lens of one of the skylights above the lobby was punctured by hail.

The EPDM membrane on the south side of the bank of skylights had been patched. Membrane patches had been applied in multiple places. Caulking had been applied to seams at the patches and at seams in the original membranes. A white-colored elastomeric coating had been applied to a 33 foot by 29 foot area south of the bank of skylights. The coating was over top of the membrane and caulking patches. The coating, in turn, had been covered with river rock. The coating had spatter marks where hail had impacted the surface in areas of sparse rock coverage. We pressed on areas of impacts; the membrane was not torn.

The membrane had a 1 foot 9 inch-long split in the coated area. The split was located 15 feet 6 inches from the southeast corner of the bank of skylights above the lobby. The tear was a few feet from patches on the membrane. Concrete pavers had been placed on the three-story roof section around the entire perimeter of the tower that extended above that roof section. The EPDM membrane tear was adjacent to a row of pavers.

We took 105 photographs of various observations during our inspection. Attached to this report are select photographs of representative conditions on the site.

## Discussion

Hail that is large enough and has sufficient hardness and impact speed can rupture EPDM. Ruptures in EPDM appear as small tears in the material. In addition to size, the angle of impact also plays an important role in the ability of a hailstone to cause damage. Direct impacts, impacts normal to a roof surface, transfer more energy to the roofing than do glancing blows, and thus, windward surfaces usually sustain more damage than leeward surfaces. Where angle of impact is most important on low-slope roofs is at flashings on vertical surfaces. Hailstones on the order of 2-1/2 inches in diameter or larger are required to tear ballasted EPDM roofing. The ballast layer greatly dissipates the energy of impacting hailstones. Further, EPDM is so elastic it simply deflects where impacted, and then, rebounds to its original shape.

The Sheraton Denver West Hotel had been struck by hail on May 8, 2017, as indicated by spatter marks, dents in metal items, and dents in plastic skylight lenses above a pool. The hail had been wind-driven from the west.

The EPDM membrane was not torn by hail. The EPDM was protected from hail by a layer of river rock. Areas that were exposed at equipment curbs and changes in roof height were not fractured. Hail did fracture a lens of one of the skylights above the lobby. The skylight lens that was fractured by hail can be replaced on an individual basis.

The leak at the south wall beneath the bank of skylights above the lobby was due to a long split in the EPDM membrane. The membrane split was in an area of previous patches on the roof, and next to where pavers had been placed. The split likely was due mechanical abuse in that area. Hail did not cause the tear. It is possible that more water could have leaked into the roof during the May 8, 2017, storm than at other times due to rain associated with the storm or from

hail restricting flow at the drains to cause water accumulations on the roof. The split can be patched by cleaning the roof surface in that area and covering with seal tape.

## Conclusions

Based on our inspection and analysis of the Sheraton Denver West Hotel, we have reached the following conclusions:

1. The property was struck by hail on May 8, 2017. The hail had been wind driven from the west.

2. The EPDM membrane was not damaged by hail.

3. The leak at the south wall beneath a bank of skylights above the lobby was due to a long split in the EPDM membrane. The split likely was due mechanical abuse.

4. Hail fractured a lens of one of the skylights above the lobby. The fractured lens can be replaced on an individual basis.

Respectfully submitted,

COLORADO LICENSED PROFESSIONAL ENGINEER MATTHEW J. SITZMANN 43658

**HAAG ENGINEERING CO.**

Jun 15, 2017

Matthew J. Sitzmann, P.E.
Colorado License 43658

MJS:chh

# Attachments

HAAG SM

# Attachment A

HAAG SM



Sheraton Denver West Hotel, aerial view of the west elevation from Pictometry.

