# EXHIBIT H

Hudson Specialty Insurance Company
(A stock insurance company hereafter called the "Company")
100 William Street, 5th Floor. New York, NY 10038

**Policy Number:** HCS101734
**Replacing Policy Number:** HCS101333

**NAMED INSURED:** RDA Management Co.; Lakewood Hotel Associates; Lakewood Hotel

**MAILING ADDRESS:** 3180 West Market Street Akron, OH 44333

**PERIOD OF INSURANCE:** From: 09/01/2016
To: 09/01/2017

**PREMIUM:** $ 46,500

**SURCHARGES / FEES:**

**NOTIFICATION OF LOSS:** By Email: HudsonClaims300@hudsoninsgroup.com
By Telephone: 1-866-546-3981

**BROKER:** R-T Specialty of Illinois LLC

**In consideration of the premium specified above (or specified in the form or endorsement(s) attached hereto) and of the conditions and other terms of this Policy and of the form or endorsement(s) attached hereto, the Company does insure the above Named Insured (hereafter called the "Insured") from inception date shown above to expiration date shown above, both dates at 12:01 A.M. at the mailing address of the Named Insured, to an amount not exceeding the Limit(s) of Liability specified in the form or endorsement(s) attached hereto. To the extent that coverage in this Policy replaces coverage in other policies terminating Noon Standard Time at the inception date of this Policy, coverage under this Policy will not become effective until such other coverage has terminated.**

**THE CONDITIONS ATTACHED FORM PART OF THIS POLICY**

This Policy is made and accepted subject to the foregoing provisions, and to such other provisions, stipulations, agreements or conditions as may be endorsed hereon or added hereto. No term or condition of this Policy will be deemed to be waived by the Company in whole or in part, unless the waiver is clearly expressed in writing and signed by the person(s) authorized for that purpose by the Company. Neither the Company nor the Insured will be deemed to have waived any term or condition of this Policy by any act relating to the appraisal of the amount of loss or to the delivery and completion of Proofs, or to the investigation or adjustment of any claim under the Policy

IN WITNESS WHEREOF, We have caused this policy to be executed by our President and our Corporate Secretary at New York, New York..

Christopher L. Gallagher, President

Dina Daskalakis, Corporate Secretary

THIS POLICY CONTAINS A CLAUSE WHICH MAY LIMIT THE AMOUNT PAYABLE.

**THIS NOTICE IS ATTACHED TO AND MADE PART OF THIS POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT OF 2015. THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE ANY TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

DISCLOSURE PURSUANT TO TERRORISM RISK

INSURANCE ACT

Terrorism Premium (Certified Acts) $ 2,500 Or
Premium for Fire as a result of Terrorism (Certified Acts) in the states listed below $ .

In the states of California, Connecticut, Georgia, Hawaii, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia and Wisconsin a terrorism exclusion makes an exception for fire losses resulting from an act of terrorism. Accordingly, if you reject the offer of terrorism coverage as provided under the program, that rejection is not applicable to fire losses resulting from an act of terrorism. In these states, the coverage in your policy for such fire losses will continue. The premium for such fire coverage is stated above. The premium is due whether or not you reject the offer of terrorism coverage.

**A) Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown above.

**B) Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the insurer retention until December 31st, 2015, 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017, 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 and 80% BEGINNING ON JANUARY 1, 2020. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C) Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year (January 1 through December 31), and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**Note:**

☐ **As our quote for Terrorism coverage was NOT purchased, coverage will NOT include loss or damage caused by an "Act of Terrorism" as defined under Section 102(1) of the Terrorism Act of 2002.**

☒ **As our quote for Terrorism coverage was purchased, coverage will include loss or damage caused by an "Act of Terrorism" as defined under Section 102(1) of the Terrorism Act of 2002.**

INSURED NAME: RDA Management Co.; Lakewood Hotel Associates; Lakewood Hotel

POLICY NUMBER: HCS101734



Includes copyrighted Material of ISO Services Office, Inc., with its permission

# FORMS SCHEDULE

It is hereby understood and agreed that this Policy consists of the following Forms, Riders and Endorsements, as of its inception.

## MASTER WORDING

- Section A – Declarations
- Section B – Property
- Section C – Equipment Breakdown
- Section D – Conditions

## FORMS AND ENDORSEMENTS

HUD CWP 5001 02 12 - USPM incls. EB Section A
HUD CWP 5001 02 12 - USPM incls. EB - Sec B, C and D
HUD CWP 4100 02 12 Earthquake Endorsement
HUD CWP 4101 02 12 Flood Endorsement
HUD CWP 4050 02 12 Time Element Extra Expense Rider
HUD CWP 4052 02 12 Time Element Business Income
HUD CWP 3076 02 12 Limited Exclusion for Certified Acts of Terrorism
HUD CWP 4116 02 12 Arbitration Clause Endorsement
HUD CWP 6008 02 12 Protective Safeguards
HUD CWP 4053 02 12 Minimum Earned Premium Endorsement
HUD CWP 4128 09 12 Pollutant Clean Up
HUD CWP 4115 02 12 Roof Valuation Endorsement
HUD CWP 4124 02 12 Receipt for Cancellation
Cancellation

Policy Change Endorsement No. 1

## TABLE OF CONTENTS


**Section A - DECLARATIONS**

1. Named Insured ..... 1
2. Deductibles ..... 1
3. Waiting Periods ..... 1
4. Limit of Liability ..... 1
5. Sublimit of Liability ..... 1
6. Loss Limit of Liability ..... 4
7. Premium Adjustment ..... 4
8. Definitions ..... 4
   - (a) Accident ..... 4
   - (b) Actual Cash Value ..... 4
   - (c) Boiler ..... 4
   - (d) Computer Virus ..... 4
   - (e) Construction Operations ..... 4
   - (f) Covered Equipment ..... 5
   - (g) Earthquake ..... 5
   - (h) Electronic Data ..... 5
   - (i) Fine Arts ..... 5
   - (j) Flood ..... 5
   - (k) Hail ..... 6
   - (l) Hardware ..... 6
   - (m) Hazardous Substance ..... 6
   - (n) High Hazard Flood Zone ..... 6
   - (o) Location ..... 6
   - (p) Media ..... 6
   - (q) Money ..... 7
   - (r) Named Storm ..... 7
   - (s) New Madrid Territory ..... 7
   - (t) Occurrence ..... 7
   - (u) One Accident ..... 7
   - (v) Perishable Goods ..... 7
   - (w) Pollutants ..... 8
   - (x) Replacement Cost ..... 8
   - (y) Securities ..... 8
   - (z) Tier One Wind Counties ..... 8
   - (aa) Tsunami ..... 8
   - (bb) Valuable Papers and Records ..... 8
   - (cc) Vehicle ..... 9
   - (dd) Vessel ..... 9
   - (ee) Wind ..... 9

**Section B - PROPERTY**

1. Insured Property ..... 10
2. Excluded Property ..... 10
3. Insured Perils ..... 10
4. Excluded Perils ..... 10
5. Additional Coverages ..... 13
   - (a) Accounts Receivable ..... 13
   - (b) Automatic Coverage, New Acquisitions ..... 14
   - (c) Automatic Extinguishing System Activation ..... 14
   - (d) Backup of Sewers, Drains, Sumps ..... 14
   - (e) Building Laws or Ordinances ..... 14
   - (f) Consequential Loss ..... 15
   - (g) Course of Construction ..... 15
   - (h) Debris Removal ..... 16
   - (i) Electronic Data Processing ..... 16
   - (j) Expediting Expense ..... 16

(k) Exterior Trees, Plants, Shrubs and Lawns ..... 16
(l) Fine Arts ..... 16
(m) Fire Department Service Charges ..... 16
(n) Miscellaneous Costs, Fees, Charges and Expenses ..... 16
(o) Miscellaneous Unnamed Location ..... 17
(p) Mobile and Contractors' Equipment ..... 17
(q) Personal Property of Officers, Employees and Guests ..... 17
(r) Property in Transit ..... 17
(s) Property while on the Premises of any Exhibition, Exposition, Fair or Trade Show ..... 18
(t) Service Interruption ..... 18
(u) Third Party Vehicles ..... 18
(v) Valuable Papers and Records ..... 18

6. Valuation ..... 19
   (a) Electronic Data Processing ..... 19
   (b) Fine Arts ..... 19
   (c) Motor Vehicles, Mobile and Contractors' Equipment ..... 19
   (d) Property in Transit ..... 19
   (e) Stock and Merchandise ..... 19
   (f) Valuable Papers and Records ..... 20
   (g) All Other Real and Personal Insured Property ..... 20

**Section C – EQUIPMENT BREAKDOWN**

1. Insuring Agreement ..... 21
2. Limit of Liability ..... 21
3. Exclusions ..... 21
4. Additional Coverages ..... 21
   (a) Business Income Extra Expense and Rental Income ..... 21
   (b) Data Restoration ..... 22
   (c) Drying Out Coverage ..... 22
   (d) Expediting Expense ..... 22
   (e) Hazardous Substances ..... 22
   (f) Service Interruption ..... 22
   (g) Spoilage ..... 22
5. Equipment Breakdown Conditions ..... 23
   (a) Environmental, Safety and Efficiency Improvements ..... 23
   (b) Jurisdictional Inspections ..... 23
   (c) Suspension ..... 23

**Section D - CONDITIONS**

1. Abandonment ..... 24
2. Access and Entry ..... 24
3. Appraisal ..... 24
4. Automatic Reinstatement ..... 24
5. Cancellation ..... 24
6. Changes ..... 24
7. Claims Against Third Parties ..... 24
8. Company's Options ..... 25
9. Conflict of Wording ..... 25
10. Conformity to Statute ..... 25
11. Currency ..... 25
12. Examination of Records ..... 25
13. Examination Under Oath ..... 25
14. Fraud Warning ..... 25
15. Guaranty or Warranty ..... 25
16. Knowledge or Control ..... 25
17. Labels ..... 25
18. Loss Payable ..... 25
19. Machinery ..... 25
20. Misrepresentation and Fraud ..... 26

21. Nonrenewal ........ 26
22. Notice of Loss ........ 26
23. No Benefit to Bailee ........ 26
24. Other Insurance ........ 26
25. Pair, Set or Parts ........ 26
26. Payment of Loss ........ 26
27. Permissions Clause ........ 26
28. Privilege to Adjust with Owner ........ 27
29. Protection and Preservation of Property ........ 27
30. Records and Inventory ........ 27
31. Requirement After Loss ........ 27
32. Salvage ........ 28
33. Service of Suit ........ 28
34. Subrogation ........ 28
35. Suit ........ 28
36. Territorial Limits ........ 28
37. Transfer of Rights of Recovery ........ 28
38. Vacancy ........ 28

## Section A

## DECLARATIONS

The following Declarations apply to all Sections, Riders and Endorsements of this Policy unless specifically stated otherwise.

**1. Named Insured**

The Named Insured includes all subsidiary, affiliated, related, or allied companies, corporations, firms or organizations (as they now are or may hereafter be constituted), or persons for which the Insured has agreed in writing to obtain insurance on behalf of prior to the "Occurrence" of loss, as defined, and for which more specific coverage does not otherwise exist.

**2. Deductibles**

Each "Occurrence" resulting in a claim for loss will be adjusted separately and the Company's liability will be limited to that amount by which the loss exceeds the Deductible amount shown hereunder, up to the applicable Limit of Liability.

(a) In respect of loss caused directly by the peril of "Wind", as defined: 0 % of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location", as defined, for which the claim is made hereunder, subject to a minimum of $ 100,000 per "Occurrence" except:

i) In respect of loss caused directly by the peril of a "Named Storm", as defined: 0 % of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location" for which the claim is made hereunder subject to a minimum of $ 100,000 per "Occurrence".

(b) In respect of loss caused directly by the peril of "Hail", as defined, whether accompanied by "Wind" or not: 0 % of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location" for which the claim is made hereunder subject to a minimum of $ 100,000 per "Occurrence".

(c) In respect of loss caused by or resulting from any other peril(s): $ 25,000 per "Occurrence".

If two or more Deductible amounts in this Policy apply to a single "Occurrence" the total to be deducted will not exceed the largest applicable Deductible.

**3. Waiting Periods**

Additional Coverages, if provided by this Policy, will commence after the following Waiting Periods and are subject to applicable Policy Deductible(s):

- Civil Authority: 48 Hours after the date of order of Civil Authority.
- Ingress/Egress: 48 Hours after the date of prevention of ingress/egress.
- Service Interruption: 48 Hours after the date of service interruption.
- All other Time Element: 48 Hours after the date of suspension of business operations.

**4. Limit of Liability**

The Company's liability for the cumulative total of adjusted net claims resulting from any one "Occurrence" (including all costs, fees, charges and expenses) will not exceed $ 31,850,000.

**5. Sublimit of Liability**

The Company's liability per "Occurrence" will not exceed the Sublimits stated for the following coverages. Unless otherwise stated, Sublimit of Liability amounts are inclusive of all Policy Sections and Riders and are part of and not in addition to the Limit of Liability stated in Section A – Declarations, Clause 4.

