# EXHIBIT D

**From:** Chan, Kaho (New York) [mailto:KChan@HudsonInsgroup.com]
**Sent:** Thursday, October 19, 2017 7:59 AM
**To:** Walls, Bill F
**Cc:** Leppich, Sherrill L.; Walls, Ryan
**Subject:** RE: RD Management, Inc. Sheraton Denver West Our File 585259958061 CPP0002069

Thanks Bill.

Regards,

**From:** Walls, Bill F [mailto:BFWalls@cl-na.com]
**Sent:** Wednesday, October 18, 2017 3:16 PM
**To:** Chan, Kaho (New York)
**Cc:** Leppich, Sherrill L.; Walls, Ryan
**Subject:** FW: RD Management, Inc. Sheraton Denver West Our File 585259958061 CPP0002069

Kaho, please note the insured is withdrawing their claim. We will close our file. Bill Walls

**From:** Briana Miller [mailto:bmiller@sheratondenverwest.com]
**Sent:** Wednesday, October 18, 2017 1:20 PM
**To:** Walls, Bill F
**Cc:** John Bresnahan
**Subject:** RE: RD Management, Inc. Sheraton Denver West Our File 585259958061

Hello Bill,

Thank you for sending this over. We would like to cancel this insurance claim entirely since we will be incurring all expenses. If you need additional information please contact John Bresnahan at (330) 867-6409.

Best,

**BRIANA MILLER**
General Manager
T 720 963 2075 F 303 969 0263
sheratondenverwest.com | like us on Facebook | follow us on Twitter

**SHERATON DENVER WEST HOTEL**
**BEAUS KITCHEN & TAVERN**
360 Union Blvd, Lakewood, CO 80228

This electronic message transmission contains information from the Company that may be proprietary, confidential and/or privileged. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify the sender immediately by replying to the address listed in the "From:" field.