# Attachment B

HAAG SM

**Table B.** Hail reports from the Storm Prediction Center in Colorado on May 8, 2017.

| Time | Size (1/100 Inch) | Location | County | State | Lat | Lon | Comments | Distance[1] (miles) | Direction[2] |
|---|---|---|---|---|---|---|---|---|---|
| 2125 | 100 | 2 NNE WESTMINSTER | ADAMS | CO | 39.91 | -105.04 | (BOU) | 13.9 | N |
| 2127 | 100 | 1 ENE BRIGHTON | ADAMS | CO | 39.99 | -104.77 | (BOU) | 26.6 | NE |
| 2145 | 100 | 2 SSE FEDERAL HEIGHTS | ADAMS | CO | 39.84 | -105 | (BOU) | 10.7 | NE |
| 2057 | 150 | 2 S BUCKLEY AFB | ARAPAHOE | CO | 39.67 | -104.76 | (BOU) | 20.0 | E |
| 2115 | 125 | 2 E BUCKLEY AFB | ARAPAHOE | CO | 39.7 | -104.71 | (BOU) | 22.4 | E |
| 2120 | 200 | 2 SE DEER TRAIL | ARAPAHOE | CO | 39.6 | -104.02 | (BOU) | 59.6 | E |
| 2235 | 100 | 9 S WESTCLIFFE | CUSTER | CO | 38 | -105.47 | (PUB) | 120.1 | S |
| 2104 | 200 | 6 NW DENVER | DENVER | CO | 39.79 | -105.04 | (BOU) | 6.8 | NE |
| 2105 | 100 | 2 S DENVER | DENVER | CO | 39.7 | -104.96 | (BOU) | 9.2 | E |
| 2106 | 250 | 4 W DENVER | DENVER | CO | 39.72 | -105.04 | (BOU) | 4.9 | E |
| 2115 | 100 | DENVER | DENVER | CO | 39.73 | -104.96 | (BOU) | 9.1 | E |
| 2115 | 100 | 2 WNW DENVER | DENVER | CO | 39.74 | -104.99 | (BOU) | 7.6 | E |
| 2116 | 175 | 2 WNW DENVER | DENVER | CO | 39.74 | -105 | (BOU) | 7.1 | E |
| 2120 | 175 | 6 NW DENVER | DENVER | CO | 39.79 | -105.04 | STAPLETON (BOU) | 6.8 | NE |
| 2127 | 150 | 5 N DENVER | DENVER | CO | 39.79 | -104.97 | QUARTER TO PING PONG BALL SIZED HAIL (BOU) | 9.8 | NE |
| 2022 | 175 | 7 NE GARDNER | HUERFANO | CO | 37.86 | -105.09 | (PUB) | 128.4 | S |
| 2030 | 100 | 3 NW IDLEDALE | JEFFERSON | CO | 39.7 | -105.28 | (BOU) | 8.0 | W |
| 2040 | 125 | 2 SE GOLDEN | JEFFERSON | CO | 39.72 | -105.19 | (BOU) | 3.1 | W |
| 2045 | 175 | 1 WSW WHEAT RIDGE | JEFFERSON | CO | 39.77 | -105.12 | (BOU) | 3.4 | N |
| 2048 | 125 | 2 N LAKEWOOD | JEFFERSON | CO | 39.72 | -105.12 | (BOU) | 0.6 | E |
| 2050 | 200 | 1 WSW LAKEWOOD | JEFFERSON | CO | 39.69 | -105.13 | SEVERE DAMAGE TO VEHICLES (BOU) | 2.2 | S |
| 2052 | 100 | 1 ENE LAKEWOOD | JEFFERSON | CO | 39.7 | -105.1 | (BOU) | 2.2 | SE |
| 2052 | 175 | GOLDEN | JEFFERSON | CO | 39.74 | -105.21 | (BOU) | 4.4 | W |
| 2052 | 200 | 3 WSW WHEAT RIDGE | JEFFERSON | CO | 39.76 | -105.15 | (BOU) | 2.8 | N |
| 2053 | 175 | 3 WSW WHEAT RIDGE | JEFFERSON | CO | 39.75 | -105.15 | (BOU) | 2.2 | NW |
| 2055 | 100 | 2 ENE LAKEWOOD | JEFFERSON | CO | 39.7 | -105.08 | (BOU) | 3.1 | SE |
| 2103 | 175 | WHEAT RIDGE | JEFFERSON | CO | 39.77 | -105.1 | (BOU) | 3.7 | NE |
| 2104 | 250 | WHEAT RIDGE | JEFFERSON | CO | 39.77 | -105.1 | (BOU) | 3.7 | NE |
| 2105 | 175 | 2 E WHEAT RIDGE | JEFFERSON | CO | 39.77 | -105.06 | (BOU) | 5.0 | NE |
| 2105 | 275 | WHEAT RIDGE | JEFFERSON | CO | 39.77 | -105.1 | LUTHERAN HOSPITAL (BOU) | 3.7 | NE |
| 2109 | 100 | WHEAT RIDGE | JEFFERSON | CO | 39.77 | -105.1 | (BOU) | 3.7 | NE |
| 2129 | 200 | N LAKEWOOD | JEFFERSON | CO | 39.7 | -105.11 | (BOU) | 1.9 | SE |
| 2130 | 200 | 2 NW GOLDEN | JEFFERSON | CO | 39.76 | -105.24 | SEVERAL CARS AND HOMES DAMAGED (BOU) | 6.3 | NW |
| 2101 | 150 | 5 ESE LOVELAND | LARIMER | CO | 40.39 | -104.98 | (BOU) | 46.8 | N |
| 2000 | 100 | TYRONE | LAS ANIMAS | CO | 37.45 | -104.2 | (PUB) | 164.5 | S |
| 114 | 175 | 13 W KIM | LAS ANIMAS | CO | 37.25 | -103.59 | (PUB) | 189.7 | SE |
| 2250 | 125 | 13 ENE CEDAR POINT | LINCOLN | CO | 39.45 | -103.61 | (BOU) | 83.0 | E |
| 2300 | 100 | FOWLER | OTERO | CO | 38.13 | -104.02 | YARD IS FLOODED. (PUB) | 124.9 | SE |
| 105 | 100 | 4 SSE MANZANOLA | OTERO | CO | 38.05 | -103.84 | PEA TO QUARTER SIZED. (PUB) | 134.5 | SE |
| 2100 | 100 | 1 SSE BEULAH | PUEBLO | CO | 38.07 | -104.98 | (PUB) | 114.2 | S |
| 2100 | 175 | 3 ENE BEULAH | PUEBLO | CO | 38.09 | -104.93 | (PUB) | 113.0 | S |
| 2205 | 100 | 10 ENE BEULAH | PUEBLO | CO | 38.12 | -104.82 | (PUB) | 111.7 | S |
| 2300 | 100 | 8 S BOONE | PUEBLO | CO | 38.13 | -104.26 | YARD IS FLOODED. (PUB) | 119.3 | SE |
| 2130 | 100 | 4 W GREELEY | WELD | CO | 40.42 | -104.82 | (BOU) | 50.9 | N |
| 2147 | 100 | 4 WSW GREELEY | WELD | CO | 40.4 | -104.81 | (BOU) | 49.8 | N |