**PROPERTY**

| Coverage | Section | | Sublimit |
|---|---|---|---|
| ▪ Accounts Receivable | B5(a) | $ | 100,000 |
| ▪ Automatic Coverage, New Acquisitions | B5(b) | $ | 1,000,000 |
| ▪ Except, if covered herein, Automatic Coverage for "Flood" per "Occurrence" and in the Annual Aggregate | | $ | 250,000 |
| ▪ Except, if covered herein, Automatic Coverage for "Earthquake" per "Occurrence" and in the Annual Aggregate | | $ | 250,000 |
| ▪ Automatic Extinguishing System Activation | B5(c) | $ | 10,000 |
| ▪ Backup of Sewers, Drains, Sumps | B5(d) | $ | 50,000 |
| ▪ Building Laws or Ordinances | B5(e) items ii) & iii) only | $ | 1,000,000 |
| ▪ Consequential Loss | B5(f) | $ | 25,000 |
| ▪ Course of Construction | B5(g) | $ | 100,000 |
| ▪ Debris Removal - greater of 25% of Insured Loss or | B5(h) | $ | 1,000,000 |
| ▪ Electronic Data Processing | B5(i) | $ | 100,000 |
| ▪ Expediting Expense | B5(j) | $ | 100,000 |
| ▪ Exterior Trees, Plants, Shrubs and Lawns Subject to a maximum of $1,000 any individual tree, plant, or shrub. | B5(k) | $ | 25,000 |
| ▪ Fine Arts In the absence of an appraisal or an Itemized schedule of declared values: The "Actual Cash Value", subject to a maximum of $2,500 per item. | B5(l) | $ | 100,000 |
| ▪ Fire Department Service Charges | B5(m) | $ | 10,000 |
| ▪ Miscellaneous Costs, Fees, Charges, and Expenses | B5(n) | $ | 10,000 |
| ▪ Miscellaneous Unnamed Location | B5(o) | $ | 100,000 |
| ▪ Mobile and Contractors' Equipment | B5(p) | $ | 100,000 |
| ▪ Personal Property of Officers, Employees and Guests | B5(q) | $ | 5,000 |
| ▪ Property in Transit | B5(r) | $ | 10,000 |
| ▪ Property of Others in the Insured's Care, Custody and Control | B1(b) | $ | 100,000 |
| ▪ Property while on the Premises of any Exhibition, Exposition, Fair, or Trade Show | B5(s) | $ | 100,000 |
| ▪ Service Interruption | B5(t) | $ | 100,000 |
| ▪ Third Party Vehicles | B5(u) | $ | 100,000 |
| ▪ Valuable Papers and Records | B5(v) | $ | 100,000 |

**EQUIPMENT BREAKDOWN**

Equipment Breakdown coverage is subject to the Sublimits stated below which are inclusive of and not in addition to Property Sublimits stated above and the Limit of Liability as stated in Section A – Declarations, Clause 4.

| Coverage | Section | | Sublimit |
|---|---|---|---|
| ▪ Equipment Breakdown | C | $ | 31,850,000 |

The following Sublimits are inclusive of and not in addition to the Equipment Breakdown Sublimit stated above.

| | | | |
|---|---|---|---|
| ▪ Data Restoration | C4(b) | $ | 100,000 |
| ▪ Expediting Expense | C4(d) | $ | 100,000 |
| ▪ Hazardous Substances | C4(e) | $ | 100,000 |
| ▪ Service Interruption | C4(f) | $ | 100,000 |
| ▪ Spoilage | C4(g) | $ | 100,000 |

**TIME ELEMENT**

Time Element coverage, if provided by this Policy, is subject to the Sublimits stated below which are inclusive of and not in addition to Property Sublimits stated above and the Limit of Liability as stated in Section A – Declarations, Clause 4.

| Coverage | Rider Clause | | Sublimit |
|---|---|---|---|
| **Time Element - Extra Expense** | | $ | Included |

The following Sublimit is inclusive of and not in addition to the Extra Expense Sublimit stated above.

| | | | |
|---|---|---|---|
| ▪ Direct Contingent Extra Expense | 6 | $ | 100,000 |
| **Time Element – Rental Value** | | $ | Not Covered |

The following Sublimits are inclusive of and not in addition to the Rental Value Sublimit stated above.

| | | | |
|---|---|---|---|
| ▪ Building Laws or Ordinances | 8(a) | $ | Not Covered |
| ▪ Civil Authority | 8(b) | $ | Not Covered |
| ▪ Ingress/Egress | 8(c) | $ | Not Covered |
| ▪ Service Interruption | 8(d) | $ | Not Covered |
| **Time Element – Business Income** | | $ | Included |

The following Sublimits are inclusive of and not in addition to the Business Income Sublimit stated above.

| | | | |
|---|---|---|---|
| ▪ Building Laws or Ordinances | 9(a) | $ | As Per Property Section |
| ▪ Civil Authority | 9(b) | $ | 1,000,000 |
| ▪ Commissions, Profits and Royalties | 9(c) | $ | 100,000 |
| ▪ Direct Contingent Business Income | 9(d) | $ | 100,000 |
| ▪ Ingress/Egress | 9(e) | $ | 1,000,000 |
| ▪ Leasehold Interest | 9(f) | $ | 100,000 |
| ▪ Miscellaneous Unnamed Location | 5(o) | $ | As Per Property Section |
| ▪ Ordinary Payroll | 9(g) | $ | 100,000 |
| ▪ Service Interruption | 9(h) | $ | As Per Property Section |

**6. Loss Limit of Liability**

The premium for this Policy is based upon the Statement of Values provided to the Company. In the event of loss under the Policy, the liability of the Company will be the least of the following:

(a) The actual adjusted amount of loss, less applicable Deductibles, Waiting Periods and self-insured retentions;

(b) 110% of the individually stated value for each item of property intended to be insured, for which a claim has been presented, including, if insured, the value of all Time Element interests and any Additional Coverages shown on the latest Statement of Values or other documentation agreed to and provided to the Company, less applicable Deductibles, Waiting Periods and self-insured retentions. Coverage is not provided for items for which no value has been stated or for items identified with a zero dollar ($0) amount;

(c) The lesser of the amount of insurance, Limit of Liability, remaining Aggregate Limit of Liability, or any Sublimit of Liability as stated in Section A – Declarations, Clauses 4 and 5.

**7. Premium Adjustment**

The installment premium is calculated from the inception of the Period of Insurance and is based upon 100% of the value of the interests insured as stated in Valuation, Section B – Property, Clause 6, and as stated in Time Element Sections attached herein. It is understood that the Statement of Values provided to the Company represent 100% of the value of the interests insured in accordance with the basis of claim settlement for said interests. Premium will be adjusted by the Company for all additions and deletions of Insured Property and, if insured, related Time Element interests during the Period of Insurance effective from the date of transaction.

8. **Definitions**

For the purpose of this Policy, the following terms, wherever used, are defined as follows:

**(a) Accident:**

The term "Accident" means a fortuitous event that causes direct physical loss or damage to "Covered Equipment", as defined, resulting from:

i) Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

ii) Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires; or

iii) Explosion of steam "Boilers", as defined, steam pipes, steam engines or steam turbines owned or leased by the Insured, or operated under the control of the Insured; or

iv) Loss or damage to steam "Boilers", steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

v) Loss or damage to hot water "Boilers" or other water heating equipment caused by or resulting from any condition or event inside such "Boilers" or equipment.

**(b) Actual Cash Value:**

The term "Actual Cash Value" is defined as the amount it would cost to repair or replace lost, damaged or destroyed Insured Property, at the time and place of loss, with new material of like kind and quality, with proper deduction for obsolescence and physical depreciation.

**(c) Boiler:**

The term "Boiler" means any boiler including attached steam, condensate and feedwater piping.

**(d) Computer Virus:**

The term "Computer Virus" means a set of corrupting, harmful or otherwise unauthorized instructions or code including a set of maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of whatsoever nature. "Computer Virus" includes but is not limited to Trojan Horses, Worms and Time or Logic Bombs.

**(e) Construction Operations:**

The term "Construction Operations" refers to property in course of construction, reconstruction, repair or renovation while at the risk of the Insured and while at the "Location" of the construction, reconstruction or repair operations.

**(f) Covered Equipment:**

The term "Covered Equipment" refers to Insured Property that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

None of the following is regarded as "Covered Equipment":

i) Structure, foundation, cabinet, compartment or air supported structure or building; or

ii) Insulating or refractory material; or

iii) Sewer piping, buried "Vessels", as defined, or piping, or piping forming a part of a sprinkler or fire suppression system; or

iv) Water piping other than "Boiler" feedwater piping, "Boiler" condensate return piping or water piping forming a part of a refrigerating or air conditioning system; or

v) "Vehicle", as defined, or any equipment mounted on a "Vehicle"; or

vi) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft; or

vii) Dragline, excavation or construction equipment; or

viii) Equipment manufactured by the Insured for sale.

**(g) Earthquake:**

The term "Earthquake" means seismic activity by natural or man-made causes including, but not limited to, earth movement, landslide, mudslide, sinkhole, subsidence, volcanic eruption, or "Tsunami", as defined.

All loss caused directly or indirectly by "Earthquake" will constitute a single claim hereunder. If more than one "Earthquake" shock occurs within any 72 hour period during the Period of Insurance, such "Earthquake" is deemed to be a single "Earthquake" within the meaning thereof. The Company is not liable for any loss caused by "Earthquake" occurring before the inception date of this Policy or after the expiration date of this Policy.

**(h) Electronic Data:**

The term "Electronic Data" means facts, concepts and information converted to a form useable for communications, interpretation or processing by electronic and electromechanical data processing or electronically controlled equipment and includes programs, software, and other coded instructions for the processing and manipulation of data or the direction and manipulation of such equipment.

**(i) Fine Arts:**

The term "Fine Arts" means paintings, etchings, pictures, tapestries and other bona fide works of art, such as antique furniture, valuable rugs, rare books, manuscripts, statuary, marble, bronze, porcelains, antique silver and bric-a-brac, all of which are rare or have historical or artistic value or merit.

**(j) Flood:**

The term "Flood" means a condition of partial or complete inundation of normally dry land areas by natural or man-made causes, due to surface water, waves (excluding "Tsunami"), tide or tidal water, rainfall and resultant runoff including mudslides or mudflows which are caused by flooding, and the rising (including overflowing or breaking of boundaries) of lakes, ponds, reservoirs, rivers, harbors, streams, or similar bodies of water all whether wind-driven or not.

The term "Flood" includes all damage that is a result of actions or effects of a "Named Storm".

All loss caused directly or indirectly by "Flood" will constitute a single claim hereunder. If more than one "Flood" occurs within any 72 hour period during the Period of Insurance, such "Flood" is deemed to be a single "Flood" within the meaning thereof. The Company is not liable for any loss caused by "Flood" occurring before the inception date of this Policy or after the expiration date of this Policy.

"Flood" coverage, if provided hereunder, is excess of all available coverage from the "National Flood Insurance Program", as defined, for Insured Property located in a "Special Flood Hazard Area", as defined, whether available coverage is purchased by the Insured or not.

**(k)** **Hail:** The term "Hail" means precipitation in the form of balls, pellets, clumps or particles of ice.

**(l)** **Hardware:**
The term "Hardware" means all calculating or computing or data processing or word processing systems, including equipment and component parts thereof, and any air conditioning and fire protection equipment used exclusively in connection therewith.

**(m)** **Hazardous Substance:**
The term "Hazardous Substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**(n)** **High Hazard Flood Zone:**

I. The term "High Hazard Flood Zone" is defined as:

i) An area which, at the time of loss or damage, has been designated by the "Federal Emergency Management Agency", as defined, on the most recent "Flood Insurance Rate Map", as defined, or "Flood Hazard Boundary Map", as defined, to be a "Special Flood Hazard Area" or a "Non-Special Flood Hazard Area", as defined; and

ii) An area, where the "National Flood Insurance Program" is not in effect, which has been subject to flooding within 1,000 feet of an insured "Location(s)" in the past 100 years regardless of whether the building or structure existed at the time of flooding; or any physical loss or damage occurred as a result of flooding; or any claim for damage or loss as a result of flooding was ever filed.

II. Definitions for "High Hazard Flood Zone":

i) The term "Federal Emergency Management Agency" means the Federal agency under which the "National Flood Insurance Program" is administered.

ii) The term "National Flood Insurance Program" means the program of flood insurance coverage and floodplain management administered under the National Flood Insurance Act of 1968 and applicable Federal regulations promulgated in Title 44 of the Code of Federal Regulations, Subchapter B.

iii) The terms "Flood Insurance Rate Map" or "Flood Hazard Boundary Map" refers to the official maps on which the "Federal Emergency Management Agency" has designated the "Special Flood Hazard Area" and "Non-Special Flood Hazard Area" applicable to the community.

iv) The term "Special Flood Hazard Area" means the areas of a "Flood Insurance Rate Map" or "Flood Hazard Boundary Map" identified as Zones A, AO, AH, A1-A30, AE, A99, AR, AR/A, AR/AE, AR/AH, AR/A1-A30, AR/AO, V, V1-V30, or VE at the time of "Occurrence" of loss or any Zones in the Special Flood Hazard Area.

v) The term "Non-Special Flood Hazard Area" means the areas of a "Flood Insurance Rate Map" or "Flood Hazard Boundary Map" identified as Zones B or X (shaded) at the time of "Occurrence" of loss or any Zones in the Non-Special Flood Hazard Area.

**(o)** **Location:**
The term "Location" means all property, including groups of buildings and structures, at one site which is surrounded by public streets, open waterways or open land. If bridges or tunnels connect properties at adjoining sites such properties are considered as one "Location". Each "Location" as defined herein shall be listed separately on the most current Statement of Values submitted to the Company.

Coverage under this Policy applies to "Location(s)" that are:

i) On the most current Statement of Values agreed to and on file with the Company; or

ii) Covered under the terms of Automatic Coverage, New Acquisition, Section B – Property, Clause 5(b); or

iii) Covered under the terms of Miscellaneous Unnamed Location, Section B – Property, Clause 5(o).

**(p)** **Media:**
The term "Media" means all material on which data is recorded including: magnetic tapes, disc packs, compact discs, diskettes, paper tapes, cards or other standardized recording materials all

used in data processing equipment. "Media" does not include "Electronic Data", as defined, or any memory bank attached to production machinery or any property for sale or demonstration.

**(q) Money:**
The term "Money" means currency, evidence of debt or title issued in connection with credit or charge cards, which are not of your own issue, coins, bank notes and bullion; and traveler's checks, registered checks and money orders held for sale to the public.

**(r) Named Storm:**
The term "Named Storm" means a weather condition that has been declared by the U.S. National Weather Service to be a hurricane, typhoon, tropical storm or cyclone that results in loss or damage to Insured Property directly by:

The force of "Wind" caused by or resulting from a "Named Storm"; or

i) Any material, object or debris that is carried, propelled or in any manner moved by a "Named Storm"; or

ii) "Hail", lightning, or tornado(es) that are a result of actions or effects of a "Named Storm"; or

iii) Rain or water, whether the rain or water is driven by "Wind" or not, that enters the covered building or structure through an opening(s) created by the force of "Wind" from a "Named Storm"; or

iv) "Flood", but only to the extent as covered by the Policy, that is a result of actions or effects of a "Named Storm". If "Flood" coverage is provided by the Policy, then "Flood", as included in the definition of "Named Storm", is covered only to the Annual Aggregate Limit as stated in the attached Flood Endorsement.

All loss caused directly or indirectly by "Named Storm" will constitute a single claim hereunder. If more than one "Named Storm" occurs within any 72 hour period during the Period of Insurance, such "Named Storm" is deemed to be a single "Named Storm" within the meaning thereof. The Company is not liable for any loss caused by "Named Storm" occurring before the inception date of this Policy or after the expiration date of this Policy.