1. Distance of report from the site. Calculated using the lat/long coordinate in the record.
2. Direction of the report from the site. Calculated using the lat/long coordinate in the record.

# Attachment C

HAAG SM



1. Hail contour map from Weather Fusion for the May 8, 2017 storm. The Sheraton Hotel is marked for reference.



2. Hail contour map from Weather Fusion for the May 8, 2017 storm. The Sheraton Hotel is marked for reference.

# Photographs

HAAG SM



1. Bank of skylights above the lobby. Water reportedly stained the south wall beneath the skylight.



2. View looking south at a three-story roof section. The bank of skylights above the lobby is shown. The roof is covered with an EPDM membrane topped with river rock.



3. View looking north.



4. Metal trim on the west elevation of the tower was dented by hail.



5. Plastic skylight over a swimming pool. The skylight lenses were dented by hail.



6. Dents from hail.



7. Powered vent cap dented by hail.



8. River rock.



9. Bare membrane was not ruptured by hail.



10. Bare membrane was not ruptured by hail.



11. Bare membrane was not ruptured by hail.



12. Bank of skylights above the lobby.



13. Skylight that had been punctured by hail.



14. Sealant applied to a joint between a lens and the frame.



15. Sealant and patches.



16. Membrane on the south side of the skylight had been coated and patched in the past.



17. Coating applied to the EPDM membrane.



18. Coating.



19. Coated membrane.



20. End of the coating patch.



21. Membrane patches that had been coated over. We had brushed aside the rock. Skips in the grime build-up were where rocks had been.



22. Patch that had been coated over. We had brushed aside the rock to expose the patch. Pavers on the roof are shown on the right.



23. Patch that had been coated over.



24. Patch that had been coated over. Caulking had been applied around the patch prior to coating.



25. Seam that had been patched. The seam had been coated over. Pavers were set where doors from the tower opened to the roof.



26. Caulking patches.



27. Patch that had been coated over.



28. Patch that had been coated over.



29. Patch that had been coated over.



30. Tear in the coating.



31. A 1 foot 9 inch long split in the EPDM membrane beneath the coating.



32. Split.



33. Split.