**(s) New Madrid Territory:**
The term "New Madrid Territory" refers to the counties of:

- Arkansas: Clay, Craighead, Crittenden, Cross, Greene, Jackson, Lawrence, Lee, Mississippi, Monroe, Phillips, Poinsett, Randolph, St. Francis, Woodruff
- Illinois: Alexander, Franklin, Gallatin, Hamilton, Hardin, Jackson, Johnson, Massac, Perry, Pope, Pulaski, Saline, Union, White, Williamson
- Indiana: Posey, Vanderburgh
- Kentucky: Ballard, Calloway, Carlisle, Fulton, Graves, Hickman, Livingston, Marshall, McCracken
- Mississippi: De Soto, Tunica
- Missouri: Bollinger, Butler, Cape Girardeau, Dunklin, Mississippi, New Madrid, Pemiscot, Perry, Ripley, Scott, Stoddard, Wayne
- Tennessee: Carroll, Chester, Crockett, Dyer, Fayette, Gibson, Hardeman, Haywood, Henderson, Henry, Lake, Lauderdale, Madison, Obion, Shelby, Tipton, Weakley

**(t) Occurrence:**
An "Occurrence" is defined as any one loss, disaster, casualty, or series of losses, disasters or casualties arising out of one event.

**(u) One Accident:**
The term "One Accident" means: If an initial "Accident" causes other "Accidents", all will be considered "One Accident". All "Accidents" that are the result of the same "Occurrence" will be considered "One Accident".

**(v) Perishable Goods:**
The term "Perishable Goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**(w) Pollutants:**

The term "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**(x) Replacement Cost:**

The term "Replacement Cost" is defined as the cost to repair, rebuild or replace lost, damaged, or destroyed Insured Property with new material of equivalent size, kind, quality and capacity without deduction for depreciation, to an amount not exceeding the lesser of the following:

i) The limit of the Policy applicable to the lost, damaged, or destroyed property;

ii) The actual cost necessarily expended to repair damaged or destroyed property;

iii) The cost to rebuild or replace lost, damaged, or destroyed property on the same site for like occupancy with materials of equivalent size, kind, quality and capacity.

**(y) Securities:**

The term "Securities" means all negotiable and non-negotiable instruments or contracts representing either "Money" or other property and includes revenue and other stamps in current use, tokens and tickets, but does not include "Money".

**(z) Tier One Wind Counties:**

The term "Tier One Wind Counties" refers to the counties of:

- Alabama: Baldwin, Mobile
- Florida: All counties (entire state)
- Georgia: Bryan, Camden, Chatham, Glynn, Liberty, McIntosh
- Hawaii: All counties (entire state)
- Louisiana: Acadia, Ascension, Assumption, Calcasieu, Cameron, East Baton Rouge, Iberia, Iberville, Jefferson, Jefferson Davis, Lafayette, Lafourche, Livingston, Orleans, Plaquemines, St. Bernard, St. Charles, St. James, St. John Baptist, St. Mary, St. Martin, St. Tammany, Tangipahoa, Terrebonne, Vermilion
- Mississippi: Hancock, Harrison, Jackson
- North Carolina: Beaufort, Bertie, Brunswick, Camden, Carteret, Chowan, Columbus, Craven, Currituck, Dare, Gates, Hyde, Jones, New Hanover, Onslow, Pamlico, Pasquotank, Pender, Perquimans, Tyrrell, Washington
- South Carolina: Beaufort, Berkeley, Charleston, Colleton, Georgetown, Horry, Jasper
- Texas: Aransas, Bee, Brazoria, Brooks, Calhoun, Cameron, Chambers, Fort Bend, Galveston, Goliad, Hardin, Harris, Hidalgo, Jackson, Jefferson, Jim Wells, Kenedy, Kleberg, Liberty, Live Oak, Matagorda, Nueces, Orange, Refugio, San Patricio, Victoria, Wharton, Willacy
- Virginia: Accomack, Chesapeake, Gloucester, Hampton, Isle of Wight, James City, Lancaster, Mathews, Middlesex, Newport News, Norfolk, Northampton, Northumberland, Poquoson, Portsmouth, Richmond, Suffolk, Surry, Virginia Beach, Westmoreland, York

**(aa) Tsunami:**

The term "Tsunami" means a wave or series of waves caused by underwater "Earthquake" or seismic activity, including, but not limited to, volcanic eruption, landslide, earth movement, mudslide, sinkhole, or subsidence.

**(bb) Valuable Papers and Records:**

The term "Valuable Papers and Records" means all written, printed or otherwise inscribed documents and records, including books, maps, films, drawings, abstracts, deeds, mortgages and manuscripts.

**(cc) Vehicle:**

As respects to Equipment Breakdown coverage only, the term "Vehicle" means any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at an insured "Location" and that receives electrical power from an external power source will not be considered a "Vehicle".

**(dd) Vessel:**

The term "Vessel" means any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

**(ee) Wind:**

The term "Wind" means direct action of wind including substance driven by wind. All loss caused directly or indirectly by "Wind" will constitute a single claim hereunder. If more than one "Wind" storm occurs within any 72 hour period during the Period of Insurance, such "Wind" storm is deemed to be a single "Wind" storm within the meaning thereof. The Company is not liable for any loss caused by "Wind" occurring before the inception date of this Policy or after the expiration date of this Policy.

## Section B

## PROPERTY

1. **Insured Property**
This Policy, except as herein excluded, insures:
(a) The interest of the Insured in real and personal property as declared on the Statement of Values provided to the Company.
(b) Real and personal property of others in the Insured's care, custody or control, and the Insured's liability imposed by law or assumed by contract for such property, in accordance with the sublimit amount stated in Sublimit of Liability, Section A – Declarations, Clause 5.

2. **Excluded Property**
This Policy does not insure:
(a) Aircraft, satellites, spacecraft, watercraft; or motor vehicles licensed for use on public roads or highways, except as otherwise insured in Third Party Vehicles, Section B – Property, Clause 5(u).
(b) Animals, fish and birds; standing timber; growing crops, trees, and plants, except those used for decorative purposes within buildings insured hereunder, or as otherwise insured in Additional Coverages, Section B – Property, Clause 5(k).
(c) Contraband or property illegally acquired, kept, stored or transported, or property seized or confiscated by order of Public Authority.
(d) Furs, fur garments, jewels, jewelry, watches, pearls, precious and semi-precious stones, platinum, silver, gold and other precious metals and alloys.
(e) Land or land value, water, soil, sand, beaches, and golf courses.
(f) "Money" and "Securities", as defined.
(g) Property in course of ocean marine transit from the time of being loaded on board any marine vessel.
(h) Property located in whole or in part seaward of the normal low tide mark along coastal land.
(i) Transmission and distribution lines including poles, towers, or other supporting structures attendant to the transmission and/or distribution of electrical power and/or telecommunications of any type, but this exclusion will not apply to such property located within the boundaries of an insured "Location".
(j) Underground property situated outside building foundations, but services and connections of sewage, drainage or fire protection systems within the boundaries of an insured "Location" are not excluded.
(k) Wharves, piers, marine docks, tunnels, dams, dikes, bulkheads, natural earth reservoirs and bridges.

3. **Insured Perils**
This Policy insures against all risks of direct physical loss or damage to Insured Property, occurring during the Period of Insurance, except as excluded herein.

4. **Excluded Perils**
This Policy does not insure against loss, destruction, or damage caused directly or indirectly by any of the following Excluded Perils. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss, unless otherwise stated. This Policy excludes loss or damage caused:
(a) By explosion (other than direct loss from combustion explosion of accumulated gases or unconsumed fuel), collapse, rupture, bursting, cracking, burning out or bulging of the following property owned, operated or controlled by the Insured, unless fire ensues and then coverage will only be provided for the loss or damage caused directly by such ensuing fire:
i) The portions containing steam or water under steam pressure of all "Boilers" generating steam, and piping or other equipment connected to said "Boilers" and containing steam or water under steam pressure;


Includes copyrighted Material of ISO Services Office, Inc., with its permission

ii) Piping and apparatus or parts thereof normally containing steam or water under steam pressure from an external source and while under such pressure;

iii) Other "Vessels" and apparatus and pipes connected therewith, while under pressure, or while in use or in operation, provided their maximum normal internal working pressure exceeds 15 pounds per square inch above atmospheric pressure;

iv) Moving or rotating machinery or parts thereof;

v) Any "Vessels" and apparatus and pipes connected therewith while undergoing a pressure test;

vi) Gas turbines.

(b) By mechanical or electrical breakdown; by electrical injury or disturbance including electronic memory loss unless fire ensues and then only for the loss or damage caused directly by such ensuing fire.

(c) To stock or material attributable to manufacturing, processing, or maintenance operations while such stock or material is being processed, manufactured, tested, or otherwise worked on unless fire ensues and then only for loss or damage caused directly by such ensuing fire.

(d) By or arising out of, contributed to, or resulting from:

i) Moths, rodents, vermin, termites or other insects including larvae and pupae;

ii) Inherent vice, latent defect, rust, corrosion, wet or dry rot, and extremes of temperature or humidity.

(e) By or arising out of, contributed to, or resulting from marring, scratching, exposure to light, contamination, decay or other spoilage, shrinkage or evaporation, leakage of contents, loss of weight, commingling of products; change in color, texture, flavor or finish unless any such loss or damage is caused by direct physical damage to Insured Property from a peril not excluded by this Policy.

(f) By faulty or improper material, workmanship, design or construction; errors, omission or deficiency in material, workmanship, construction or design from any cause, unless direct physical damage to Insured Property from a peril not excluded by this Policy ensues, and then the Company will only be liable for such ensuing direct physical damage.

(g) By or arising from any discharge, dispersal, seepage, migration, release or escape of "Pollutants", as defined, unless direct physical damage to Insured Property from a peril not excluded by this Policy ensues, and then the Company will only be liable for such ensuing direct physical damage.

(h) By or arising from any costs, fines, penalties or expenses:

i) Imposed on the Insured,

ii) Incurred by the Insured,

iii) Sustained by the Insured,

at the order of any Government Agency, Government Authority or Court in connection with environmental impairment of any description, including seepage or pollution or contamination from any cause.

(i) By or arising from any expense to remove, or replace asbestos materials unless such materials are themselves damaged by a peril insured by this Policy.

However, if a Government Agency, Government Authority or Court declares all or parts of the insured premises unfit for occupancy without removal or modifications to asbestos materials, the Company's liability is limited to the proportion represented by the cost to repair the damaged part of the property that results from a loss insured hereunder, not the entire property.

(j) By delay, loss of market, loss of use and occupancy, except where Time Element coverage may be specifically provided in other Sections of this Policy.

(k) By indirect or remote loss or damage.

(l) By mysterious disappearance of property or shortage evidenced solely by taking inventory.


Includes copyrighted Material of ISO Services Office, Inc., with its permission

(m) By misappropriation, secretion, fraudulent or criminal act, conversion or infidelity or any dishonest act on the part of the Insured or anyone else with an interest in the property, or any of the Insured's or their partners, employees, directors, trustees, authorized representatives or anyone to whom the Insured entrusts the property for any purpose, whether acting alone or in collusion with others.

(n) By wear and tear or gradual deterioration, unless direct physical damage to Insured Property from a peril not excluded by this Policy ensues, and then the Company will only be liable for such ensuing direct physical damage.

(o) By settling, subsidence, shrinkage, moving, shifting, cracking or expansion in foundations, walls, floors, or ceilings.

(p) By or arising out of, contributed to, aggravated by or resulting from mold, moss, mildew, fungi, spores, bacterial infestation or any similar organism, anthrax, small pox, and viruses of all kinds, unless the direct efficient proximate cause of loss is fire or lightning. This includes, but is not limited to, the cost for investigation, testing, remediation services, extra expense or suspension of business operations. If loss otherwise covered by this Policy occurs and the cost of removal of debris is increased due to the presence of mold, moss, mildew, fungi, spores, bacterial infestation or any similar organism, anthrax, small pox, and viruses of all kinds, this Policy will only be liable for the costs of debris removal which would have been incurred had no such factors been present in, on or about the Insured Property to be removed.

(q) By nuclear detonation or nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct, indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage insured against by this Policy unless fire ensues and then only for the loss or damage caused directly by such ensuing fire.

(r) By hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack or invasion by:

i) Any Government or sovereign power (de jure or de facto) or by any authority maintaining or using military, naval or air forces;

ii) Insurrection, rebellion, revolution, civil war, martial law, usurped power or action taken by Governmental Authority in hindering, combating or defending against any of these;

iii) Any weapon of war or of mass destruction employing biological or chemical warfare, atomic fission, atomic fusion, radioactive force or radioactive material regardless of who commits the act or whether its discharge was accidental or deliberate.

(s) By the dispersal, application or release of, or exposure to, chemical, bacteriological, viral, biological or similar agents or matters, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct, indirect, proximate or remote or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage insured against by this Policy, however such dispersal, application, release or exposure may have been caused.

(t) By seizure or destruction under quarantine or customs regulation, commandeering, confiscation, nationalization, or destruction by order of Public Authority, except destruction by order of Civil Authority to prevent a conflagration or other catastrophe by an Insured Peril.

(u) By or arising from the perils of "Wind" and "Named Storm" to property at "Location(s)" wholly or partially in "Tier One Wind Counties", as defined.

(v) By or arising from the peril of "Earthquake", as defined.

(w) By or arising from the peril of "Flood", as defined.



Includes copyrighted Material of ISO Services Office, Inc., with its permission

5. **Additional Coverages**

This Policy insures the following Additional Coverages for loss from direct physical loss or damage resulting from an Insured Peril, occurring during the Period of Insurance.

These Additional Coverages:

i) Are subject to all Policy provisions, including applicable Exclusions, Waiting Periods and Deductibles;

ii) Will not increase the Limit of Liability stated in Section A – Declarations, Clause 4;

iii) Are subject to the applicable sublimit amounts stated in Sublimit of Liability, Section A – Declarations, Clause 5.

**(a) Accounts Receivable**

I. This Policy insures:

i) All sums due to the Insured from customers, provided the Insured is unable to effect collection thereof as the direct result of loss of or damage to records of Accounts Receivable insured under this Policy;

ii) Interest charges on any loan to offset impaired collections pending repayment of such sums made uncollectable by such loss or damage insured under this Policy;

iii) Collection expense in excess of normal collection cost made necessary and because of such loss or damage insured under this Policy;

iv) Other expenses when reasonably incurred by the Insured in re-establishing records of Accounts Receivable following such loss or damage insured under this Policy.

II. When there is proof that a loss of records of Accounts Receivable has occurred but the Insured cannot accurately establish the total amount of Accounts Receivable on the date of the loss, such amount will be based on the Insured's monthly statements and will be computed as follows:

i) Determine the amount of all outstanding Accounts Receivable at the end of the same fiscal month in the year immediately preceding the year in which the loss occurs;

ii) Calculate the percentage of increase or decrease in the average monthly total of Accounts Receivable for the 12 months immediately preceding the month in which the loss occurs as compared with such average for the same months of the preceding year;

iii) The sum determined under Clause II.i) above, increased or decreased by the percentage calculated under Clause II.ii) above will be the agreed total amount of Accounts Receivable on the last day of the fiscal month in which said loss occurs;

iv) The amount determined under Clause II.iii) above will be increased or decreased in conformity with the normal fluctuations in the amount of Accounts Receivable during the fiscal month involved, due consideration being given to the experience of the business since the last day of the last fiscal month for which statement has been rendered;

v) There will be deducted from the total amount of Accounts Receivable the amount of such accounts evidenced by records not lost or damaged, or otherwise collected or established by the Insured, and an amount to allow for probable bad debts that would normally have been uncollectable by the Insured.

III. In addition to the Exclusions listed in Excluded Property, Section B - Property, Clause 2, and Excluded Perils, Section B – Property, Clause 4, this Additional Coverage does not insure the following:

i) Loss due to bookkeeping, accounting or billing errors or omissions;

ii) Audit of records or an inventory computation unless use of such procedures prove, through evidence wholly apart therefrom, that a loss to records of Accounts Receivable not otherwise excluded has occurred;

iii) Loss due to alteration, falsification, manipulation, concealment, destruction or disposal of records of Accounts Receivable committed to conceal the wrongful giving, taking,



Includes copyrighted Material of ISO Services Office, Inc., with its permission

obtaining or withholding of "Money", "Securities" or other property but only to the extent of such wrongful giving, taking, obtaining or withholding.

After payment of loss, all amounts recovered by the Insured on Accounts Receivable for which the Insured has been indemnified will belong and be paid to the Company by the Insured up to the total amount of loss paid by the Company, but all recoveries in excess of such amounts will belong to the Insured.

**(b) Automatic Coverage, New Acquisitions**

Coverage, as provided by this Policy, automatically insures newly acquired property similar in nature to that described on the Statement of Values provided to the Company at Policy inception.

Any property newly acquired through purchase, lease, or assumption of legal liability, or property installed or constructed during the Period of Insurance will be reported to the Company within 60 days of acquisition, installation or initiation of construction and an additional premium will be paid by the Insured at rates to be agreed. Coverage will commence at the time and location of the acquisition of insurable interest and cease 60 days from the date of such acquisition unless otherwise accepted in writing by the Company. Failure to notify the Company within 60 days will result in newly acquired, installed or constructed property to be covered under the terms and sublimit of Miscellaneous Unnamed Location, Section B – Property, Clause 5(o).

There is no Automatic Coverage for Property in Transit or property more specifically insured elsewhere; or for any property newly acquired, installed or constructed during the Period of Insurance located in a "High Hazard Flood Zone" or in "Tier One Wind Counties"; or for the peril of "Earthquake" in "New Madrid Territory" or the State of California without prior written confirmation of acceptance of coverage from the Company.

**(c) Automatic Extinguishing System Activation**

If an automatic extinguishing system installed to protect Insured Property is activated for any reason other than an intentional act, except vandalism, and discharges in the manner intended for the control of loss by an Insured Peril, this Policy insures the cost to:

i) Refill or recharge expended extinguishing agent, even if there is no other damage, including the expense incurred for the loss of or damage to foam solution, halon, or any other fire extinguishing materials expended, lost or destroyed in fire fighting;

ii) Drain those portions of the system intended to be dry;

iii) Replace or restore valves and controls, and reset them to a ready condition.

**(d) Backup of Sewers, Drains, Sumps**

This Policy insures against loss or damage resulting from the seepage, leakage or influx of water and waterborne effluent by the backing up of sewers, drains, or sumps.

**(e) Building Laws or Ordinances**

I. This Policy insures the reasonable and necessary additional costs incurred as a result of property damage to satisfy the minimum requirements of building laws or ordinances regulating the construction, demolition, repair, or replacement of buildings or structures insured herein that have sustained physical damage from an Insured Peril. These additional increased costs include:

i) The loss in value of the undamaged portion of a building or structure that bears to the value of the entire building prior to loss or damage and subject to the same method of recovery which applies to the damaged portion of such building;

ii) The demolition of undamaged parts of a building or structure including the cost of clearing the site;

iii) The repair, reconstruction or remodeling of damaged and undamaged portions of a building or structure, limited to the costs that would have been incurred to comply with the minimum requirements of the law or ordinance regulating the restoration of the damaged building at the same "Location" and for same use and occupancy.

II. The following conditions are precedent to recovery under this Additional Coverage:

i) Coverage does not include loss due to any law or ordinance with which the Insured was legally required to comply had the loss not occurred;



Includes copyrighted Material of ISO Services Office, Inc., with its permission

ii) The enforced law or ordinance is an act of law at the time and location of loss;

iii) Damaged property is repaired or replaced within two years from the date of loss;

iv) The adjustment of physical loss is settled on a "Replacement Cost" basis;

v) The Company's maximum liability at each "Location" in any "Occurrence" will not exceed the actual cost incurred in demolishing the physically undamaged portion of the property insured, plus the lesser of the reasonable and necessary actual cost incurred in rebuilding on the same site; or the cost of rebuilding on another site, excluding the cost of land.

Coverage for Building Laws or Ordinances does not include any costs incurred as a direct or indirect result of the enforcement of any laws or ordinances that requires the Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of contaminants, "Pollutants" or hazardous materials of any kind from land or water.

(f) **Consequential Loss**
This Policy insures loss to stock, merchandise, provisions and supplies insured hereunder caused by change of humidity or temperature resulting from damage, from an Insured Peril, to Insured Property used for humidifying, dehumidifying, curing, refrigerating, cooling, heating, or generating, converting or transmitting power.

(g) **Course of Construction**

I. This Policy insures:

i) Property in course of construction, reconstruction, repair or renovation while at the risk of the Insured and while at the "Location" of the construction, reconstruction or repair operations, all of which are herein referred to as "Construction Operations", as defined;

ii) Real and personal property, including materials and supplies, owned by the Insured and to be used in, or part thereof, or incidental to "Construction Operations"; the excavation; site preparation; landscaping and similar work;

iii) Property of others used, or to be used in, or incidental to "Construction Operations", for which the Insured may be responsible, prior to any "Occurrence" for which claim may be made hereunder to the extent of the Insured's interest or contractual liability. Loss, if any, arising under this Clause 5. (g) I. iii) will be adjusted with and paid to the Insured.

The property referred to in Clauses 5. (g) I. i), ii) and iii) above is at the risk of the Insured during the period of "Construction Operations" and until said property is formally accepted by the owner as complete or until the Policy expiration or termination date, whichever is earlier.

II. In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B – Property, Clause 4, this Additional Coverage does not insure the following:

i) Penalties for non-completion or delay in completion of contract or non-compliance with contract conditions or costs incurred solely in an effort to eliminate or reduce penalties for which the Insured may be contractually liable;

ii) Loss or damage caused by electrical and mechanical breakdown during operational, performance, or hot testing or commissioning operations, except this Exclusion does not apply to loss or damage caused directly by an Insured Peril;

iii) Contractors' equipment other than scaffolding, formwork, fences, shoring, hoarding, falsework, tarpaulins and temporary buildings in connection with and at the "Location" of the risk under construction;

iv) Independent professional architects, consulting engineers or designers as Additional Named Insured for any claims for loss or damage arising out of the performance of professional services in their capacity as such and caused by any error, omission or act of the consulting engineers, or architects or designers, or any person employed by them or of any others for whose acts they are legally liable.



Includes copyrighted Material of ISO Services Office, Inc., with its permission

**(h) Debris Removal**

This Policy insures the necessary and reasonable expenses actually incurred by the Insured due to physical loss or damage by an Insured Peril, occurring during the Period of Insurance, to remove from an insured "Location", debris of Insured Property remaining after any such loss or damage, except that no liability is assumed for the following:

I. The expense of removal of any foundation, other than damaged portions which must be removed for repair or rebuilding of any covered building or structure;

II. The expense of removal of any property or part thereof, the removal of which is required by the enforcement of any law, ordinance, regulation or rule regulating or restricting the construction, installation, repair, replacement, demolition, occupancy, operation or other use of such property; unless covered elsewhere in this Policy;

III. Any costs or expenses required to:

i) Extract contaminants or "Pollutants" from the debris, land, water or atmosphere;

ii) Remove, restore or replace contaminated or polluted land or water.

**(i) Electronic Data Processing**

I. This Policy insures direct physical loss or damage to electronic data processing "Hardware", as defined, and "Media", as defined.

II. In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B – Property, Clause 4, this Additional Coverage does not insure the following:

i) Loss or damage caused by distortion, corruption or impeded or diminished use of or access to any "Media" from any intentional, malicious, or reckless act;

ii) Loss or damage caused by any power supply interruption or electrical surge or disturbance, unless caused by direct physical loss to Insured Property from a peril not excluded by this Policy;

ii) Loss, damage, destruction, distortion, erasure, corruption or alteration of "Electronic Data", from any cause whatsoever, including but not limited to "Computer Virus", as defined, or loss of use, reduction in functionality, cost, expense of whatsoever nature resulting therefrom, regardless of any other cause or event contributing concurrently or in any other sequence to the loss, unless loss or damage to Insured Property from fire ensues and then coverage will only be provided for loss or damage caused by such ensuing fire.

**(j) Expediting Expense**

This Policy insures the reasonable extra cost to make temporary repair, expedite permanent repairs and expedite permanent replacement of Insured Property, including overtime, and the extra cost of express or other rapid means of transportation when loss to such property results from damage by an Insured Peril. This Additional Coverage does not cover costs recoverable elsewhere in this Policy; or of permanent repair or replacement of damaged property.

**(k) Exterior Trees, Plants, Shrubs and Lawns**

This Policy insures loss or damage to exterior trees, plants, shrubs and lawns within the boundaries of an insured "Location".

**(l) Fine Arts**

This Policy insures direct physical loss or damage to "Fine Arts", as defined.

**(m) Fire Department Service Charges**

This Policy insures the Insured's liability for fire department service charges assumed by contract or agreement prior to loss; or required by local ordinance.

**(n) Miscellaneous Costs, Fees, Charges and Expenses**

Subject to approval by the Company, this Policy insures the reasonable expenses incurred by or assessed against the Insured required for loss settlement purposes for accountants and engineering consultants, except not including public adjusters, attorneys, insurance brokers, or agents and loss appraisers, including any of their subsidiary, related or associated entities, to



Includes copyrighted Material of ISO Services Office, Inc., with its permission

produce and certify the amount of loss and details required by the Company in connection with any loss insured under this Policy.

**(o) Miscellaneous Unnamed Location**

This Policy insures real and personal property of the type covered at an insured "Location" within the Policy Territorial Limits which is not on the Statement of Values submitted to the Company, but only to the extent of the Insured's insurable interest therein.

In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B – Property, Clause 4, this Additional Coverage does not insure the following:

i) Property in Transit or while waterborne; or

ii) Property in Course of Construction; or

iii) Property that is otherwise insured by this Policy or any other Policy issued by the Company to the Insured.

**(p) Mobile and Contractors' Equipment**

This Policy insures direct physical loss or damage to mobile and contractors' equipment including all appliances, apparatus, and appurtenances, on, attached, or pertaining to said equipment.

In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B – Property, Clause 4, this Policy does not insure the following:

I. Testing and Repairing: Loss or damage caused by or resulting from testing, repairing, adjusting, servicing, or otherwise being worked upon, unless fire ensues, and then only for direct loss or damage by such ensuing fire.

II. Overload and Misuse: Loss or damage caused by or resulting from:

   i) The weight of any load imposed on a machine exceeding the capacity for which the machine was designed; or

   ii) The weight of any load, including the load block and all rigging, exceeding the limits set out in the manufacturers' specifications, capacity tables or rating sheets for the particular unit involved; or

   iii) Operating contrary to instructions or recommendations set out in the manufacturers' specifications or capacity tables.

III. Loss or damage caused by breaking through ice or by sinking in swamps, bogs, or similar soft earth.

IV. Loss or damage to equipment while rented, leased, or loaned to others. This Exclusion does not apply to equipment rented, leased, or loaned to others if operated by the Insured or by an employee of the Insured.

**(q) Personal Property of Officers, Employees and Guests**

This Policy insures personal property of officers, employees and guests at an insured "Location". Loss, if any, will be adjusted with the Insured. This Additional Coverage will not apply if the personal property is insured by the owner unless the Insured is contractually obliged to provide insurance.

**(r) Property in Transit**

I. This Policy insures the following personal property while in transit:

   i) Property owned by the Insured.

   ii) Property shipped to customers under Free On Board or Cost & Freight shipping agreements. The Insured's contingent interest in such shipments is admitted.

   iii) Property of others in the actual or constructive custody of the Insured to the extent of the Insured's interest or contractual liability.

   iv) Property of others sold by the Insured, which the Insured has agreed prior to the loss to insure during course of delivery.

II. In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B - Property, Clause 4, this Additional Coverage does not insure the following:



Includes copyrighted Material of ISO Services Office, Inc., with its permission

i) Samples in the custody of salespeople or selling agents.

ii) Shipments by mail after delivery into the custody of the Post Office Department.

iii) Property insured under import or export ocean marine insurance.

iv) Waterborne shipments, except while on navigable inland waters.

v) Airborne shipments unless by regular scheduled passenger airline or airfreight carrier.

vi) Property of others, including the Insured's legal liability for said property, hauled on vehicles owned, leased or operated by the Insured when acting as common or contract carrier.

vii) Any transporting vehicle.

viii) All materials in transit that is otherwise covered under another policy.

**(s) Property while on the Premises of any Exhibition, Exposition, Fair or Trade Show**
This Policy insures loss or damage to personal property of the Insured situated on the premises of any exhibition, exposition, fair or trade show.

In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B - Property, Clause 4, this Additional Coverage does not insure the following:

i) Property in Transit or while waterborne; or

ii) Property at any insured "Location", or

iii) Property in Course of Construction, or

iv) Property that is otherwise insured under this Policy or any other Policy issued by the Company to the Insured.

**(t) Service Interruption**
This Policy insures physical loss or damage to Insured Property caused by an Insured Peril directly resulting from the interruption of electricity, fuel, gas, steam, sewage removal or water, as a direct result of physical loss or damage from an Insured Peril, occurring during the Period of Insurance, at facilities located within the Policy Territorial Limits of any utility service provider contracted to the Insured to furnish or transmit such services. This Policy does not insure any loss or damage caused by any deliberate interruption or reduction of any service by any Government Authority, regulator or service provider. This Additional Coverage will not commence until 24 hours after the date service is interrupted by physical loss or damage to Insured Property by an Insured Peril.

**(u) Third Party Vehicles**
Notwithstanding the Exclusion of motor vehicles in Excluded Property, Section B - Property, Clause 2(a), this Policy insures loss or damage to vehicle(s) belonging to others while at an insured "Location" for the purpose of loading and unloading materials, supplies, or Stock, but only when the Insured is contractually liable for such loss or damage.

In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B – Property, Clause 4, this Additional Coverage does not insure loss or damage caused by the collision of such vehicle(s) with any other vehicle or object; and is excess of any other insurance whether collectable or not.

**(v) Valuable Papers and Records**
This Policy insures direct physical loss to insured "Valuable Papers and Records", as defined, which must be of value to the Insured.

The Valuable Papers and Records may be owned by the Insured or held by the Insured in any capacity; however, the insurance applies only to the interest of the Insured in such property.

In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B - Property, Clause 4, this Additional Coverage does not insure the following:

i) Loss directly resulting from errors or omissions in processing or copying unless fire or explosion ensues and then only for direct loss caused by such ensuing fire or explosion; or

ii) Loss of property held as samples, or for sale or for delivery after sale.



Includes copyrighted Material of ISO Services Office, Inc., with its permission

**6. Valuation**

For the purposes of claim settlement under this Policy, the adjustment of physical loss is calculated as of the date of loss, at the "Location" of loss, and for no more than the interest of the Insured, as follows:

**(a) Electronic Data Processing:**

In the event of loss to Electronic Data Processing "Hardware" and "Media", the loss will be adjusted as follows:

i) Hardware: The actual cost to repair or replace lost, damaged or destroyed "Hardware" of equivalent capacity, kind and quality, and intended to perform the same function, but not to exceed the "Replacement Cost Value", as defined.

ii) Media: The actual cost to repair or replace lost, damaged or destroyed "Media" of like kind, quality and capacity, including the costs of copying lost or destroyed "Electronic Data" from back-up or original sources of a previous generation. These costs will not include research and engineering nor any costs of recreating, gathering or assembling such "Electronic Data". This Policy does not insure any amount pertaining to the value of "Electronic Data", even if such "Electronic Data" cannot be recreated, gathered or assembled. If "Media" is not repaired, replaced or restored the basis of valuation will be the cost of blank "Media".

The Company's liability for the adjusted net claim resulting from any one "Occurrence" for "Hardware" and "Media" combined is not to exceed the sublimit amount for Electronic Data Processing stated in Sublimit of Liability, Section A – Declarations, Clause 5.

**(b) Fine Arts:**

In the event of loss to "Fine Arts", the loss will be adjusted individually for each item as follows:

i) If item appraised prior to the loss: the value of the item stated on the most current appraisal; or

ii) If item not appraised prior to the loss: the reported value of the item as shown on an itemized schedule of declared values for "Fine Arts" provided to the Company; or

iii) In the absence of an appraisal or an itemized schedule of declared values for "Fine Arts": the "Actual Cash Value", as defined, subject to a maximum of $2,500 per item.

The Company's liability for the adjusted net claim resulting from any one "Occurrence" for "Fine Arts" is not to exceed the sublimit amount for "Fine Arts" stated in Sublimit of Liability, Section A – Declarations, Clause 5.

**(c) Motor Vehicles, Mobile and Contractors' Equipment:**

In the event of loss to Motor Vehicles, Mobile and Contractors' Equipment, the loss will be adjusted on an "Actual Cash Value" basis.

The Company's liability for the adjusted net claim resulting from any one "Occurrence" for all Motor Vehicles, Mobile and Contractors' Equipment combined is not to exceed the sublimit amount for Motor Vehicles, Mobile and Contractors' Equipment stated in Sublimit of Liability, Section A – Declarations, Clause 5.

**(d) Property in Transit:**

In the event of loss to Property in Transit, the loss will be adjusted at the actual invoice cost, including prepaid freight, together with the costs and charges since shipment as may have accrued and become legally due thereon. If there is no invoice, the loss to Insured Property will be adjusted on an "Actual Cash Value" basis.

The Company's liability for the adjusted net claim resulting from any one "Occurrence" for Property in Transit is not to exceed the sublimit amount for Property in Transit stated in Sublimit of Liability, Section A – Declarations, Clause 5.

**(e) Stock and Merchandise:**

In the event of loss to Stock and Merchandise, the loss will be adjusted as follows:

i) Raw Stock, being materials and supplies in the state in which the Insured received them for conversion into Finished Stock, will be valued at "Replacement Cost".

ii) Stock in Process, being Raw Stock that has undergone any aging, seasoning, or other processing by the Insured but which has not become Finished Stock, will be valued as Raw Stock plus labor expended and the proper proportion of overhead charges.



Includes copyrighted Material of ISO Services Office, Inc., with its permission

iii) Finished Stock, being stock which in the ordinary course of the Insured's business is ready for packing or shipment for sale will be valued at the Insured's selling price at the time of loss, less all discounts, rebates, and unincurred expenses to which such selling price would have been subject.

iv) Merchandise, being goods kept for sale by the Insured which are not the product of manufacturing operations conducted by the Insured, will be valued at the Insured's selling price at the time of loss, less all discounts, rebates, and unincurred expenses to which selling price would have been subject.

**(f) Valuable Papers and Records:**
In the event of loss to "Valuable Papers and Records", the loss will be adjusted on the lesser of:

i) The cost to repair or restore the item to the condition that existed immediately prior to the loss; or

ii) The cost to replace the item; or

iii) The reported value as shown for Valuable Papers and Records on the schedule of declared values provided to the Company; or

iv) The sublimit amount for Valuable Papers and Records stated in Sublimit of Liability, Section A – Declarations, Clause 5.

**(g) All Other Real and Personal Insured Property:**
In the event of loss to All Other Real and Personal Insured Property not otherwise described above, the loss will be adjusted on a "Replacement Cost" basis.

This Policy does not insure any additional costs or expenses resulting from any law, building law, regulation or ordinance restricting or prohibiting repair, replacement or reinstatement of property except as provided in Building Laws or Ordinances, Section B – Property, Clause 5(e).

With respect to all Insured Property, the maximum amount recoverable will be the "Actual Cash Value" of lost or damaged property if repair, replacement, or reconstruction is incomplete or is not completed within two years from the date of loss, or if the property is scheduled for demolition or destruction, or is obsolete at the time of loss.


Includes copyrighted Material of ISO Services Office, Inc., with its permission

## Section C

## EQUIPMENT BREAKDOWN

1. **Insuring Agreement**
This Policy insures Equipment Breakdown for direct physical loss or damage to Insured Property as a result of an "Accident", as defined, occurring during the Period of Insurance.

2. **Limit of Liability**
The Company's liability in respect to insurance provided in this Policy Section will not exceed the limits stated in Limit of Liability, Section A – Declarations, Clause 4, and Sublimit of Liability, Section A – Declarations, Clause 5.

3. **Exclusions**
All Exclusions stated in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B - Property, Clause 4, apply to this Policy Section except to the extent that Equipment Breakdown coverage is specifically provided by this Policy Section. Additionally, this Policy does not insure:

(a) Loss or damage due to failure to use all reasonable means to protect Insured Property from damage following an "Accident".

(b) A hydrostatic, pneumatic or gas pressure test of any "Boiler" or pressure "Vessel", or an electrical insulation breakdown test of any type of electrical equipment.

(c) Any of the following:

i) Any defect, programming error, programming limitation, "Computer Virus", malicious code, loss of "Electronic Data", loss of access, loss of use, loss of functionality or other condition within or involving "Electronic Data" or "Media" of any kind; or

ii) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "Accident" occurs as a result of either (c) i) or ii) above, the Policy insures the resulting loss, damage or expense caused by that "Accident".

(d) Any increase in loss resulting from an agreement between the Insured and the Insured's customer or supplier with respect to Additional Coverage for Business Income, Extra Expense, Rental Value and Service Interruption.

(e) Loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "Accident": Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "Perishable Goods", to the extent that Spoilage is covered under Additional Coverages - Spoilage, Clause 4. (g) below.

4. **Additional Coverages**
This Policy Section insures the following Additional Coverages for loss as a direct result of an "Accident" to Insured Property, occurring during the Period of Insurance.

These Additional Coverages:

i) Are subject to all Policy provisions, including applicable Exclusions, Waiting Periods and Deductibles;

ii) Will not increase the Limit of Liability stated in Section A – Declarations, Clause 4;

iii) Are subject to the applicable sublimit amounts stated in Sublimit of Liability, Section A – Declarations, Clause 5.

**(a) Business Income, Extra Expense and Rental Value**
Coverage provided under this Policy for Business Income, Extra Expense or Rental Value includes coverage for loss as a result of an "Accident" insured hereunder to Insured Property. This Additional Coverage will not commence until the exhaustion of the applicable waiting period



Includes copyrighted Material of ISO Services Office, Inc., with its permission

as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date of suspension of business operations by an insured "Accident".

**(b) Data Restoration**
This Policy insures all reasonable and necessary costs to research, replace and restore lost "Electronic Data".

**(c) Drying Out Coverage**
This Policy insures all reasonable and necessary costs to dry electrical equipment as a result of inundation by "Flood", if "Flood" coverage is provided by this Policy; or influx of water and waterborne effluent by the backing up of sewers, drains, or sumps.

**(d) Expediting Expense**
This Policy insures the reasonable extra cost to make temporary repair, expedite permanent repairs and expedite permanent replacement of Insured Property, including overtime, and the extra cost of express or other rapid means of transportation when loss to such property results from damage by an insured "Accident". This Additional Coverage does not cover costs recoverable elsewhere in this Policy; or of permanent repair or replacement of damaged property.

**(e) Hazardous Substances**
This Policy insures the additional cost to repair or replace Insured Property because of contamination by a "Hazardous Substance", as defined. This includes the additional expenses to clean up or dispose of such property. This does not include contamination of "Perishable Goods", as defined, by refrigerant, including but not limited to ammonia, as described in Clause 4.(g) I (ii) below. As used in this coverage, additional costs mean those beyond what would have been payable under Policy Section C - Equipment Breakdown had no "Hazardous Substance" been involved.

**(f) Service Interruption**

i) Any insurance provided for Business Income, Extra Expense, Rental Value or Spoilage is extended to apply to the Insured's loss, damage or expense caused by the interruption of utility services. The interruption must result from an "Accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides the Insured with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "Covered Equipment" except that it is not Insured Property.

ii) The Company's total liability in any "One Accident", as defined, for loss, damage or expense under this Additional Coverage is the lesser of the applicable sublimit amount stated for Business Income, Extra Expense, Rental Value, Spoilage, or Service Interruption in Sublimit of Liability, Section A – Declarations, Clause 5.

iii) This Additional Coverage does not insure loss or damage from an "Accident" caused by or resulting from fire; lightning; "Windstorm" or "Hail"; explosion (except by explosion of steam "Boilers", steam pipes, steam engines, or steam turbines owned or leased by the Insured, or operated under the control of the Insured); smoke; aircraft or "Vehicles"; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; "Flood" or "Earthquake".

iv) This Additional Coverage will not commence until the exhaustion of the applicable waiting period as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date service is interrupted by an insured "Accident".

**(g) Spoilage**

I. This Policy insures:

i) Physical loss or damage to "Perishable Goods", due to spoilage;

ii) Physical loss or damage to "Perishable Goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

iii) Any necessary expenses incurred to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.



Includes copyrighted Material of ISO Services Office, Inc., with its permission

II. If the Insured is unable to replace the "Perishable Goods" before its anticipated sale, payment will be determined on the basis of the sales price of the "Perishable Goods" at the time of the "Accident", less discounts and expenses that otherwise would have been incurred. Otherwise payment will be determined in accordance with the Valuation provision of the Policy.

**5. Equipment Breakdown Conditions**

As respects to Equipment Breakdown coverage only, the following Conditions are in addition to those of Policy Section D – Conditions.

**(a) Environmental, Safety and Efficiency Improvements**

In the event of loss by "Accident" to "Covered Equipment" insured hereunder, the Company will pay the additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, the Company will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property for which "Actual Cash Value" applies.

**(b) Jurisdictional Inspections**

The Company agrees to perform inspections on "Covered Equipment" insured hereunder in order to comply with state or municipal "Boiler" and pressure "Vessel" regulations. The Company does not warrant that conditions are safe or healthful.

**(c) Suspension**

Whenever "Covered Equipment" is found to be in, or exposed to, a dangerous condition, any representative of the Company may immediately suspend the insurance against loss from an "Accident" to that "Covered Equipment". This can be done by mailing or delivering a written notice of suspension to:

i) The last known address of the Insured; or

ii) The address where the "Covered Equipment" is located.

Once suspended in this way, the insurance can be reinstated only by an Endorsement for that "Covered Equipment". If the Company suspends the insurance, the Insured will get a pro rata refund of premium for that "Covered Equipment" for the period of suspension. But the suspension will be effective even if the Company has not yet made or offered a refund.



Includes copyrighted Material of ISO Services Office, Inc., with its permission

## Section D

## CONDITIONS

The following Conditions apply to all Sections, Riders and Endorsements of this Policy unless specifically stated otherwise.

1. **Abandonment**
   There can be no abandonment to the Company of any property.

2. **Access and Entry**
   After loss or damage to Insured Property, the Company has an immediate right of access and entry by representatives sufficient to enable them to survey and examine the property, and to make an estimate of the loss or damage, and, after the Insured has secured the property, a further right of access and entry sufficient to enable them to make appraisement or particular estimate of the loss or damage.

3. **Appraisal**
   If the Insured and the Company fail to achieve agreement on the amount of loss, upon the written request of either, each will select a competent and disinterested appraiser. The appraisers will first select a competent and disinterested umpire, and failing for 15 days to agree upon such umpire, then, on the request of the Insured or the Company, such umpire will be selected by a Judge of a Court of Record in the state in which such appraisal is pending. The appraisers will then appraise the loss, stating separately the "Actual Cash Value" at the time of loss and the amount of loss, and failing to agree will submit their differences to the umpire. An award in writing of any two will determine the amount of loss.

   The Insured and the Company will each pay the expense of its chosen appraiser and will bear equally the other expenses of the appraisal and umpire. Neither the Company nor the Insured will be held to have waived any of their rights by any act relating to appraisal.

4. **Automatic Reinstatement**
   Each claim paid hereunder reduces the amount of insurance by the sum paid, but the amount of such loss will be reinstated automatically. However, if any limit provided herein is cited as being an Annual Aggregate Limit for specified perils, this clause will not be construed to increase that limit beyond the cited amount during any one annual Policy Period in respect of loss directly resulting from such specified perils.

5. **Cancellation**
   This Policy may be cancelled at the request of the Insured upon the surrender of this Policy to the Company or by giving advance written notice to the Company stating when such cancellation will take effect. The Company may cancel this Policy by giving the Insured 60 days written Notice of Cancellation, or in the event of non-payment of premium, 10 days written notice to the Mailing Address shown in this Policy. The time of surrender or the effective date of the cancellation stated in the written notice will become the end of the Period of Insurance. If notice is mailed, proof of mailing will be sufficient proof of notice. The return of any unearned premium will be calculated on the customary short rate basis if the Insured cancels and on a pro-rata basis if the Company cancels this Policy. The Company will return any unearned premium as soon as practicable. The Company's check or the check of its representative mailed or delivered are a sufficient tender of any refund of premium due to the Insured.

6. **Changes**
   Notice to any agent or knowledge possessed by any agent or by any other person will not effect a waiver or a change in any part of this Policy or estop the Company from asserting any right under the terms of this Policy, nor will the terms of this Policy be waived or changed, except by Endorsement issued to form a part of this Policy.

7. **Claims Against Third Parties**
   In the event of any loss of or damage to Insured Property, the Insured will immediately make claim in writing against the carrier(s), bailee(s), or others involved.

   The adjustment of loss or damage remains the right of the Company.



Includes copyrighted Material of ISO Services Office, Inc., with its permission

8. **Company's Options**
It will be optional with the Company to take all, or any part, of the property at the agreed or appraised value, and also to repair, rebuild or replace the property destroyed or damaged with other of like kind and quality within a reasonable time, on giving notice of its intention to do so within 30 days after the receipt of the Proof of Loss herein required.

9. **Conflict of Wording**
If there is any conflict between these Conditions and the language contained in the Policy or Endorsements attached thereto, the latter will govern.

10. **Conformity to Statute**
Terms of this Policy, which are in conflict with the statutes of the state in which this Policy is issued, are hereby amended to conform to such statutes.

11. **Currency**
Unless otherwise stated, all sums referred to herein will be in United States of America currency.

12. **Examination of Records**
The Insured will, as often as may be reasonably required during the Period of Insurance and for one year thereafter, produce for examination by the Company or its duly authorized representative all the books and records, inventories and accounts referred to above, relating to Insured Property.

13. **Examination Under Oath**
The Insured, as often as may be reasonably required, will exhibit to any person designated by the Company all that remains of any property herein described, and will submit, and insofar as is within their power cause their employees, members of the household and others to submit, to examinations under oath by any person named by the Company and subscribed the same; and, as often as may be reasonably required, will produce for examination all writings, books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by the Company or its representative, and will permit extracts and copies thereof to be made. No such examination under oath or examination of books or documents, nor any other act of the Company or any of its employees or representatives in connection with the investigation of any loss or claim hereunder, will be deemed a waiver of any defense which the Company might otherwise have with respect to any loss or claim, but all such examinations and acts will be deemed to have been made or done without prejudice to the Company's liability. The Insured has the right to have legal counsel present at the examination.

14. **Fraud Warning**
Any person who knowingly, and with intent to injure, defraud or deceive any Insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

15. **Guaranty or Warranty**
Coverage for loss or damage to any machinery, equipment or other Insured Property does not extend to include loss or damage that is otherwise covered or protected by a contractor's, manufacturer's, or supplier's guaranty or warranty.

16. **Knowledge or Control**
This Policy will not be liable for loss or damage while the hazard is increased by any means within the knowledge or control of the Insured.

17. **Labels**
In the event of loss of or damage to labels, capsules or wrappers, the loss will be adjusted on the basis of an amount sufficient to pay the cost of new labels, capsules or wrappers.

18. **Loss Payable**
Loss, if any, is payable to the Named Insured or their order.

19. **Machinery**
In the event of loss of or damage to machinery consisting, when complete for sale or use, of several parts, the Company will only be liable for the value of the part(s) lost or damaged.


Includes copyrighted Material of ISO Services Office, Inc., with its permission

**20. Misrepresentation and Fraud**

This entire Policy will be void if, whether before or after a loss, the Insured has willfully concealed or misrepresented any material fact or circumstance concerning this Insurance or the subject thereof, or the interest of the Insured therein, or in case of any fraud or false swearing by the Insured relating thereto.

**21. Non-renewal**

The Company will provide renewal of this Policy subject to the existing terms and conditions unless:

(a) The Company provides the Insured notice of non-renewal, including reasons therefore, a minimum of 60 days prior to the expiry of the Period of Insurance; or

(b) The Company provides the Insured a proposal to renew at revised terms and conditions a minimum of 20 days prior to the expiry of the Period of Insurance, and such proposal is not accepted by the Insured prior to the expiry of the Period of Insurance.

**22. Notice of Loss**

The Insured will immediately report in writing to the Company every loss, damage or "Occurrence" which may give rise to a claim under this Policy and file with the Company within 90 days from date of discovery of such loss, damage or "Occurrence", a detailed sworn Proof of Loss. The Insured warrants and agrees to give prompt notice to the local Police Authorities in the event of theft of Insured Property, provided theft is covered under this Policy.

**23. No Benefit to Bailee**

This Insurance will not inure directly or indirectly to the benefit of any carrier or other bailee.

**24. Other Insurance**

(a) If there is other insurance subject to the same terms, conditions and provisions as this Policy, the Company will pay its share of the covered loss or damage. The Company's share is the proportion that the applicable Limit of Liability under this Policy bears to the Limit of Liability of all Insurance covering on the same basis.

(b) If there is Other Insurance covering the same loss or damage, other than that described in (a) above, the Company will pay only the amount of covered loss or damage in excess of the amount due from that Other Insurance, whether it is collectable or not, subject to the Limit of Liability, Deductibles, and terms and conditions of this Policy.

**25. Pair, Set or Parts**

In event of loss of or damage to:

(a) Any article or articles which are a part of a pair or set, the measure of loss of or damage to such article or articles will be a reasonable and fair proportion of the total value of the pair or set, giving consideration to the importance of said article or articles, but in no event will such loss or damage be construed to mean total loss of the pair or set; or

(b) Any part of Insured Property consisting, when complete for use, of several parts, the Company will only be liable for the value of the part lost or damaged.

**26. Payment of Loss**

All adjusted claims will be paid or made good to the Insured within 30 days after presentation and acceptance of satisfactory proof of loss at the office of the Company. No loss will be paid or made good if the Insured has collected the same from others.

**27. Permissions Clause**

Permission is granted:

(a) To do work and to make such changes in the use or occupancy of the premises as is usual or incidental to the business of the Insured.

(b) To make alterations, additions, improvements and repairs.

(c) To purchase insurance in excess of the Limit of Liability stated in this Policy.



Includes copyrighted Material of ISO Services Office, Inc., with its permission

**28. Privilege to Adjust with Owner**

In the event of loss of or damage to property of others held by the Insured for which a claim is made upon the Company, the right to adjust such loss or damage with the owner(s) of the property is reserved to the Company and the receipt of such owner(s) in satisfaction thereof will be in full satisfaction of any claim of the Insured for which such payment has been made. If legal proceedings are taken to enforce a claim against the Insured as respects any such loss or damage, the Company reserves the right at its option, without expense to the Insured, to conduct and control the defense on behalf of and in the name of the Insured. No action of the Company in such regard will increase the liability of the Company under this Policy, nor increase the Limit of Liability cited in Clause 4, Section A – Declarations.

**29. Protection and Preservation of Property**

In the event of actual or imminent physical loss or damage as insured hereunder, this Policy is extended to cover the necessary and reasonable expenses incurred in recovering and temporarily safeguarding Insured Property. The expenses so incurred will be borne by the Insured and the Company proportionately to the extent of their respective interest. The Company portion of such expenses will be limited to the extent such expenses reduce loss or damage which would otherwise be payable under this Policy. This provision does not increase any amounts or limits of insurance that may be applicable and the deductible provisions will apply to any expenses so incurred.

**30. Records and Inventory**

The Insured will keep accurate books, records and accounts in the following manner:

(a) A detailed and itemized inventory record of all property covered hereunder will be maintained and physical inventory will be taken periodically at intervals not more than 12 months apart.

(b) A set of books showing a complete record of the business transacted including all purchases and sales for both cash and credit.

(c) Detailed records of:

- i) The property of others in the Insured's care, custody and control;
- ii) All travelers stocks; and
- iii) Property sent to others for any purpose.

(d) All such books, records and accounts will be preserved for not less than one year following the termination of this Policy and any renewal thereof.

**31. Requirement After Loss**

In the event of physical loss or damage that may give rise to a claim under this Policy, the Insured will:

(a) Immediately give notice thereof in writing to the Company or an authorized agent of the Company;

(b) Deliver within 90 days after the loss, unless such time is extended in writing by the Company, a Proof of Loss verified by a statutory declaration;

- i) Giving a complete inventory of the damaged property and showing in detail quantities, costs, value and particulars of amount of loss claimed;
- ii) Stating when and how the loss occurred, and if caused by explosion or fire due to ignition, how the fire or explosion originated, insofar as the Insured knows or believes;
- iii) Stating that the loss did not occur through the procurement or connivance of the Insured;
- iv) Showing the amount of Other Insurance and the names of other Insurers;
- v) Showing the interest of the Insured and of all others in the property with particulars of all liens, encumbrances and other charges upon the property;
- vi) Showing any changes in occupation, location, possession, exposures, title or use of the property since the issuance of this Policy;
- vii) Showing the place where the Insured Property was located at the time of loss;

(c) If required, give a complete inventory of undamaged property, showing, in detail, quantities, costs and values;


Includes copyrighted Material of ISO Services Office, Inc., with its permission

(d) If required, and if practicable, produce stock lists, warehouse receipts and books of account, and furnish invoices and other vouchers verified by statutory declaration and furnish a copy of the written portion of any other contract.

**32. Salvage**

The Insured, in the event of any insured loss or damage to any property insured hereunder, will take all reasonable steps to prevent further damage to such property so damaged and to prevent damage to other property insured hereunder including, if necessary, its removal to prevent damage or further damage thereto.

The Company will contribute pro-rata towards any reasonable and proper expenses in connection with steps taken by the Insured and required under the above paragraph according to the respective interests of the parties.

**33. Subrogation**

If in the event of loss or damage to Insured Property, the Insured will acquire any right of action against any individual, firm or corporation for loss of, or damage to, said Insured Property. The Insured will, if requested by the Company, assign and transfer such claim or right of action to the Company or, at the Company's option, execute and deliver to the Company the customary form or loan receipt upon receiving an advance of funds in respect of the loss or damage; and will subrogate the Company to, or will hold in trust for the Company, all such rights of action to the extent of the amount paid or advanced, and will permit suit to be brought in the Insured's name under the direction of and at the expense of the Company. This provision is subject to the terms and conditions stated in Deductibles, Section A - Declarations, Clause 2, and Limit of Liability, Section A - Declarations, Clause 4.

**34. Suit**

No suit, action or proceeding for the recovery of any claim under this Policy will be sustainable in any court of law or equity unless the same is commenced within 2 years after the inception of loss that gives rise to the claim. Provided, however, that if by the laws of the state within which this Policy is issued such limitation is invalid, then any such claims will be void unless such action, suit or proceeding is commenced within the shortest limit of time permitted by the laws of such state.

**35. Territorial Limits**

This Policy covers property located within the 50 states comprising the United States of America and the District of Columbia.

**36. Transfer of Rights of Recovery**

If any person or organization to or for whom the Company makes payment under this Policy has rights to recover damages from another, those rights are transferred to the Company to the extent of the Company's payment. That person or organization must do everything necessary to secure the Company's rights and must do nothing after loss to impair them. The Insured may waive rights against another party in writing:

(a) Prior to a loss to Insured Property; or

(b) After a loss to Insured Property if, at the time of the loss, that party is one of the following:

i) Someone insured by this Policy; or

ii) A business firm owned or controlled by the Insured, or that owns or controls the Insured; or

i) A tenant of the Insured.

**37. Vacancy**

The Insured has permission to cease operations or remain vacant or unoccupied provided fire protection and watch and alarm services are provided and/or maintained, and written notice is given to the Company prior to the 60th consecutive day of cessation of operations, vacancy or inoccupation. The Company will not cover the inoperative, vacant or unoccupied building after 60 days unless a Vacancy Permit Endorsement is attached to the Policy. The building is considered to have ceased operations, become vacant or unoccupied when it does not contain the business personal property necessary to conduct customary business operations or if more than 65% of the building square footage is uninhabited, inactive or dormant. Insured buildings under construction or renovation are not considered to have ceased operations, become vacant or unoccupied.



Includes copyrighted Material of ISO Services Office, Inc., with its permission

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL TERRORISM; CAP ON COVERED CERTIFIED ACTS LOSSES

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act.. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

LIMITED EXCLUSION OF CERTIFIED ACTS OF TERRORISM

Loss or damage caused directly or indirectly by a "certified act of terrorism" is excluded by this policy. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radio-active contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the terrorism was to release such material; or

**3.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical material; or

**4.** Pathogenic or poisonous biological or chemical material is released, and it appears that one purpose of the terrorism was to release such material.

**C.** Exception Covering Certain Fire Losses

The following exception to the exclusion in Paragraph B. applies to property located in the states of California, Georgia, Hawaii, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Washington, West Virginia and Wisconsin.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

If a "certified act of terrorism" excluded under Paragraph B. results in fire, the company will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Liability on the affected property. Such coverage for fire applies only to direct loss or damage by fire to insured property. Therefore, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to any time element or business interruption coverage.

**D.** Cap On Certified Terrorism Losses

The following limitation applies to coverage for any one or more "certified acts of terrorism" that are not excluded by the terms of the exclusion in Paragraph B. and to any loss or damage that is covered and to which the exception in Paragraph C. applies:

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Calendar Year (January 1 through December 31, and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds$100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**E.** Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the non-applicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the war, military action or nuclear hazard or any other exclusion.

Nothing herein contained shall vary, alter or extend any provision or condition of the Policy other than as above stated.

Attached to and forming part of Policy No. HCS101734 of the Hudson Specialty Insurance Company

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# EARTHQUAKE ENDORSEMENT

IT IS HEREBY UNDERSTOOD AND AGREED THAT:-

Notwithstanding Excluded Perils, Section B - Property, Clause 4 (v), the peril of "Earthquake", as defined, is insured under this Policy, subject to the following provisions:

1. **Annual Aggregate Limit**

The Company's liability for the cumulative total of adjusted net claims resulting from any one loss caused by the peril of "Earthquake" is subject to an Annual Aggregate Limit of $5,000,000; except

(a) Loss caused by the peril of "Earthquake" in the State of California, which is subject to an Annual Aggregate Limit of $Not Covered, and is part of, and not in addition to the Annual Aggregate Limit as stated in Clause 1 above; and

(b) Loss caused by the peril of "Earthquake" in the States of Washington, Alaska, and "New Madrid Territory", as defined, which is subject to an Annual Aggregate Limit of $Not Covered, and is part of, and not in addition to the Annual Aggregate Limit as stated in Clause 1 above.

The Annual Aggregate Limit as stated in Clause 1 above is inclusive of all Policy Sections and Riders and is part of and not in addition to the Limit of Liability stated in Section A – Declarations, Clause 4.

2. **Deductible**

Each "Occurrence", as defined, resulting in a claim for loss will be adjusted separately and the Company's liability will be limited to that amount by which the loss exceeds the Deductible amount shown hereunder, up to an amount not exceeding the applicable Annual Aggregate Limit stated above.

(a) In respect of loss caused directly by the peril of "Earthquake": 0% of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location", as defined, for which the claim is made hereunder subject to a minimum of $25,000 per "Occurrence"; except

i) In respect of loss caused directly by the peril of "Earthquake" in the State of California: Not Covered% of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location" for which the claim is made hereunder subject to a minimum of $Not Covered per "Occurrence".

ii) In respect of loss caused directly by the peril of "Earthquake", in the State(s) of : Not Covered% of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location" for which the claim is made hereunder subject to a minimum of $Not Covered per "Occurrence".

If two or more Deductible amounts in this Policy apply to a single "Occurrence" the total to be deducted will not exceed the largest applicable Deductible.

Nothing herein contained shall vary, alter or extend any provision or condition of the Policy other than as stated above.

# FLOOD ENDORSEMENT

IT IS HEREBY UNDERSTOOD AND AGREED THAT:-

Notwithstanding Excluded Perils, Section B - Property, Clause 4 (w) the peril of "Flood", as defined, is insured under this Policy subject to the following provisions:

1. **Annual Aggregate Limit**

   The Company's liability for the cumulative total of adjusted net claims resulting from any one loss caused by the peril of "Flood" is subject to an Annual Aggregate Limit of $5,000,000; except

   (a) Loss caused by the peril of "Flood" to property at "Location(s)", as defined, wholly or partially in a "High Hazard Flood Zone", as defined, is subject to an Annual Aggregate Limit of $Not Covered; and is part of, and not in addition to the Annual Aggregate Limit as stated in Clause 1 above.

   (b) The Annual Aggregate Limit as stated in Clause 1 above is inclusive of all Policy Sections and Riders and is part of and not in addition to the Limit of Liability stated in Section A – Declarations, Clause 4.

2. **Deductible**

   Each "Occurrence", as defined, resulting in a claim for loss will be adjusted separately and the Company's liability will be limited to that amount by which the loss exceeds the Deductible amount shown hereunder, up to an amount not exceeding the applicable Annual Aggregate Limit stated above.

   (a) In respect of loss caused directly by the peril of "Flood": 0% of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location" for which the claim is made hereunder, subject to a minimum of $50,000 per "Occurrence", except

      i) In respect of loss caused directly by the peril of "Flood" that is a result of actions or effects of a "Named Storm", as defined: 0% of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location" for which the claim is made hereunder, subject to a minimum of $ 50,000 per "Occurrence"; except

      ii) In respect of loss caused directly by the peril of "Flood" to property at "Location(s)" wholly or partially in a "High Hazard Flood Zone", as defined: Not Covered% of the total insurable values at the time of loss irrespective of values declared to the Company at each "Location" for which the claim is made hereunder, subject to a minimum of $Not Covered per "Occurrence".

   "Flood" coverage, as provided hereunder, is excess of all available coverage from the "National Flood Insurance Program", as defined, for Insured Property located in a "Special Flood Hazard Area", as defined, whether available coverage is purchased by the Insured or not.

   If two or more Deductible amounts in this Policy apply to a single "Occurrence" the total to be deducted will not exceed the largest applicable Deductible.

Nothing herein contained shall vary, alter or extend any provision or condition of the Policy other than as stated above.

# TIME ELEMENT – EXTRA EXPENSE

1. **Insuring Agreement**

This Policy insures loss from necessary "Extra Expense", as defined, incurred by the Insured in order to continue as nearly as practicable the "normal" conduct of the Insured's business resulting directly from physical loss or damage from a peril insured by this Policy, in accordance with the conditions of the applicable Policy Section, occurring during the Period of Insurance, to real and personal property insured by this Policy under Section B - Property.

Commencing with the date of direct physical loss or damage, but not limited by the expiration of the Policy, the Company will be liable for the necessary "Extra Expense" incurred during the "Period of Restoration", as defined in this Policy Section, as would be required with the exercise of due diligence and dispatch to rebuild, repair or replace the destroyed, damaged or lost property.

As soon as practicable after any loss, the Insured will resume complete or partial business operations and, insofar as practicable, reduce or dispense with all such "Extra Expense" incurred.

2. **Limit of Liability**

The Company's liability in respect to insurance provided in this Policy Section will not exceed the limits stated in Limit of Liability, Section A – Declarations, Clause 4, and Sublimit of Liability, Section A – Declarations, Clause 5.

3. **Extra Expense**

The term "Extra Expense" means the excess, if any, of the total cost incurred during the "Period of Restoration" for the purpose of continuing the Insured's business over and above the total cost that would normally have been incurred during the same period had no loss occurred; the cost in each case to include the necessary added expense of using other property or facilities of other concerns or other similar necessary emergency expenses.

In no event, however, will the Company be liable for loss of income, nor for "Extra Expense" in excess of that necessary to continue as nearly as practicable the "normal" conduct of the Insured's business, nor for the cost of repairing or replacing Insured Property that has been damaged or destroyed by Insured Perils, except cost in excess of the "normal" cost of such repairs or replacements necessarily incurred for the purpose of reducing the total amount of "Extra Expense". Liability for such excess cost, however, will not exceed the amount by which the total "Extra Expense" otherwise payable under this Policy is reduced.

The Company will also be liable for "Extra Expense" incurred in obtaining property for temporary use during the "Period of Restoration" necessarily required for the conduct of the Insured's business. Any salvage value of such property remaining after resumption of "normal" operations will be deducted from any loss hereunder.

For the purposes of these provisions, the term "normal" means the condition that would have existed had no direct physical loss or damage occurred.

4. **Period of Restoration**

Subject to the exhaustion of the applicable waiting period, as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date of physical loss or damage from an Insured Peril that results in insured "Extra Expense", the "Period of Restoration" means the period of time that:

(a) Begins on the date of direct physical loss or damage of Insured Property by an Insured Peril; and

(b) Ends on the earlier of:

i) The date the Insured Property is repaired, rebuilt or replaced, with due diligence and dispatch, or

ii) 365 consecutive days from the date of direct physical loss or damage.

The "Period of Restoration" does not include any increased period required due to the enforcement of any laws or ordinances that requires the Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of contaminants, "Pollutants", or hazardous materials of any kind from land or water.

5. **Exclusions**

In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B - Property, Clause 4, this Policy Section does not insure the following:

(a) Any increase of loss due to delays in rebuilding, repairing, or replacing of destroyed or damaged property, or with the resumption or continuation of the Insured's business, or with the occupancy of the insured premises, caused by any labor related work stoppage, or interference from strikers or other persons;

(b) Loss during any idle period or planned or rescheduled shutdown, including but not limited to when production, operation, service or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to loss or damage not insured by this Policy on or off the insured premises;

(c) Any increase of loss occasioned by the loss or damage to property in transit or away from the Insured's premises;

(d) Loss due to fines or damages for breach of contract for late or non-completion of orders, or for any penalties of whatever nature;

(e) Loss due to the suspension, lapse or cancellation of any lease or license, contract or order;

(f) Any other consequential or remote loss.

6. **Direct Contingent Extra Expense**

This Policy insures the actual loss sustained of necessary "Extra Expense" resulting from direct physical loss or damage from an Insured Peril, occurring during the Period of Insurance, at a location within the Policy Territorial Limits to property of the type insured by this Policy owned by a direct supplier or customer with whom the Insured has a contractual obligation to provide or receive goods or services. Coverage for Direct Contingent Extra Expense will not commence until the exhaustion of the applicable waiting period as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date of physical loss or damage to the property of a supplier or customer described herein.

For the purposes of this provision, a supplier or customer does not include any party, company, or entity supplying to or receiving from Insured Property, utility services including, but not limited to, electricity, fuel, gas, sewage removal, steam, water or telecommunications, including, but not limited to, incoming or outgoing transmission of voice, data, or video, or any communications received via satellite.

Direct Contingent Extra Expense:

(a) Is subject to all Policy provisions, including applicable Exclusions, Waiting Periods and Deductibles;

(b) Will not increase the Limit of Liability stated in Section A – Declarations, Clause 4;

(c) Is subject to the applicable sublimit amount stated in Sublimit of Liability, Section A – Declarations, Clause 5.

# TIME ELEMENT – BUSINESS INCOME

1. **Insuring Agreement**
This Policy insures loss resulting from necessary suspension of business operations conducted by the Insured and caused by direct physical loss or damage from a peril insured in this Policy, in accordance with the conditions of the applicable Policy Section, occurring during the Period of Insurance, to real and personal property insured by this Policy in Section B – Property.

2. **Limit of Liability**
The Company's liability in respect to insurance provided in this Policy Section will not exceed the limits stated in Limit of Liability, Section A – Declarations, Clause 4, and Sublimit of Liability, Section A – Declarations, Clause 5.

3. **Measure of Recovery**
The measure of recovery in the event of insured loss is the reduction in "Business Income", as defined, directly resulting from the suspension of business operations due to loss or damage to Insured Property from an Insured Peril, less charges and expenses which do not necessarily continue during the suspension of business operations, not to exceed such length of time as would be required with the exercise of due diligence and dispatch to rebuild, repair, or replace the destroyed or damaged property, and in no event to exceed the actual loss sustained by the Insured resulting from such suspension of business operations. Due consideration will be given to the continuation of "normal" charges and expenses, including payroll, to the extent necessary to resume business operations of the Insured with the same quality of service that existed immediately preceding the insured loss. The period of necessary suspension of business operations for which indemnity is payable is limited, in addition to those provisions set out in this Policy, to a "Period of Restoration", as defined in this Policy Section.

For the purposes of these provisions, the term "normal" means the condition that would have existed had no direct physical loss or damage occurred.

4. **Business Income**
The term "Business Income" is defined as:

(a) Net income (being net profit or loss before income taxes) that would have been earned or incurred; and

(b) Continuing "normal" operating expenses, including payroll, excluding "Ordinary Payroll" as defined in this Policy Section.

For manufacturing risks, net income includes the net sales value of production.

In determining "Business Income", due consideration will be given to the experience of the business before the date of damage or destruction and the probable experience thereafter had no loss occurred.

5. **Period of Restoration**
Subject to the exhaustion of the applicable waiting period, as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date of physical loss or damage from an Insured Peril that results in the reduction of "Business Income", the "Period of Restoration" means the period of time that:

(a) Begins on the date of direct physical loss or damage of Insured Property by an Insured Peril; and

(b) Ends on the earlier of:

i) The date the Insured Property is repaired, rebuilt or replaced, with due diligence and dispatch, or

ii) 365 consecutive days from the date of direct physical loss or damage.

The "Period of Restoration" does not include any increased period required due to the enforcement of any laws or ordinances that requires the Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of contaminants, "Pollutants", or hazardous materials of any kind from land or water.

6. **Exclusions**

In addition to the Exclusions listed in Excluded Property, Section B – Property, Clause 2, and Excluded Perils, Section B - Property, Clause 4, this Policy Section does not insure the following:

(a) Any increase of loss due to delays in rebuilding, repairing, or replacing of destroyed or damaged property, or with the resumption or continuation of the Insured's business, or with the occupancy of the insured premises, caused by any labor related work stoppage, or interference from strikers or other persons;

(b) Loss during any idle period or planned or rescheduled shutdown, including but not limited to when production, operation, service or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to loss or damage not insured by this Policy on or off the insured premises;

(c) Any increase of loss occasioned by the loss or damage to property in transit or away from the Insured's premises;

(d) Loss due to fines or damages for breach of contract, for late or non-completion of orders or for any penalties of whatever nature;

(e) Loss due to the suspension, lapse or cancellation of any lease, license, contract or order;

(f) Loss resulting from destruction or damage of finished merchandise or finished stock, or for the time required to reproduce any finished merchandise and stock;

(g) Loss of market;

(h) Loss to property in Course of Construction;

(i) Any other consequential or remote loss.

7. **Resumption of Operations**

If the Insured, by resumption of complete or partial operation of the property insured or by making use of other property, equipment, stock or supplies, could reduce the loss resulting from the suspension of business operations, such reduction will be taken into account in arriving at the amount of loss under this Policy Section.

8. **Expenses to Reduce Loss**

This Policy insures expenses as are necessarily incurred for the purpose of reducing any "Business Income" loss, but in no event will the aggregate of such expenses exceed the amount by which the loss is reduced.

9. **Additional Coverages**

This Policy insures the following Additional Coverages for loss due to the necessary suspension of the Insured's business operations resulting from direct physical loss or damage from an Insured Peril, occurring during the Period of Insurance.

These Additional Coverages:

i) Are subject to all Policy provisions, including applicable Exclusions, Waiting Periods and Deductibles;

ii) Will not increase the Limit of Liability stated in Section A – Declarations, Clause 4;

iii) Are subject to the applicable sublimit amounts stated in Sublimit of Liability, Section A – Declarations, Clause 5.

**(a) Building Laws or Ordinances**

This Policy insures the actual loss sustained of "Business Income" by the Insured due to the operation of building laws or ordinances regulating the demolition, repair, reconstruction, replacement or use of the property damaged or destroyed, as defined and provided for in Building Laws or Ordinances, Section B – Property, Clause 5 (e).

**(b) Civil Authority**

This Policy insures the actual loss sustained of "Business Income" by the Insured due to the necessary suspension of the Insured's business operations while access to an insured "Location" is prohibited by a written order of Civil Authority, but only when such order is given as a result of direct physical loss or damage by an Insured Peril, occurring during the Period of Insurance, to property not insured, nor

owned, rented, leased, or occupied by the Insured, but that is located within one statute mile of the insured "Location" that incurs the "Business Income" loss. This Additional Coverage will not commence until the exhaustion of the applicable waiting period as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date of physical loss or damage from an Insured Peril that results in interruption by order of Civil Authority, and will not extend beyond a period of 14 consecutive days.

**(c) Commissions, Profits and Royalties**

This Policy insures the actual loss sustained by the Insured of "Commissions", "Profits" and "Royalties", as defined, resulting from direct physical loss or damage to property of another party from an Insured Peril, occurring during the Period of Insurance.

I. Measurement of Loss:

i) The recoverable loss of "Commissions", "Profits" and "Royalties" is the actual loss sustained of income to the Insured, less non-continuing expenses and charges, of in-force royalty, licensing fee or commission agreements between the Insured and another party, which is not realizable due to physical loss or damage by an Insured Peril to property of the other party of the type insured by this Policy located within the Policy Territorial Limits.

ii) The Insured will influence, to the extent possible, the party(ies) with whom the agreements described above have been made to use any other machinery, supplies or locations in order to resume business so as to reduce the amount of loss, and the Insured will cooperate with that party in every way to effect this outcome. This Policy does not cover any cost to effect the above unless authorized in advance by the Company.

iii) In determining the indemnity payable, the Company will consider the amount of income derived from such agreements before and the probable amount of income after the date of loss or damage.

iv) There is recovery hereunder only if such loss or damage interrupts the delivery of goods in whole or in part to the Insured or for their account.

v) This Additional Coverage will not commence until the exhaustion of the applicable waiting period as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date of physical loss or damage from an Insured Peril that results in the reduction of "Commissions", "Profits" and "Royalties", and will not extend beyond a period of 90 consecutive days.

II. References and Application: The following terms are defined as:

i) "Commissions": The income that would have been received by the Insured from the sale of goods not owned by the Insured.

ii) "Profits": The amount that would have been received by the Insured from the sale of goods belonging to the Insured, in excess of the cost to the Insured of such goods.

iii) "Royalties": The income the Insured is not able to collect under royalty or licensing agreements.

This provision does not cover property that is otherwise covered under Direct Contingent Business Income of this Time Element – Business Income Section, Clause 9(d).

**(d) Direct Contingent Business Income**

This Policy insures the actual loss sustained of "Business Income" by the Insured due to the necessary suspension of the Insured's business operations resulting from direct physical loss or damage from an Insured Peril, occurring during the Period of Insurance, at a location within the Policy Territorial Limits to property of the type insured by this Policy owned by a direct supplier or customer with whom the Insured has a contractual obligation to provide or receive goods or services. This Additional Coverage will not commence until the exhaustion of the applicable waiting period as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date of physical loss or damage to the property of a supplier or customer described herein.

For the purposes of this provision, a supplier or customer does not include any party, company, or entity supplying to or receiving from Insured Property, utility services including, but not limited to, electricity, fuel, gas, sewage removal, steam, telecommunications or water, including, but not limited to, incoming or outgoing transmission of voice, data, or video, or any communications received via satellite.

**(e) Ingress/Egress**

This Policy insures the actual loss sustained of "Business Income" by the Insured due to the necessary suspension of the Insured's business operations due to physical prevention of ingress to or egress from the insured "Location" by suppliers, customers, tenants, or employees of the Insured, provided that such suspension of business operations is the result of direct physical loss or damage from an Insured Peril, occurring during the Period of Insurance, to property of the type insured by this Policy, and is located within one statute mile of the insured "Location" that incurs the "Business Income" loss. This Additional Coverage will not commence until the exhaustion of the applicable waiting period as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date of physical loss or damage from an Insured Peril that results in the prevention of ingress to or egress from an insured "Location", and will not extend beyond a period of 14 consecutive days.

**(f) Leasehold Interest**

This Policy insures the actual loss sustained of Leasehold Interest by the Insured as lessee and occupant of Insured Property resulting from direct physical loss or damage from an Insured Peril, occurring during the Period of Insurance.

I. Measurement of Loss:

The recoverable loss of Leasehold Interest incurred by the Insured is as follows:

i) If the lease agreement requires continuation of rent, and if the property is wholly untenantable or unusable, the recoverable Leasehold Interest is the actual rent payable for the unexpired term of the lease, to a maximum of 12 months. If the property is partially untenantable or unusable, the Leasehold Interest is the proportion of the rent payable for the unexpired term of the lease, to a maximum of 12 months.

ii) If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law, the recoverable Leasehold Interest is "Lease Interest", as defined, for the first 3 full months following the date of loss, and the "Net Lease Interest", as defined, for the remaining unexpired term of the lease, to a overall maximum of 12 months.

II. References and Application: The following terms are defined as:

i) "Lease Interest": The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid, including maintenance or operating charges, for each month during the unexpired term of the Insured's lease.

ii) "Net Lease Interest": That sum which placed at 6% interest rate compounded annually would equal the "Lease Interest", less any amounts otherwise payable hereunder.

This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease. In addition, there is no coverage for the Insured's loss of Leasehold Interest directly resulting from physical loss or damage to Personal Property.

It is a condition of this Policy that the Insured will use any suitable property or service owned or controlled by the Insured or obtainable from another source to reduce the amount of loss.

**(g) Ordinary Payroll**

This Policy insures the actual loss sustained of "Ordinary Payroll" by the Insured during the "Period of Restoration" due to the necessary suspension of the Insured's business operations resulting from direct physical loss or damage from an Insured Peril, occurring during the Period of Insurance, that results in a covered "Business Income" loss.

The term "Ordinary Payroll" means the entire payroll expense for all employees of the Insured, except officers, executives, department managers, employees under contract and other key employees whose services would not be dispensed with should the business be interfered with or interrupted.

"Ordinary Payroll" expenses include:

i) Payroll;

ii) Employee benefits, if directly related to payroll;

iii) Taxes and charges dependant on the payment of wages;

iv) FICA payments made by the Insured;

v) Union dues paid by the Insured;

vi) Workers Compensation premiums.

**(h) Service Interruption**

This Policy insures the actual loss sustained of "Business Income" by the Insured during the period of service interruption resulting from direct physical loss or damage from an Insured Peril, occurring during the Period of Insurance, to facilities located within the Policy Territorial Limits of any utility service provider contracted to the Insured to furnish or transmit electricity, fuel, gas, steam, sewage removal, water or telecommunications, including, but not limited to, incoming or outgoing transmission of voice, data, or video to an insured "Location". This Policy does not cover any loss or damage caused by any deliberate interruption or reduction of any service by any Government Authority, regulator, or service provider. This Additional Coverage will not commence until the exhaustion of the applicable waiting period as stated in Waiting Periods, Section A – Declarations, Clause 3, after the date service is interrupted by physical loss or damage from an Insured Peril.

# PROTECTIVE SAFEGUARDS ENDORSEMENT

A. AUTOMATIC SPRINKLER CLAUSE

In consideration of the premium at which this Policy is written, based on the protection of the premises by the sprinkler system, it is a condition of this policy that the Insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the operation of the sprinkler system, including supervisory service, which are under the control of the Insure. The Insured shall give notification within no more than 48 hours to this Company of any impairment in or suspension of the sprinkler system or services (within the knowledge of the Insured). No unsprinklered additions or extensions shall be made to the building unless immediate notification is given to the Company. Permission is given in case of break, leakage, freezing conditions or the opening of sprinkler heads, to shut of the water from so much of the sprinkler system as may be imperatively necessary with immediate notification to this Company and the protection restored as promptly as possible.

B. OTHER PROTECTIVE SAFEGUARD CLAUSES

In consideration of the premium at which this Policy is written, based on the protection of the premises by the safeguard system described above, it is a condition of this Policy that, the Insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the system which are under the control of the Insured and the Insured shall give immediate notice of any impairment in or suspension of such equipment or service (within the knowledge of the Insured) to this Company.

Nothing herein contained shall vary, alter or extend any provision or condition of the Policy other than as above stated.

Attached to and forming part of Policy No. HCS101734of the Hudson Specialty Insurance Company.

## ARBITRATION CLAUSE ENDORSEMENT

IT IS HEREBY UNDERSTOOD AND AGREED THAT:-

If there is any dispute or disagreement as to the interpretation of the terms and conditions of this policy or the development, adjustment, and/or payment of any claim, they shall be submitted to the decision of a Joint Arbitrator that the Insured and Company shall appoint jointly.

If there is no agreement on the selection of the Joint Arbitrator within a period of 30 days after the decision is made, the Insured and the Company shall each appoint their Representative Arbitrators in writing within 10 days, who shall rule in a joint decision 15 days after they are summoned.

In the event the Representative Arbitrators do not agree, they shall inform the contracting parties in writing of their appointment of a Tie-Breaking Arbitrator.

The Tie-Breaking Arbitrator shall chair the meetings he or she considers necessary with the two disagreeing Representative Arbitrators.

The Insured and Company will equally share the costs of the Joint Arbitrator and Tie Breaking Arbitrator, and each party will be responsible for the cost of their own Representative Arbitrator.

Any arbitration proceedings and interpretations shall take place in New York, New York, unless mutually agreed otherwise by the parties to the arbitration.

Notwithstanding the location of the arbitration, all proceedings pursuant hereto shall be governed by the law of the State of New York.

<u>Law and Jurisdiction</u>

This Policy shall be interpreted solely according to the law of the State of New York without regard to the choice of law provisions of New York. Provided, however, that, notwithstanding any legal principles to the contrary, the warranties, terms, conditions, exclusions and limitations of this Policy are to be construed in an evenhanded fashion between the Insured and the Company. Without limitation, where the language of this Policy is deemed to be ambiguous or otherwise unclear, policy construction or interpretation will not be presumed to favor any party; no liability or burden will be assigned or assumed by the drafting of this Policy.

The Law and Jurisdiction clause is written in a form bargained for, reviewed, and accepted by the Parties.

Nothing herein contained shall vary, alter or extend any provision or condition of the Policy other than as stated above.

# ROOF VALUATION ENDORSEMENT

IT IS HEREBY UNDERSTOOD AND AGREED THAT:-

Notwithstanding Valuation, Section B - Property, Clause 6 , the Company's liability for insured loss on all roof surfaces of an age of 10 years or older at the time of insured loss for the perils of "Wind", as defined, or "Hail", as defined, will not exceed the least of the following:

(a) The "Actual Cash Value", as defined, at the time of loss; or

(b) The cost to repair or replace the damaged property with material of like kind and quality, with proper deduction for depreciation; or

(c) The lesser of the amount of insurance, Limit of Liability, or any Sublimit of Liability as stated in Section A – Declarations, Clauses 4 and 5.

The age of the roof surfacing is calculated from the date of original installation or the date of complete replacement, irrespective of any interim or partial repairs. Roof surfacing includes, but is not limited to, all roofing material immediately above the roof decking or where no decking exists, the roof itself and its material, including but is not limited to:

(a) The roofing material exposed to the weather;
(b) The underlayments applied for moisture protection;
(c) All flashings, fasteners and vents required in the replacement of a roof covering.

Nothing herein contained shall vary, alter or extend any provision or condition of the Policy other than as stated above.

**Minimum Earned Premium Endorsement**

It is hereby understood and agreed that in consideration of the premium charged and subject to the terms, exclusions, limits and conditions of this policy, not in conflict herewith, the minimum earned premium due to the Company is twenty-five percent (25%) of the total invoiced annual policy premium, including any applicable taxes and surcharges, regardless of the actual term of this policy.

However, if this policy is cancelled by the Company prior to the expiration date, the earned premium shall be computed pro-rata and the terms and conditions of this minimum earned premium provision shall be null and void.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the policy except as herein above set forth.

Attached to and forming part of Policy No HCS101734 of the Hudson Specialty Insurance Company

## POLLUTANT CLEAN UP ENDORSEMENT

1. The following Property Sublimit is hereby ADDED to the Policy:

**PROPERTY**

| Coverage | Section | Sublimit |
|---|---|---|
| Pollutant Clean Up and Removal, in Annual Aggregate | Policy Endorsement | $ 100,000 |

2. The following Definition is hereby ADDED to the Policy:

(w) **Pollutant Clean Up**
This Policy Insures against the reasonable and necessary cost for the cleanup, removal and disposal of contaminants or pollutants from uninsured property consisting of land, water or any other substance in or on land at the Insured Location if the release, discharge or dispersal of contaminants or pollutants is a direct result of insured physical loss or damage to insured property.

This policy does not cover the cost to cleanup, remove and dispose of contaminants or pollutants from such property: at any location insured for Personal Property only; at any property insured under Automatic Coverage, Errors and Omissions or Miscellaneous Unnamed Location coverage provided by this policy; and when the Insured fails to give written notice of loss to the Company within 180 days after the inception of the loss.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY CHANGES

Policy Change Number 1

| POLICY NUMBER<br>HCS101734 | POLICY CHANGES EFFECTIVE<br>09/01/2016 | COMPANY<br>Hudson Specialty Insurance Company |
|---|---|---|
| NAMED INSURED<br>RDA Management Co.; Lakewood Hotel Associates; Lakewood Hotel | | AUTHORIZED REPRESENTATIVE<br>Tor Bernard |
| COVERAGE PARTS AFFECTED<br>Commercial Property | | |

CHANGES

Policy Change Endorsement No. 1

IT IS HEREBY UNDERSTOOD AND AGREED THAT:

1. The following peril is EXCLUDED from policy coverage:

-Flood in Zones A, V, B and X500, as defined.

2. The following sublimits are ADDED to Clause 5, Sublimits of Liability, on Page 2 of Policy Wording:

Pollutant Clean Up(annual aggegate): $100,000
Excavations, Grading or Filling: $250,000
Foundation: $250,000
Underground Pipes, Flues or Drains: $250,000
Fences: $250,000
Retaining Walls: $250,000
Paved Surfaces incl. patios, walks, roads, bridges: $250,000

3. The following is ADDED to Clause 2, Deductible, on Page 2 of Policy Wording:

(d) In respect of loss caused by or resulting from Water Damage: $100,000 per "Occurrence".


Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

HUDSON INSURANCE GROUP

**RECEIPT FOR CANCELLATION**

**POLICY NUMBER:** HCS101734

Date:______ 20__.

In Consideration of $______________ Return Premium, the Receipt of which is hereby acknowledged, this Policy is cancelled and surrendered to the Company.

**INSURED:** RDA Management Co.; Lakewood Hotel Associates; Lakewood Hotel

**PAYEE:**